# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
### CRIMINAL DOCKET FOR CASE #: 1:15-cr-00033-RJA-HBS-1

Case title: USA v. Hicks et al                    Date Filed: 03/07/2018

Assigned to: Hon. Richard J. Arcara
Referred to: Hon. Hugh B. Scott

**Defendant (1)**

| | |
|---|---|
| **Aaron Hicks**<br>*also known as*<br>Boog<br>*also known as*<br>Boogy | represented by **Robert Ross Fogg**<br>69 Delaware Avenue<br>Suite 600<br>Buffalo, NY 14202<br>(716) 853-3644<br>Fax: (716) 852-6782<br>Email: rfogg@rfogglaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| COUNT 1- racketeering conspiracy in violation of 18 U.S.C. § 1962(d);<br>COUNT 2-, narcotics conspiracy (marijuana) in violation of 21 U.S.C. § 846; | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Wei Xiang**<br>U.S. Attorney's Office<br>Federal Centre<br>138 Delaware Avenue<br>Buffalo, NY 14202<br>716-843-5806<br>Email: Wei.Xiang@usdoj.gov |

|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney*<br><br>**Paul C. Parisi**<br>U.S. Attorney's Office<br>Federal Centre<br>138 Delaware Avenue<br>Buffalo, NY 14202<br>716-843-5863<br>Email: paul.parisi@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney* |
|---|---|

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|
| 09/28/2017 |  | Testimony given by Witness No. 5, Julio Contreras; direct examination by Govt. Testimony to continue 9/29/2017. |
| 09/29/2017 |  | Continuing testimony by Witness No. 5, Julio Contreras. Cross-Examination by Deft. Re-direct by Govt. |
| 10/02/2017 |  | Testimony given by Govt Witness No. 13, Spencer Rogers. Cross Examination by Deft. Re-direct by Govt.<br><br>Testimony given by Govt. Witness No. 20, Luis Zuniga. Cross Examination by Deft. Re-direct by Govt. |
| 10/04/2017 |  | Testimony given by Govt. Witness No. 31, Demario James. Cross-examination by Deft. Re-direct by Govt.<br><br>Testimony given by Govt. Witness No. 33, Lawrence Grant. Cross-Examination by Deft. |
| 10/05/2017 |  | Testimony given by Govt. Witness No. 44, Damon Hunter. |
| 10/10/2017 |  | Testimony given by Witness No. 44, Damon Hunter - direct examination by govt.; Cross-examination by Deft.; Re-direct by Govt.<br><br>Deft. made Rule 29 Motion. Court denied motion as to Counts 1 and 2 and reserved decision as to Count 3.<br><br>Testimony given by Deft.; Cross-examination by Govt. |
| 10/11/2017 | 247 | DECISION AND ORDER as to Aaron Hicks (1) and Roderick |

| | | |
|---|---|---|
| | | Arrington (3): For the reasons stated in this Decision and Order, as well as those stated on the record on September 6, 2017, the Court has severed Defendant Arrington's trial from Defendant Hick's trial. SO ORDERED. Signed by Hon. Richard J. Arcara on 10/10/17.(LAS) (Entered: 10/11/2017) |
| 10/11/2017 | | Cross-examination of Deft. by Govt.; Re-direct by defense counsel.<br><br>Govt. recalled Witness No. 5, Julio Contreras; direct examination by Govt.; Cross-examination by Deft.; Redirect by Govt.<br><br>Court heard objections to Jury Charge. All objections denied. |
| 10/12/2017 | | Minute Entry for proceedings held before Hon. Richard J. Arcara: Jury Trial as to Aaron Hicks held on 10/12/2017<br><br>Objections to Jury Verdict form reserved for the record.<br><br>Court receives note from Jury (marked as Court Exhibit No. 5) regarding a question on Count 1 and page 135 of Jury Charge. The Jury returns to the courtroom for the Court's response to the jury note marked as Court Exhibit No. 5. Court's response marked as Court Exhibit No. 6.<br><br>Court receives note from Jury (marked as Court Exhibit No. 7) seeking clarification on conspiracy and racketeering counts. Jury returns to the courtroom for the Court's response to the jury note marked as Court Exhibit No. 7. Court's Response marked as Court Exhibit No. 8.<br><br>Court receives note from Jury (marked as Court Exhibit No. 9) indicating Jurors are at a stalemate. The Jury returns to the courtroom for the Court's response to the jury note marked as Court Exhibit No. 9. The Court instructs the jury to keep deliberating. Court's Response marked as Court Exhibit No. 10.<br><br>Court receives two notes from Jury (marked as Court Exhibit No. 11 and Court Exhibit No. 12). Jury note marked as Court Exhibit No. 11 requests transcript of testimony of witnesses Demario James, Julio Contreras and Spencer Rogers and defendant Aaron Hicks. Jury note marked as Court Exhibit No. 12 requests 15 minute break to call family and take care of parking issues. Jury returns to the courtroom for the Court's response to the jury notes marked as Court Exhibit No. 11 and |

| | | |
|---|---|---|
| | | Court Exhibit No. 12.<br><br>Court received note from Jury (marked as Court Exhibit No. 13) requesting transcript of testimony of Witnesses Demario James and Jose Contreras. Court rules that jury note marked as Court Exhibit No. 13 supersedes jury note marked as Court Exhibit No. 11. Court's Response marked as Court Exhibit No. 14.<br><br>Jury returns to courtroom to listen to readback of testimony of Witnesses Demario James and Julio Contreras.<br><br>Jury retires for further deliberations.<br><br>Appearances: Govt. - Wei Xiang, Paul Parisi; Deft. - Robert Ross Fogg, Esq. w/Deft. (Court Reporter Megan Pelka)(LMG) (Entered: 10/13/2017) |
| 10/13/2017 | | Minute Entry for proceedings held before Hon. Richard J. Arcara: Jury Trial as to Aaron Hicks held on 10/13/2017.<br><br>Court receives note from Jury (marked as Court Exhibit No. 15) indicating Jurors are still at a stalemate.<br><br>Jurors brought back to courtroom, given *Allen* charge and directed to continue deliberating.<br><br>Court receives note from Jury (marked as Court Exhibit No. 16) asking for transcript of testimony of defendant Aaron Hicks.<br><br>Jury returns to courtroom to listen to readback of testimony of defendant Aaron Hicks. Jury directed to continue deliberating.<br><br>Court receives note from Jury requesting short break to stretch legs and get fresh air. Note marked as Court Exhibit No. 17.<br><br>Court receives note from Jury regarding Count 1 (marked as Court Exhibit No. 18). Court's response marked Court Exhibit No. 19. Jury brought back to courtroom to hear Court's response. Court's further response marked as Court Exhibit No. 20. Jury directed to continue deliberating.<br><br>Court receives note from Jury regarding paragraphs 1-8 of Superseding Indictment. Note marked as Court Exhibit No. 21. Court's response marked as Court Exhibit No. 22. Jury brought |

| | | |
|---|---|---|
| | | back to courtroom to hear Court's response. Jury directed to continue deliberating.<br><br>Court receives note from Jury. Jurors have come to an agreement on two counts and are deadlocked as to one count. Note marked as Court Exhibit No. 23. Court's response marked as Court Exhibit No. 24. Jury brought back to courtroom to hear Court's response and sent back to deliberate.<br><br>Court receives note from Jury. Note marked Court Exhibit No. 25. Jury brought back to courtroom and instructed on rendering a partial verdict. Court's response marked Court Exhibit No. 26. Jury directed to continue deliberating.<br><br>Court receives note from Jury indicating a verdict has been reached. Note marked Court Exhibit No. 27.<br><br>Jury returns to courtroom to render its verdict as follows: Count 1 - UNABLE TO RENDER VERDICT; Count 2 - GUILTY as to marijuana only; Count 3 - NOT GUILTY.<br><br>The Court has the Jurors polled, individually.<br><br>Appearances: Govt. - Wei Xiang, Paul Parisi; Deft. - Robert Ross Fogg, Esq. w/Deft. (Court Reporter Megan Pelka)(LMG) (Entered: 10/16/2017) |
| 10/13/2017 | 253 | COURT EXHIBITS 1,4,6,8,10,14,20,22,24 and 26 manually filed. (SG) Modified on 10/20/2017 to assign document number (SG). (Entered: 10/20/2017) |
| 10/13/2017 | 254 | Sealed Document-Court Exhibits 2,5,7,9,11,12,13,15,16,17,18,19,21,23,25,27 as to Aaron Hicks manually filed. (SG) (Entered: 10/20/2017) |
| 10/13/2017 | 257 | COURT EXHIBIT 3-Redacted Indictment as to Aaron Hicks (1): Former count 1s is now count 1rs. Former count 2s is now count 2rs. Former count 3s is now count 3rs.. (SG) (Entered: 10/23/2017) |
| 10/13/2017 | 258 | JURY VERDICT as to Aaron Hicks (1) Guilty on Count 2rs; Not Guilty on Count 3rs. Unredacted verdict maintained in sealed area. (SG) (Entered: 10/23/2017) |
| 10/23/2017 | 255 | MEMORANDUM IN SUPPORT of Motion to Set Aside Judgment *and for Judgment of Acquittal Pursuant to Rule 29* by Aaron Hicks. (Fogg, Robert) Modified on 10/24/2017 to |

| | | |
|---|---|---|
| | | correct title and terminate as a motion (SG). (Entered: 10/23/2017) |
| 10/23/2017 | 256 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of EXCERPT OF RENDERING OF JURY TRIAL PARTIAL VERDICT as to Aaron Hicks held on 10/13/17 before Judge Arcara. Court Reporter/Transcriber Megan E. Pelka, RPR, Telephone number megan_pelka@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/13/2017. Redacted Transcript Deadline set for 11/24/2017. Release of Transcript Restriction set for 1/22/2018. (SG) (Entered: 10/23/2017) |
| 10/24/2017 | 261 | Minute Entry for proceedings held 10/24/2017 before Hon. Richard J. Arcara as to Deft, Aaron Hicks (1). Status Conference is held following jury verdict. Post trial issues discussed including possible retrial on Count 1. Deft has filed 255 Rule 29 Motion for Judgment of Acquittal. Further status conference is scheduled for 11/21/2017 at 10:00 AM. Time is excluded from 10/24/2017 through and including 11/21/2017. Govt to submit Speedy Trial Act Order. Defendant is remanded. Appearances: Govt - Wei Xiang, Paul Parisi; Deft - Robert Ross Fogg (with Deft) (Court Reporter Megan Pelka.)(JDK) (Entered: 10/25/2017) |
| 11/06/2017 | 271 | RESPONSE to Motion by USA as to Aaron Hicks re 255 MOTION to Set Aside Judgment *and for Judgment of Acquittal Pursuant to Rule 29*(Parisi, Paul) (Entered: 11/06/2017) |
| 11/10/2017 | 272 | REPLY TO RESPONSE re 255 MOTION to Set Aside Judgment *and for Judgment of Acquittal Pursuant to Rule 29 Defendant's Reply to Government's Response* by Aaron Hicks. (Fogg, Robert) Modified on 11/13/2017 to correct title and terminate as a motion (SG). (Entered: 11/10/2017) |
| 11/15/2017 | 273 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF AARON HICKS as to Aaron Hicks held on 10/10/17 before Judge Arcara. Court Reporter/Transcriber Megan E. Pelka, megan_pelka@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | |
|---|---|---|
| | | through PACER. Redaction Request due 12/6/2017. Redacted Transcript Deadline set for 12/18/2017. Release of Transcript Restriction set for 2/13/2018. (SG) (Entered: 11/15/2017) |
| 11/15/2017 | 274 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF AARON HICKS as to Aaron Hicks held on 10/11/17 before Judge Arcara. Court Reporter/Transcriber Megan E. Pelka, RPR, megan_pelka@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2017. Redacted Transcript Deadline set for 12/18/2017. Release of Transcript Restriction set for 2/13/2018. (SG) (Entered: 11/15/2017) |
| 11/21/2017 | 276 | Minute Entry for proceedings held 11/21/2017 before Hon. Richard J. Arcara as to Deft, Aaron Hicks (1). Status Conference is held. Deft's Rule 29 Motion for Judgment of Acquittal remains pending and following supplemental briefing schedule is set forth: Govt's response papers due by 12/5/2017; Deft's papers due by 12/12/2017, at which the Court will deem the matter submitted and take the motion under advisement. Time is excluded from 11/21/2017 through and including 12/12/2017. Govt to submit Speedy Trial Act Order. Defendant is remanded. Appearances: Govt - Paul Parisi; Deft - Robert Ross Fogg; USPO - Alexandra Piskorz (Court Reporter Megan Pelka.)(JDK) (Entered: 11/21/2017) |
| 12/01/2017 | 283 | MOTION for Extension of Time to File *Responses to Defense Rule 29 Motion* by USA as to Aaron Hicks. (Parisi, Paul) (Entered: 12/01/2017) |
| 12/03/2017 | 287 | MEMORANDUM IN OPPOSITION re 283 MOTION for Extension of Time to File *Responses to Defense Rule 29 Motion Defendant Objects to an Exclusion of Time for Speedy Trial Purposes* by Aaron Hicks (Fogg, Robert) (Entered: 12/03/2017) |
| 12/05/2017 | 288 | TEXT ORDER as to Aaron Hicks: The Government's motion 283 for an extension of time to file its sur-reply to the Defendant's reply 272 is granted. The Government may file its sur-reply on or before December 13, 2017. The Defendant may respond on or before December 20, 2017. Further, the Court's declaration of a mistrial as to Count 1 restarted the Speedy Trial Act clock as to that Count. *See* 18 U.S.C. 3161(e) ("If the defendant is to be tried again following a declaration by the |

| | | |
|---|---|---|
| | | trial judge of a mistrial... the trial shall commence within seventy days from the date the action occasioning the retrial becomes final.... The periods of delay enumerated in section 3161(h) [of Title 18] are excluded in computing the time limitations specified in this section.") The Court has previously excluded time as to Count 1 under section 3161(h)(7)(A) and 3161(h)(7)(B). *See* Docket Nos. 260, 262. Time remains excluded through and including December 20, 2017 pursuant to sections 3161(h)(7)(A) and 3161(h)(7)(B) because the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. Specifically, the pending motion and briefing, which must be resolved prior to any retrial, address complex legal issues, the resolution of which may significantly affect the scope of, and potential exposure from, any retrial. Further, to the extent the Defendant's post-trial motion as to Count 1 can be considered a pretrial motion as to Count 1, time is excluded as a matter of law pursuant to 18 U.S.C. 3161(h)(1)(D). SO ORDERED. Issued by the Hon. Richard J. Arcara on December 5, 2017 (CMK). (Entered: 12/05/2017) |
| 12/13/2017 | 299 | RESPONSE in Opposition by USA as to Aaron Hicks re 272 MOTION re 271 Response to Motion, 255 MOTION to Set Aside Judgment *and for Judgment of Acquittal Pursuant to Rule 29 Defendant's Reply to Government's Response Government's Surreply* (Parisi, Paul) (Entered: 12/13/2017) |
| 12/29/2017 | 316 | REPLY TO RESPONSE to Motion by Aaron Hicks re 255 MOTION to Set Aside Judgment *and for Judgment of Acquittal Pursuant to Rule 29*(Attachments: # 1 Exhibit Doc 255 Rule 29 Motion to Vacate, # 2 Exhibit Doc 271 Government's Response to Rule 29 Motion, # 3 Exhibit Doc 272 Defendant's Reply to Governments Response to Rule 29 Motion, # 4 Exhibit Doc 299 Government's Surreply re Rule 29- Double Jeopardy)(Fogg, Robert) (Entered: 12/29/2017) |
| 01/22/2018 | 320 | TEXT ORDER as to Aaron Hicks: After reviewing the parties' papers, the Court has determined that oral argument will be necessary to help decide certain aspects of the Defendant's post-trial motion. The January 30, 2018 meeting to set a trial date is therefore converted to oral argument on the double jeopardy issues raised in the Defendant's post-trial motion. Issued by Hon. Richard J. Arcara on 1/22/18.(LAS) (Entered: 01/22/2018) |
| 01/30/2018 | 322 | Minute Entry for proceedings held 1/30/2018 before Hon. |

|  |  |  |
|---|---|---|
|  |  | Richard J. Arcara as to Deft, Aaron Hicks (1). Oral Argument is held on Deft's Rule 29 Motion 255 . Decision is reserved. Status Conference is scheduled for 2/22/2018 at 9:00 AM. Time is excluded from 1/30/2018 to 2/22/2018, Govt to submit a Speedy Trial Act Order. Deft remains in custody. Appearances: Govt - Wei Xiang and Paul Parisi; Deft - Robert Ross Fogg (with Deft); USPO - Alexandra Piskorz. (Court Reporter Megan Pelka.)(JDK) (Entered: 01/30/2018) |
| 02/12/2018 | 325 | DECISION AND ORDER as to Aaron Hicks: For the reasons stated in the attached Decision and Order, Defendant's 255 motion for judgment of acquittal on Counts 1 and 2 is denied. The Defendant's motion to preclude evidence on issue-preclusion grounds is also denied. The Speedy Trial Act clock as to Count 1 is now running. The parties shall appear for a status conference on February 15, 2018 at 9:30 am. SO ORDERED. Signed by Hon. Richard J. Arcara on 2/12/2018.(LAS) (Entered: 02/12/2018) |
| 02/15/2018 | 326 | ORDER as to Aaron Hicks: The Court hereby appoints defense counsel Robert Ross Fogg to the Western District of New Yorks Criminal Justice Act (CJA) Panel pro hac vice, pursuant to CJA Guideline § 210.30.30. Mr. Fogg shall continue to represent the Defendant, under the CJA, for the remainder of the case. SO ORDERED. Signed by Hon. Richard J. Arcara on 2/15/2018.(LAS) (Entered: 02/15/2018) |
| 02/15/2018 | 327 | Minute Entry for proceedings held 2/15/2018 before Hon. Richard J. Arcara as to Deft, Aaron Hicks (1). Status Conference to schedule a date for retrial on Count 1 is held. The Govt's plea offer was rejected. A trial date is requested. Trial duration anticipated at 2 weeks. Jury Selection is scheduled for 4/17/2018 at 9:30 AM. Final Pretrial Conference is scheduled for 4/12/2018 at 2:00 PM. Defense counsel informs the Court that his client is no longer financially capable of moving forward and requests to be assigned under the CJA. The Court will require a financial affidavit. A recess is taken to allow completion of the affidavit. Proceeding resumes. The Court reviews the Financial Affidavit and determines that Deft Hicks qualifies for assigned counsel. Attorney Robert Ross Fogg is appointed pro hac vice under the CJA to represent Deft Hicks for the remainder of this case. Order to be filed today. Attorney Fogg to submit a CJA Form 24 voucher within one week identifying the trial transcripts he is requesting for the Courts approval. Time is excluded to 4/17/2018; Govt to submit a Speedy Trial Act Order. Deft remains in custody. Appearances: Govt - Paul Parisi and Wei Xiang; Deft - Robert |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|-----|---|
|            |     | Ross Fogg (with Deft); USPO - Alexandra Piskorz (Court Reporter Megan Pelka.)(JDK) (Entered: 02/15/2018) |
| 02/22/2018 | 330 | NOTICE OF APPEAL (Interlocutory) by Aaron Hicks re 325 Order, Set Hearings,,. Filing fee $ 505, receipt number 267VCMDI. Appeal Record due by 3/8/2018. (Attachments: # 1 Certificate of Service)(Fogg, Robert) (Entered: 02/22/2018) |
| 02/23/2018 | 331 | TEXT ORDER as to Aaron Hicks: On or before March 9, 2018, the parties shall file briefs addressing whether the Court has been divested of jurisdiction to proceed with the April 17, 2018 retrial in light of the Defendant's notice of appeal. *See, e.g.*, *United States v. Jenkins*, --- F. Supp. 3d ---, 2017 WL 5634875, at *4-5 (W.D.N.Y. 2017) (discussing principles governing whether district court retains jurisdiction following interlocutory appeal of double jeopardy decision). In addition, because the Defendant has filed a notice of interlocutory appeal, time is excluded from the Speedy Trial Act clock as of February 22, 2018. *See* 18 U.S.C. § 3161(h)(1)(C). SO ORDERED. Issued by the Hon. Richard J. Arcara on February 23, 2018 (CMK). (Entered: 02/23/2018) |