1
      **UNITED STATES DISTRICT COURT**
      **WESTERN DISTRICT OF NEW YORK**

2

UNITED STATES OF AMERICA,   )
3             ) Case No. 1:15-CR-00033-3
            )     (RJA)(HBS)
4      Plaintiff,  )
            )
5 vs.          ) September 13th, 2022
            )
6 RODERICK ARRINGTON,    )
            )
7      Defendant.  )

8      **TRANSCRIPT OF CONTINUATION OF**
    **JURY TRIAL TESTIMONY OF DAMARIO JAMES**
9    **BEFORE THE HONORABLE RICHARD J. ARCARA**
    **SENIOR UNITED STATES DISTRICT JUDGE**

10

11 <u>APPEARANCES:</u>

12 For the Plaintiff:  TRINI E. ROSS, ESQ.
          UNITED STATES ATTORNEY
13           BY:  JEREMIAH LENIHAN, ESQ.
          ASSISTANT UNITED STATES ATTORNEY
14           138 Delaware Avenue
          Buffalo, NY 14202
15
          U.S. DEPARTMENT OF JUSTICE
16           ORGANIZED CRIME SECTION
          BY:  JULIE ANN FINOCCHIARO, ESQ.
17           1301 New York Avenue, NW
          Suite 7th Floor
18           Washington, DC 20530

19 For the Defendant:  RODERICK ARRINGTON, PRO SE

20 Stand-by counsel:  MARK A. FOTI, ESQ.
          16 W. Main Street, Suite 100
21           Rochester, NY 14614

22 Court Reporter:   MEGAN E. PELKA, RPR
          Robert H. Jackson US Courthouse
23           2 Niagara Square
          Buffalo, NY 14202
24           (716) 364-6449

25

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

1

| | | |
|---|---|---|
| 09:21AM | 1 | (All jurors present in room at 9:21 a.m.) |
| 09:22AM | 2 | THE COURT:  All right.  We're all here.  Have the |
| 09:22AM | 3 | witness return to the witness stand. |
| 09:22AM | 4 | MR. LENIHAN:  Yes, Your Honor. |
| 09:23AM | 5 | (The witness entered the room at 9:23 a.m.) |
| 09:23AM | 6 | THE COURT:  Mr. Arrington? |
| 09:23AM | 7 | |
| 09:23AM | 8 | CROSS-EXAMINATION |
| 09:23AM | 9 | |
| 09:23AM | 10 | BY THE DEFENDANT: |
| 09:23AM | 11 | Q.  Yesterday, I was asking you questions about your prior |
| 09:24AM | 12 | history and your current criminal charges.  Yesterday, you |
| 09:24AM | 13 | testified in front of the Grand Jury that you never got |
| 09:24AM | 14 | arrested for a gun or wasn't expecting indictment.  Did |
| 09:24AM | 15 | anything change from yesterday? |
| 09:24AM | 16 | A.  No. |
| 09:24AM | 17 | Q.  You not -- you didn't get indicted for a weapon? |
| 09:24AM | 18 | A.  No. |
| 09:24AM | 19 | Q.  You get arraigned for a weapon? |
| 09:24AM | 20 | A.  No. |
| 09:24AM | 21 | Q.  That's your testimony, that you didn't get arrested, |
| 09:24AM | 22 | wasn't questioned about a prior weapon possession? |
| 09:24AM | 23 | A.  Prior weapon possession? |
| 09:24AM | 24 | Q.  Yeah.  You don't have a warrant for your arrest? |
| 09:24AM | 25 | A.  No. |

09:24AM  1    Q.  You never got a warrant?

09:24AM  2    A.  No.

09:24AM  3    Q.  Can we admit Exhibit 24B -- no, music -- 23T I think

09:25AM  4    that's it 23T, "Front Door"?

09:25AM  5            THE COURT:  What are we talking about?

09:25AM  6            THE DEFENDANT:  The music video.  The album cover.

09:25AM  7    It's in evidence, Your Honor.  I just want to put it on the

09:25AM  8    screen.  I think it's 24B.

09:25AM  9            THE COURT:  All right.

09:25AM  10           THE DEFENDANT:  Album cover.

09:25AM  11           THE COURT:  Okay.

09:25AM  12   BY THE DEFENDANT:

09:25AM  13   Q.  You remember you testifying to this album cover

09:25AM  14   yesterday?

09:25AM  15   A.  Yes.

09:25AM  16   Q.  Could you tell the jurors what other rappers was involved

09:25AM  17   in this album; rappers that was involved?  You see at the

09:26AM  18   bottom, can you named the rappers that was involved?

09:26AM  19   A.  Yes, Waka Flocka, French Montana.

09:26AM  20   Q.  Okay.  Is they rappers, well-known rappers?

09:26AM  21   A.  Yes.

09:26AM  22   Q.  In, like, entertainment?

09:26AM  23   A.  Yes.

09:26AM  24   Q.  Okay.  Is any of those drug dealers?

09:26AM  25   A.  I can't say.  They was just a feature in the music video.

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

3

| 09:26AM | 1 | I don't know they day-to-day.  They don't live here.  I don't |
| 09:26AM | 2 | deal with them. |
| 09:26AM | 3 | THE COURT:  Mr. James, speak a little louder. |
| 09:26AM | 4 | THE WITNESS:  I don't know their day-to-day business |
| 09:26AM | 5 | or what they do. |
| 09:26AM | 6 | BY THE DEFENDANT: |
| 09:26AM | 7 | Q.  So, you testimony is that Waka Flocka and French Montana |
| 09:26AM | 8 | is a part of this rap album and they're not a part of the |
| 09:26AM | 9 | Schuele gang, is they? |
| 09:26AM | 10 | A.  No.  They was paid to do a feature. |
| 09:26AM | 11 | Q.  They was paid to do a feature? |
| 09:27AM | 12 | A.  Mm-hmm. |
| 09:27AM | 13 | Q.  Did you have any knowledge that I was a body builder |
| 09:27AM | 14 | model and I was paid to be inside this video and on the |
| 09:27AM | 15 | cover?  Do you have any knowledge of that? |
| 09:27AM | 16 | A.  No. |
| 09:27AM | 17 | Q.  So, you don't have any knowledge that I was always going |
| 09:27AM | 18 | to the gym, working out, staying in shape to be a video model |
| 09:27AM | 19 | and I was being paid to be in these videos? |
| 09:27AM | 20 | A.  No.  We don't hang every day. |
| 09:27AM | 21 | Q.  I didn't hear you. |
| 09:27AM | 22 | A.  We don't hang every day. |
| 09:27AM | 23 | Q.  So, you admitted that we don't hang and we don't really |
| 09:27AM | 24 | communicate, correct? |
| 09:27AM | 25 | A.  No.  We don't really communicate.  No. |

09:27AM   1   Q.  Okay.  You said the guy with the Gucci hat on, where is

09:27AM   2   he from and what is his name?

09:27AM   3   A.  That's Brill from Wilson.

09:27AM   4   Q.  He's from Wilson.  And he was -- do you know if he was

09:28AM   5   paid to be in the video or you have any knowledge of how he

09:28AM   6   got on that album cover?

09:28AM   7   A.  No.

09:28AM   8   Q.  No?  You have no knowledge?  And he's not a Schuele

09:28AM   9   Boy -- alleged Schuele Boy?

09:28AM  10   A.  No.

09:28AM  11   Q.  Okay.  What's the name of the song that French Montana

09:28AM  12   was on?

09:28AM  13   A.  French Montana was on "Bottles After Bottles".

09:28AM  14   Q.  And what else?

09:28AM  15   A.  I really didn't listen.

09:28AM  16   Q.  And which was Waka Flocka was on?

09:28AM  17   A.  Bottles.  He was downtown during that performance.

09:28AM  18   Q.  Okay.  And he came to Buffalo and did concerts?

09:28AM  19   A.  French Montana came to Rochester, then he came to Buffalo

09:28AM  20   to the club called the Basement.

09:28AM  21   Q.  And that was to support Serious Black rap career,

09:29AM  22   correct?

09:29AM  23   A.  Yes.

09:29AM  24   Q.  Okay.  You said you remember me from growing up on Carl

09:29AM  25   Street or Central Park neighborhood?

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

5

| 09:29AM | 1 | A.  You stayed in my neighborhood a long time ago. |
| 09:29AM | 2 | Q.  What neighborhood is that? |
| 09:29AM | 3 | A.  Central Park area. |
| 09:29AM | 4 | Q.  Okay.  So, your testimony today is that you remember that |
| 09:29AM | 5 | I grew up in Central Park and was over there for a very long |
| 09:29AM | 6 | time and that's my neighborhood, correct? |
| 09:29AM | 7 | A.  I can't remember how long ago or, like, how long you |
| 09:29AM | 8 | lived over there. |
| 09:29AM | 9 | Q.  But that's where you remember me from originally?  That's |
| 09:29AM | 10 | where you first met me is Central Park area, right, |
| 09:29AM | 11 | neighborhood? |
| 09:29AM | 12 | A.  Yes.  I seen you over there. |
| 09:29AM | 13 | Q.  And that don't have any connection to Schuele area, |
| 09:29AM | 14 | Delevan and Grider area, do it? |
| 09:29AM | 15 | A.  No.  That's where you went later on around that area. |
| 09:30AM | 16 | Q.  That's where my mother moved to, correct, from Central |
| 09:30AM | 17 | Park to Carl Street, right? |
| 09:30AM | 18 | A.  Yes. |
| 09:30AM | 19 | Q.  And that's just where my mother lived.  Correct? |
| 09:30AM | 20 | A.  She lived there and you was around there. |
| 09:30AM | 21 | Q.  Okay.  But that don't mean I'm from around there.  Just |
| 09:30AM | 22 | because I live somewhere don't mean I'm from over there, |
| 09:30AM | 23 | correct? |
| 09:30AM | 24 | THE COURT:  Do you understand the question? |
| 09:30AM | 25 | THE WITNESS:  Yes, Your Honor.  I understand, I |

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

6

| | | |
|---|---|---|
| 09:30AM | 1 | just -- |
| 09:30AM | 2 | THE COURT:  Okay. |
| 09:30AM | 3 | THE WITNESS:  Just trying to process it.  I would say |
| 09:30AM | 4 | yes and no. |
| 09:31AM | 5 | BY THE DEFENDANT: |
| 09:31AM | 6 | Q.  You testified yesterday about me being present during |
| 09:31AM | 7 | cocaine being cooked up at a house on Courtland in 2011.  Do |
| 09:31AM | 8 | you know what date and month that was around? |
| 09:31AM | 9 | A.  No.  I just know the summer time. |
| 09:31AM | 10 | Q.  It was the summer time.  You don't know when? |
| 09:31AM | 11 | A.  No.  I can't remember. |
| 09:31AM | 12 | Q.  Did you know what month I came home in 2011 after doing |
| 09:31AM | 13 | five years in prison? |
| 09:31AM | 14 | A.  No.  I just know it was summer. |
| 09:31AM | 15 | Q.  Okay.  What date did Letorrance Travis get arrested for |
| 09:31AM | 16 | his drug conspiracy? |
| 09:31AM | 17 | A.  I don't recall the date, but November was the month. |
| 09:31AM | 18 | Q.  November was the month 2011? |
| 09:31AM | 19 | A.  Yeah. |
| 09:31AM | 20 | Q.  And that's when he got busted with all his drugs right? |
| 09:31AM | 21 | A.  Yes. |
| 09:31AM | 22 | Q.  And that was a whole 'nother conspiracy, correct? |
| 09:32AM | 23 | A.  Yes. |
| 09:32AM | 24 | Q.  Right.  Not this indictment.  It was a whole another |
| 09:32AM | 25 | conspiracy with two other coconspirators that they was |

| | | |
|---|---|---|
| 09:32AM | 1 | charged with, correct? |
| 09:32AM | 2 | A.  Yes. |
| 09:32AM | 3 | Q.  Okay.  So, when Letorrance Travis got busted with all the |
| 09:32AM | 4 | drugs in that drug conspiracy, was it any more drugs coming |
| 09:32AM | 5 | in from Letorrance Travis? |
| 09:32AM | 6 | A.  No. |
| 09:32AM | 7 | Q.  2011? |
| 09:32AM | 8 | A.  No. |
| 09:32AM | 9 | Q.  And everything stopped from that point out from 2011 |
| 09:32AM | 10 | until 2015 or '14 when you got indicted.  There was no more |
| 09:32AM | 11 | drugs coming from Letorrance Travis? |
| 09:32AM | 12 | A.  No.  Wasn't no drugs coming from Letorrance Travis until |
| 09:32AM | 13 | 2013, not from him in 2013, but drugs came around in 2013. |
| 09:32AM | 14 | Indictment happened in 2014. |
| 09:32AM | 15 | Q.  But Letorrance wasn't giving me any more drugs.  It |
| 09:33AM | 16 | stopped, right? |
| 09:33AM | 17 | A.  Yeah. |
| 09:33AM | 18 | Q.  And from 2011 to 2014, you got indicted, Letorrance |
| 09:33AM | 19 | Travis wasn't selling any more drugs, correct? |
| 09:33AM | 20 | A.  Correct. |
| 09:33AM | 21 | Q.  Okay.  What was your source of supply from 2011 after |
| 09:33AM | 22 | Letorrance Travis until you caught your drug conspiracy? |
| 09:33AM | 23 | A.  Couple people, I would say, a few different people.  It |
| 09:33AM | 24 | was Robertson, a guy last name by Barnes and someone from |
| 09:33AM | 25 | downtown. |

09:33AM  1   Q.  So, it wasn't Aaron Hicks, it wasn't --

09:33AM  2   A.  Aaron Hicks was 2011.

09:33AM  3   Q.  I'm talking about from after Letorrance Travis got

09:33AM  4   busted, he's done now.  From 2011, until you got arrested for

09:33AM  5   your drug conspiracy, there was nobody -- there was no drugs

09:34AM  6   coming from Aaron Hicks, no drugs coming from Mr. Arrington,

09:34AM  7   no drugs coming from Marcel Worthy, correct?

09:34AM  8   A.  Correct.

09:34AM  9   Q.  Okay.  So, when you testified when the government asked

09:34AM  10  you when you was involved if all the individuals involved

09:34AM  11  allegedly involved with Matt in 2012 and you testified and

09:34AM  12  said that you was still in the drug business from 2012 in

09:34AM  13  2012, that was false testimony, correct?

09:34AM  14  A.  No.  That's -- we went through that yesterday when we got

09:34AM  15  the years.  The Judge had to go back through the transcripts

09:34AM  16  when I told him it was just the year that you saying that it

09:34AM  17  wasn't correct.

09:34AM  18  Q.  So, when you gave that testimony saying that you was in

09:34AM  19  the drug trade with all those individuals in 2012, that was

09:35AM  20  false, correct?

09:35AM  21      MR. LENIHAN:  Objection.  Mischaracterization of

09:35AM  22  testimony.

09:35AM  23      THE COURT:  Sustained.

09:35AM  24  BY THE DEFENDANT:

09:35AM  25  Q.  So, you wasn't in the drug trade in any individual with

| | | |
|---|---|---|
| 09:35AM | 1 | 2012? |
| 09:35AM | 2 | A.  2012, no drugs was around. |
| 09:35AM | 3 | Q.  Okay. |
| 09:35AM | 4 | THE DEFENDANT:  Yeah.  What he was testifying about, |
| 09:35AM | 5 | the video, "Front Door", Your Honor, can we admit music video |
| 09:35AM | 6 | that's already in evidence?  Can we put it on the screen 23T, |
| 09:35AM | 7 | "Front Door"? |
| 09:35AM | 8 | MR. LENIHAN:  I think it's just 23. |
| 09:36AM | 9 | (The recording was played.) |
| 09:36AM | 10 | THE DEFENDANT:  You can stop it.  Can you rewind it? |
| 09:38AM | 11 | What it say, come up on a mill, mess with me, come up on a |
| 09:38AM | 12 | mill. |
| 09:38AM | 13 | (The recording was played.) |
| 09:38AM | 14 | BY THE DEFENDANT: |
| 09:38AM | 15 | Q.  Remember yesterday on direct examination, the government |
| 09:38AM | 16 | asked you the lines of "fuck around with me, you gonna come |
| 09:38AM | 17 | up on a mill" and you testified and said that that was a |
| 09:38AM | 18 | million dollars, correct?  That was your testimony yesterday, |
| 09:38AM | 19 | correct? |
| 09:38AM | 20 | A.  You said what? |
| 09:38AM | 21 | Q.  Yeah.  When the government asked you about those rap |
| 09:38AM | 22 | lyrics, the line of, "fuck around with me, you gonna come up |
| 09:39AM | 23 | on a mill", you testified and said that was a million dollars |
| 09:39AM | 24 | correct? |
| 09:39AM | 25 | A.  Yeah.  Come up on a mill. |

| | | |
|---|---|---|
| 09:39AM | 1 | Q.  That was your testimony? |
| 09:39AM | 2 | A.  Yes.  Come up with a million dollars. |
| 09:39AM | 3 | Q.  And you testified under oath and said that you'll come up |
| 09:39AM | 4 | on a million dollars fucking with me, correct? |
| 09:39AM | 5 | A.  Yes. |
| 09:39AM | 6 | Q.  Prior testimony, you testified under oath -- |
| 09:39AM | 7 | THE COURT:  Wait a second.  Where are you reading |
| 09:39AM | 8 | from?  What are you reading from? |
| 09:39AM | 9 | THE DEFENDANT:  A prior -- |
| 09:39AM | 10 | THE COURT:  Wait a minute. |
| 09:39AM | 11 | THE DEFENDANT:  -- proceeding. |
| 09:39AM | 12 | THE COURT:  If he says coming different, Mr. Foti |
| 09:39AM | 13 | give the transcript.  Show it to the witness.  Ask him to look |
| 09:39AM | 14 | at it and see whether it refreshes his recollection, whether |
| 09:39AM | 15 | it's inconsistent or not, it will be up to the jury to decide. |
| 09:39AM | 16 | We're not going to read any more testimony from prior |
| 09:39AM | 17 | proceedings. |
| 09:39AM | 18 | THE DEFENDANT:  I wasn't going to do that, Your |
| 09:39AM | 19 | Honor.  You didn't give me a chance.  He told me I had to do |
| 09:40AM | 20 | it and I was going to do it the proper way just like you said. |
| 09:40AM | 21 | THE COURT:  All right.  We'll let you -- I'll give |
| 09:40AM | 22 | you some room to do what you want to do.  Go ahead. |
| 09:41AM | 23 | BY THE DEFENDANT: |
| 09:41AM | 24 | Q.  You testified at a prior proceeding under oath, Your |
| 09:41AM | 25 | Honor.  I want to show him 3502K.  We on document 335, page |

| | | |
|---|---|---|
| 09:41AM | 1 | 193 of 99, line 4 to 10.  This is the prior testimony that |
| 09:42AM | 2 | you testified under oath? |
| 09:42AM | 3 | A.  One ninety-nine? |
| 09:42AM | 4 | Q.  One ninety-three of one ninety-nine, line 4 to 10. |
| 09:42AM | 5 | A.  At the top right corner say page 553. |
| 09:42AM | 6 | THE COURT:  Just read it to yourself. |
| 09:42AM | 7 | THE WITNESS:  I don't see it.  He says page 199.  It |
| 09:42AM | 8 | showing page 589. |
| 09:42AM | 9 | THE DEFENDANT:  Page 584. |
| 09:42AM | 10 | THE COURT:  Make sure you go exactly where he's |
| 09:42AM | 11 | indicated.  Right. |
| 09:42AM | 12 | THE WITNESS:  Yes.  Five eighty-four.  Which line? |
| 09:42AM | 13 | BY THE DEFENDANT: |
| 09:42AM | 14 | Q.  Line 4 to 10. |
| 09:43AM | 15 | A.  I'm looking at it, but I don't know how this got typed |
| 09:43AM | 16 | up. |
| 09:43AM | 17 | Q.  Does that refresh your recollection? |
| 09:43AM | 18 | A.  Yes, but this is like, a miss. |
| 09:43AM | 19 | Q.  But that was -- you was under oath.  You testified under |
| 09:43AM | 20 | oath at that proceeding, correct? |
| 09:43AM | 21 | A.  Yes. |
| 09:43AM | 22 | Q.  Okay.  You testified at that proceeding: |
| 09:43AM | 23 | Question.  The line of, "fuck around with me, you gonna |
| 09:43AM | 24 | come up on a mill".  Did you remember that from the song? |
| 09:44AM | 25 | A.  Yes. |

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

12

| | | |
|---|---|---|
| 09:44AM | 1 | Q.  Answer was, yes. |
| 09:44AM | 2 | Question.  What does that mean?  Answer.  You testified |
| 09:44AM | 3 | under oath and said, you will end up dead.  Question -- |
| 09:44AM | 4 | A.  Yes. |
| 09:44AM | 5 | Q.  Mill referring to a handgun, a caliber -- 9 millimeter. |
| 09:44AM | 6 | You testified and said, yes.  That testimony is totally |
| 09:44AM | 7 | different from what you testified to yesterday about this rap |
| 09:44AM | 8 | video, correct? |
| 09:44AM | 9 | A.  Yes. |
| 09:44AM | 10 | Q.  Thank you.  When you testified, you said after Letorrance |
| 09:45AM | 11 | Travis arrest in 2011, everything broke up and they |
| 09:45AM | 12 | separated.  Can you tell the jury who separated, and what was |
| 09:45AM | 13 | your connection to me from -- what was your connection to me |
| 09:45AM | 14 | out of anything that you testified about with these drugs? |
| 09:45AM | 15 | You said I was in the circle.  Can you explain? |
| 09:45AM | 16 | A.  My connection to you?  We don't have a connection. |
| 09:45AM | 17 | Q.  Thank you.  Is you charged with RICO conspiracy? |
| 09:46AM | 18 | A.  No. |
| 09:46AM | 19 | Q.  You are not charged with RICO conspiracy at all, correct? |
| 09:46AM | 20 | A.  No. |
| 09:46AM | 21 | Q.  It me and you never had an agreement of anything |
| 09:46AM | 22 | involving any RICO racketeering activity, correct? |
| 09:46AM | 23 | A.  No drugs. |
| 09:47AM | 24 | Q.  Was -- me and you never agreed to violate interstate |
| 09:47AM | 25 | commerce through a pattern of racketeering activity? |

D. JAMES -- BY THE DEFENDANT -- 09/13/2022

13

| 09:47AM | 1 | A.  No. |
| 09:47AM | 2 | Q.  Did me and you ever knowingly or willingly become a |
| 09:47AM | 3 | member of an agreement in this indictment? |
| 09:47AM | 4 | A.  We're not on the same indictment. |
| 09:47AM | 5 | Q.  We're not on the same indictment, correct? |
| 09:47AM | 6 | A.  No. |
| 09:47AM | 7 | Q.  So, we never had any agreement, correct? |
| 09:47AM | 8 | A.  No. |
| 09:47AM | 9 | Q.  Me and you are not associates, correct? |
| 09:47AM | 10 | A.  No, just speak time to time.  You know, whatever, just -- |
| 09:47AM | 11 | Q.  You know what associate means; the definition? |
| 09:48AM | 12 | A.  You got friends.  You got associates. |
| 09:48AM | 13 | Q.  Huh? |
| 09:48AM | 14 | A.  You got friends, and you have associates. |
| 09:48AM | 15 | Q.  But do the proper definition of associate -- |
| 09:48AM | 16 | A.  No.  You can elaborate for me. |
| 09:48AM | 17 | Q.  You mind if I give him the definition, Your Honor, of |
| 09:48AM | 18 | what associate mean? |
| 09:48AM | 19 | THE COURT:  Ask the next question please. |
| 09:48AM | 20 | BY THE DEFENDANT: |
| 09:48AM | 21 | Q.  Your testimony here that me and you never agreed to |
| 09:48AM | 22 | commit any acts of racketeering activity in this indictment. |
| 09:48AM | 23 | We never had agreement to commit any acts in this indictment? |
| 09:48AM | 24 | A.  No. |
| 09:48AM | 25 | Q.  You know what statute 2 is, aiding and abetting? |

09:49AM    1                MR. LENIHAN:  Objection.  This is going to be within

09:49AM    2    Your Honor's province.

09:49AM    3                THE COURT:  Sustained.

09:49AM    4    BY THE DEFENDANT:

09:49AM    5    Q.  Me and you never had a connection in this drug

09:49AM    6    conspiracy, correct?

09:49AM    7    A.  Yes.

09:49AM    8    Q.  And we was never partners or colleagues in this drug

09:49AM    9    conspiracy or any RICO conspiracy, correct?

09:49AM   10    A.  No.

09:49AM   11    Q.  Me and you never did business together, correct?

09:49AM   12    A.  No.

09:49AM   13    Q.  And you testified today saying that I am from Central

09:50AM   14    Park.  That's where you first met me.  That's where you know

09:50AM   15    me from being from, correct?

09:50AM   16    A.  Yes.

09:50AM   17    Q.  And your testimony here today that you never got indicted

09:50AM   18    for a gun, and you don't have a warrant for your arrest,

09:50AM   19    correct?

09:50AM   20    A.  Correct.

09:50AM   21    Q.  That's your testimony today?

09:50AM   22                THE COURT:  We have already gone into that.

09:51AM   23                THE DEFENDANT:  No further questions.

09:51AM   24                THE COURT:  All right.  Mr. Lenihan?

09:51AM   25                MR. LENIHAN:  Yes.

| | | |
|---|---|---|
| 09:51AM | 1 | REDIRECT EXAMINATION |
| 09:51AM | 2 | |
| 09:51AM | 3 | BY MR. LENIHAN: |
| 09:51AM | 4 | Q.  Mr. James, how are you doing today? |
| 09:51AM | 5 | A.  I'm doing fine. |
| 09:51AM | 6 | Q.  You first met the defendant when he was living in the |
| 09:51AM | 7 | Central Park neighborhood? |
| 09:51AM | 8 | A.  Yes. |
| 09:51AM | 9 | Q.  Do you remember when he moved to Carl Street? |
| 09:51AM | 10 | A.  No.  It was years later.  I don't actually remember where |
| 09:51AM | 11 | it was years later, though. |
| 09:51AM | 12 | Q.  Do you know how old he was? |
| 09:51AM | 13 | A.  I would say at that time when he moved?  Teenage. |
| 09:51AM | 14 | Q.  You were asked about your plea agreement.  Do you |
| 09:51AM | 15 | remember that? |
| 09:51AM | 16 | A.  Yes. |
| 09:51AM | 17 | Q.  That you had pled guilty to what in federal court in |
| 09:51AM | 18 | 2016? |
| 09:51AM | 19 | A.  That was -- the guidelines I pled to was 33 to 41 or 41 |
| 09:52AM | 20 | to 51. |
| 09:52AM | 21 | Q.  When you were charged, was that -- were you charged as |
| 09:52AM | 22 | part -- who were you charged with as part of that federal |
| 09:52AM | 23 | charge? |
| 09:52AM | 24 | A.  Me and the Schuele Boys; me, Marcel Worthy, my cousin |
| 09:52AM | 25 | Shawntorrian Travis, Robertson, and some more guys, about 13 |

| | | |
|---|---|---|
| 09:52AM | 1 | other defendants. |
| 09:52AM | 2 | Q.  The people that you were charged with, was that the |
| 09:52AM | 3 | people that had gone separate ways in 2011? |
| 09:52AM | 4 | A.  Yes. |
| 09:52AM | 5 | Q.  When Letorrance Travis was arrested in November of 2011, |
| 09:53AM | 6 | did you have awareness as to where the kilograms of cocaine |
| 09:53AM | 7 | came from? |
| 09:53AM | 8 | A.  Not actually where they came from, like what state, but |
| 09:53AM | 9 | from the source I was aware of. |
| 09:53AM | 10 | Q.  Who was the source? |
| 09:53AM | 11 | A.  The first guy that I mentioned earlier, the faded hair |
| 09:53AM | 12 | with the dreads, and then, after that, me and my cousin |
| 09:53AM | 13 | Torrence, we'll be talking and he was, you know, telling me |
| 09:53AM | 14 | about the Mexican source of supply. |
| 09:53AM | 15 | Q.  Do you remember the Mexican source of supply name? |
| 09:53AM | 16 | A.  No. |
| 09:53AM | 17 | Q.  At that point when Letorrance Travis was arrested in |
| 09:53AM | 18 | 2011, was Aaron Hicks involved in the drug conspiracy? |
| 09:53AM | 19 | A.  Yes. |
| 09:53AM | 20 | Q.  To your knowledge, was Roderick Arrington involved? |
| 09:54AM | 21 | A.  Yes. |
| 09:54AM | 22 | Q.  Now you mentioned that you never dealt directly with |
| 09:54AM | 23 | Mr. Arrington? |
| 09:54AM | 24 | A.  Yes.  I never dealt with him. |
| 09:54AM | 25 | Q.  Had you seen him involved in the drug conspiracy? |

D. JAMES -- BY MR. LENIHAN -- 09/13/2022
17

09:54AM   1   A.  Yes.

09:54AM   2   Q.  If we can put up what's been entered into evidence as

09:54AM   3   Government Exhibit 25B?

09:54AM   4           THE DEFENDANT:  I object to this, Your Honor.

09:54AM   5           THE COURT:  Overruled.

09:54AM   6           MR. LENIHAN:  All right.  And we're looking at 25B

09:54AM   7   here and there's the name Ra.

09:54AM   8   A.  Yes.

09:54AM   9   Q.  Who is that in reference to?

09:54AM  10   A.  This is Ra Ra.  Stand for Rah.

09:54AM  11   Q.  Is there any other area that is part of this conspiracy?

09:54AM  12   A.  No.

09:54AM  13   Q.  And when it stays 12.0, what is your understanding of

09:54AM  14   that?

09:54AM  15   A.  That was grams.

09:55AM  16   Q.  All right.  If we could take that down.  Now, you

09:55AM  17   testified as part of your cooperation.  Do you remember

09:55AM  18   testifying in front of the Grand Jury?

09:55AM  19   A.  Yes.  I testified in front of the Grand Jury.

09:55AM  20   Q.  Did you testify in three prior proceedings in court as

09:55AM  21   well?

09:55AM  22   A.  I'm sorry?

09:55AM  23   Q.  Did you testify in three other proceedings in court?

09:55AM  24   A.  Yes.

09:55AM  25   Q.  As part of your cooperation with the government, did you

09:55AM   1    have to be truthful?

09:55AM   2    A.   Yes.

09:55AM   3    Q.   Was that cooperation made known to the Court?

09:55AM   4    A.   Yes.

09:55AM   5    Q.   And who ultimately sentenced you based on your

09:55AM   6    cooperation?

09:55AM   7    A.   Your Honor, Judge --

09:55AM   8    Q.   Judge Arcara right here?

09:56AM   9    A.   Yes.

09:56AM   10        THE DEFENDANT:   Judge, he bolstering his credibility,

09:56AM   11   Your Honor.

09:56AM   12        THE COURT:   Overruled.

09:56AM   13   BY MR. LENIHAN:

09:56AM   14   Q.   You were asked if you were a changed man or not?

09:56AM   15   A.   Yes.   I was asked that.

09:56AM   16   Q.   Since you have been released, have you gotten a job?

09:56AM   17   A.   Yes.

09:56AM   18   Q.   What are you doing for a living right now?

09:56AM   19   A.   I have my CDL.   I drive 18-wheelers.

09:56AM   20   Q.   How is it going for you?

09:56AM   21   A.   It's going great.

09:56AM   22   Q.   What is it like to come here and testify in front of this

09:56AM   23   jury in open court?

09:56AM   24   A.   Not being able to go to work, it's a second day, it's new

09:57AM   25   to me.   It's different.

| | | |
|---|---|---|
| 09:57AM | 1 | THE COURT:  Next question please. |
| 09:57AM | 2 | MR. LENIHAN:  Yes, Your Honor. |
| 09:57AM | 3 | BY MR. LENIHAN: |
| 09:57AM | 4 | Q.  When you testified previously, were you looking to get a |
| 09:57AM | 5 | sentencing benefit? |
| 09:57AM | 6 | A.  Yes. |
| 09:57AM | 7 | Q.  At any point are you looking for any benefit whatsoever? |
| 09:57AM | 8 | A.  No. |
| 09:57AM | 9 | MR. LENIHAN:  No further questions, Your Honor. |
| 09:57AM | 10 | THE DEFENDANT:  Your Honor, I'd like to recross.  The |
| 09:57AM | 11 | government opened the door to certain things. |
| 09:57AM | 12 | THE COURT:  All right. |
| 09:57AM | 13 | BY THE DEFENDANT: |
| 09:57AM | 14 | Q.  You said I was involved in this drug conspiracy with |
| 09:57AM | 15 | these guys.  When did I get involved about this drug |
| 09:57AM | 16 | conspiracy? |
| 09:57AM | 17 | A.  That would be when you came home, was released. |
| 09:58AM | 18 | Q.  Do you have personal knowledge of me being involved with |
| 09:58AM | 19 | this drug conspiracy you know how long I was in jail for? |
| 09:58AM | 20 | A.  You?  No, I can't say I know how long you was in actual |
| 09:58AM | 21 | jail for.  I don't know which charge it was for.  I remember |
| 09:58AM | 22 | there was the incident a long time ago.  You was with a |
| 09:58AM | 23 | gentleman by the name of Bonkers. |
| 09:58AM | 24 | Q.  I didn't ask you that.  I asked you, did you know how |
| 09:58AM | 25 | long I was in jail for? |

| | | |
|---|---|---|
| 09:58AM | 1 | A.   No. |
| 09:58AM | 2 | Q.   What was my involvement in this drug conspiracy in 2011, |
| 09:58AM | 3 | your personal knowledge? |
| 09:58AM | 4 | A.   I never observed you actually get drugs, but you came |
| 09:58AM | 5 | around, was around at the house and my cousin Letorrance |
| 09:59AM | 6 | Travis.  He done talk about giving you drugs and things like |
| 09:59AM | 7 | that. |
| 09:59AM | 8 | Q.   Who talk about? |
| 09:59AM | 9 | A.   Letorrance. |
| 09:59AM | 10 | Q.   They talk to me or you? |
| 09:59AM | 11 | A.   He talked to me. |
| 09:59AM | 12 | Q.   And that's your interpretation; that I was involved in |
| 09:59AM | 13 | the drug conspiracy.  Do you have any personal knowledge that |
| 09:59AM | 14 | I was getting any drugs or dropping any money off?  Did you |
| 09:59AM | 15 | personally see me being involved in any drug conspiracy? |
| 09:59AM | 16 | A.   I didn't observe you dropping no money or anything other. |
| 09:59AM | 17 | Q.   Could you put a time, dates, on this alleged -- you |
| 09:59AM | 18 | witnessed me being involved in this drug conspiracy? |
| 09:59AM | 19 | A.   This is the Summer of 2011. |
| 09:59AM | 20 | Q.   You don't know what month? |
| 09:59AM | 21 | A.   No.  I can't recall the month. |
| 09:59AM | 22 | Q.   So, you don't have nothing to collaborate what you are |
| 09:59AM | 23 | saying as true? |
| 09:59AM | 24 | MR. LENIHAN:  Objection. |
| 09:59AM | 25 | THE COURT:  Sustained. |

10:00AM   1   BY THE DEFENDANT:

10:00AM   2   Q.  You just testified on a drug ledger and said Ra is me.

10:00AM   3   How can you come to those terms without -- you are not even

10:00AM   4   the author of that.  So, how can you say Ra is me?  What --

10:00AM   5   that's not even how I spell my name.  You know how I spell my

10:00AM   6   name?

10:00AM   7   A.  I don't spell it.  My cousin doesn't even spell it

10:00AM   8   correctly.

10:00AM   9   Q.  How you know it was me?

10:00AM  10   A.  He talk about you owe him some money when you got out

10:00AM  11   there.  That's the list he had.

10:00AM  12   Q.  If Torrence come here --

10:00AM  13            MR. LENIHAN:  Objection.

10:00AM  14            THE COURT:  Sustained.

10:00AM  15            THE DEFENDANT:  No further questions, Your Honor.

10:01AM  16            THE COURT:  All right.  The witness is excused.

         17   (The witness was excused at 10:01 a.m.)

         18

         19

         20

         21

         22

         23

         24

         25

1               *     *     *     *     *     *     *

2

3          I certify that the foregoing is a

4     correct transcription of the proceedings

5     recorded by me in this matter.

6

7

8

9                         s/ Megan E. Pelka, RPR

10                        Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25