1  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF NEW YORK**
2
   UNITED STATES OF AMERICA,        )
3                                    ) Case No. 1:15-CR-00033-3
                                     )           (RJA)(HBS)
4                  Plaintiff,        )
                                     )
5  vs.                               ) September 15th, 2022
                                     )
6  RODERICK ARRINGTON,               )
                                     )
7                  Defendant.        )

8       **TRANSCRIPT OF JURY TRIAL TESTIMONY OF JEROME GRANT**
              **BEFORE THE HONORABLE RICHARD J. ARCARA**
9               **SENIOR UNITED STATES DISTRICT JUDGE**

10

   <u>APPEARANCES:</u>
11
   For the Plaintiff:    TRINI E. ROSS, ESQ.
12                        UNITED STATES ATTORNEY
                          BY:  JEREMIAH LENIHAN, ESQ.
13                        ASSISTANT UNITED STATES ATTORNEY
                          138 Delaware Avenue
14                        Buffalo, NY 14202

15                        U.S. DEPARTMENT OF JUSTICE
                          ORGANIZED CRIME SECTION
16                        BY:  JULIE ANN FINOCCHIARO, ESQ.
                          1301 New York Avenue, NW
17                        Suite 7th Floor
                          Washington, DC 20530
18
   For the Defendant:    RODERICK ARRINGTON, PRO SE
19
   Stand-by counsel:     MARK A. FOTI, ESQ.
20                        16 W. Main Street, Suite 100
                          Rochester, NY 14614
21
   Court Reporter:       MEGAN E. PELKA, RPR
22                        Robert H. Jackson US Courthouse
                          2 Niagara Square
23                        Buffalo, NY 14202
                          (716) 364-6449
24

25

| 12:01PM | 1 | (The jury was present in the room at 12:00 p.m.) |
| 12:01PM | 2 | MR. LENIHAN:  Your Honor, at this time, the |
| 12:01PM | 3 | Government calls Jerome Grant, witness 20. |
| 12:02PM | 4 | (The witness was sworn at 12:03 p.m.) |
| 12:03PM | 5 | THE CLERK:  Can you please state your name and spell |
| 12:03PM | 6 | it for the record? |
| 12:03PM | 7 | THE WITNESS:  Jerome, J-E-R-O-M-E; Grant, G-R-A-N-T. |
| 12:03PM | 8 | MR. LENIHAN:  Permission to proceed, Your Honor? |
| 12:03PM | 9 | THE COURT:  Yes, please. |
| 12:03PM | 10 | |
| 12:03PM | 11 | DIRECT EXAMINATION |
| 12:03PM | 12 | |
| 12:03PM | 13 | BY MR. LENIHAN: |
| 12:03PM | 14 | Q.  How are you doing, sir? |
| 12:03PM | 15 | A.  I'm all right. |
| 12:03PM | 16 | Q.  Can you move the microphone so you can speak into it? |
| 12:03PM | 17 | And then you can twist it, if you want.  Mr. Grant, where did |
| 12:03PM | 18 | you grow up? |
| 12:03PM | 19 | A.  Schuele Street, in that area, Delavan and Grider area, |
| 12:04PM | 20 | like. |
| 12:04PM | 21 | Q.  You grew up in Buffalo? |
| 12:04PM | 22 | A.  Yeah. |
| 12:04PM | 23 | Q.  And where is the Schuele -- where is Schuele Street? |
| 12:04PM | 24 | A.  Delavan-Grider area. |
| 12:04PM | 25 | Q.  How long had you been living over in the -- over on |

GRANT -- BY MR. LENIHAN -- 09/15/2022

2

| 12:04PM | 1 | Schuele Street? |
| 12:04PM | 2 | A.  Well, I never lived on Schuele Street.  I lived on Carl. |
| 12:04PM | 3 | Q.  How long did you live on Carl? |
| 12:04PM | 4 | A.  For a few years. |
| 12:04PM | 5 | Q.  And do you remember when specifically? |
| 12:04PM | 6 | A.  I want to say maybe '94, somewhere around there. |
| 12:04PM | 7 | Q.  And did you ever get involved in selling drugs? |
| 12:04PM | 8 | A.  Not exactly when I lived there, but yeah. |
| 12:04PM | 9 | Q.  And can you discuss how you started off selling drugs? |
| 12:04PM | 10 | A.  I started off actually with my cousin. |
| 12:04PM | 11 | Q.  Where were you selling drugs with your cousin? |
| 12:04PM | 12 | A.  First around Jenner Street, around Jenner Street area. |
| 12:04PM | 13 | Q.  Where is that in relation to Schuele? |
| 12:04PM | 14 | A.  Pardon me? |
| 12:04PM | 15 | Q.  Where is that in relation to Schuele Street? |
| 12:05PM | 16 | A.  It's not that far.  It's a few blocks away. |
| 12:05PM | 17 | Q.  What kind of drugs were you selling? |
| 12:05PM | 18 | A.  Crack. |
| 12:05PM | 19 | Q.  When were you selling crack? |
| 12:05PM | 20 | A.  I'd say maybe, like, around '95, '96, probably when I |
| 12:05PM | 21 | started. |
| 12:05PM | 22 | Q.  How old were you in '95, '96? |
| 12:05PM | 23 | A.  In '95, I was 15. |
| 12:05PM | 24 | Q.  Did you ever get caught for selling drugs? |
| 12:05PM | 25 | A.  Yeah. |

| | | |
|---|---|---|
| 12:05PM | 1 | Q.  Did you get caught a bunch of times selling drugs? |
| 12:05PM | 2 | A.  Yeah. |
| 12:05PM | 3 | Q.  All right.  So, can you talk to us about when you got |
| 12:05PM | 4 | caught selling drugs by the police? |
| 12:05PM | 5 | A.  First time I got caught in Dunkirk, I caught a sale, that |
| 12:05PM | 6 | was '98.  I got caught again for drugs in 2003, maybe.  I |
| 12:06PM | 7 | think it was 2003.  Yeah, in Buffalo.  Then I got caught with |
| 12:06PM | 8 | some weed in Erie, Pennsylvania, same year. |
| 12:06PM | 9 | Q.  That was in 2003? |
| 12:06PM | 10 | A.  Yeah. |
| 12:06PM | 11 | Q.  When you got arrested in Dunkirk, did you have to serve |
| 12:06PM | 12 | any time? |
| 12:06PM | 13 | A.  I was granted my youthful offender.  So I did, like, 50- |
| 12:06PM | 14 | some days and they gave me probation. |
| 12:06PM | 15 | Q.  When was that? |
| 12:06PM | 16 | A.  That was in '98.  Yeah.  I got out, like, '98 I want to |
| 12:06PM | 17 | say. |
| 12:06PM | 18 | Q.  So, when you got out in '98, did you go back to selling |
| 12:06PM | 19 | drugs? |
| 12:06PM | 20 | A.  Yeah. |
| 12:06PM | 21 | Q.  Where were you selling drugs after '98? |
| 12:06PM | 22 | A.  Well, I still was on Jenner a little bit, but I was going |
| 12:06PM | 23 | around, like, Stevens area. |
| 12:06PM | 24 | Q.  Where is Stevens in relation to Schuele? |
| 12:06PM | 25 | A.  The next street over. |

12:06PM   1   Q.  What kind of drugs were you selling at that point?

12:06PM   2   A.  I was selling a little weed and crack still.

12:06PM   3   Q.  And then you mentioned you got arrested in 2003?

12:07PM   4   A.  Yeah.

12:07PM   5   Q.  And how did you get arrested in 2003?

12:07PM   6   A.  In 2003 in Buffalo, I was going to, I think, sell

12:07PM   7   somebody some crack maybe, and I got caught with a gun and I

12:07PM   8   had some crack on me.

12:07PM   9   Q.  And were you charged state side?

12:07PM  10   A.  Yeah.

12:07PM  11   Q.  And were you sentenced?

12:07PM  12   A.  Yeah.

12:07PM  13   Q.  How much time were you sentenced to?

12:07PM  14   A.  A year.

12:07PM  15   Q.  Did you -- did that stop you from selling drugs?

12:07PM  16   A.  No.

12:07PM  17   Q.  All right.  So what happened after you got out with that

12:07PM  18   year sentence?

12:07PM  19   A.  After I got out, I had to do time in Pennsylvania because

12:07PM  20   of the charge I had in Pennsylvania for the weed charge in

12:07PM  21   2003, which I ended up going to jail in 2004.  So, I think I

12:07PM  22   got the Pennsylvania, because they extradited me to

12:07PM  23   Pennsylvania, I think I got there 2005.  Then I got

12:07PM  24   sentenced.  They gave me a one to four, and I got released in

12:08PM  25   2006 to a halfway house in Erie.

GRANT -- BY MR. LENIHAN -- 09/15/2022

5

| | | |
|---|---|---|
| 12:08PM | 1 | Q. You got released in 2006? |
| 12:08PM | 2 | A. Yeah. |
| 12:08PM | 3 | Q. To a halfway house? |
| 12:08PM | 4 | A. Yeah. |
| 12:08PM | 5 | Q. Can you tell the jury what a halfway house is? |
| 12:08PM | 6 | A. Somewhere where you go if you don't have, like, no family |
| 12:08PM | 7 | in that state, they house you, and get you a job so you can |
| 12:08PM | 8 | get yourself together. |
| 12:08PM | 9 | Q. Do you remember when you were released from the halfway |
| 12:08PM | 10 | house? |
| 12:08PM | 11 | A. I feel like maybe April, May. I can't remember exactly |
| 12:08PM | 12 | when it was. It was in 2006. |
| 12:08PM | 13 | Q. Okay. And once you got released from the halfway house |
| 12:08PM | 14 | in Pennsylvania, where did you go? |
| 12:08PM | 15 | A. I was still in Pennsylvania. |
| 12:08PM | 16 | Q. Did you ever come back to Buffalo? |
| 12:08PM | 17 | A. Yeah. |
| 12:08PM | 18 | Q. When did you come back to Buffalo? |
| 12:08PM | 19 | A. I come back a few times. |
| 12:08PM | 20 | Q. Where would you go when you came back to Buffalo? |
| 12:08PM | 21 | A. Carl, Schuele Street, that area, Stevens. |
| 12:08PM | 22 | Q. And then again, did you continue to sell drugs? |
| 12:09PM | 23 | A. Yeah. |
| 12:09PM | 24 | Q. Were you selling drugs in that neighborhood? |
| 12:09PM | 25 | A. At that time, I wasn't. I was in Pennsylvania. |

GRANT -- BY MR. LENIHAN -- 09/15/2022

6

| 12:09PM | 1 | Q.  Now, did you get arrested again in 2006? |
| 12:09PM | 2 | A.  Yeah. |
| 12:09PM | 3 | Q.  What did you get arrested for? |
| 12:09PM | 4 | A.  Possession of a firearm. |
| 12:09PM | 5 | Q.  And what happened with that charge? |
| 12:09PM | 6 | A.  I got 57 months. |
| 12:09PM | 7 | Q.  Was that a state case or was that federal? |
| 12:09PM | 8 | A.  It started off state, but the Feds picked it up. |
| 12:09PM | 9 | Q.  And so, when were you released on that case? |
| 12:09PM | 10 | A.  I got released in 2010, but I had a violation for |
| 12:09PM | 11 | Pennsylvania state for evading parole.  So I went to |
| 12:09PM | 12 | Pennsylvania state. |
| 12:09PM | 13 | Q.  What happened after that? |
| 12:09PM | 14 | A.  They gave me a 18-month violation.  I did, I think, maybe |
| 12:09PM | 15 | nine months and they sent me to the halfway house. |
| 12:09PM | 16 | Q.  Where was the halfway house at? |
| 12:09PM | 17 | A.  On West Second Street. |
| 12:09PM | 18 | Q.  Here in Buffalo or in Pennsylvania? |
| 12:10PM | 19 | A.  No.  Erie, Pennsylvania. |
| 12:10PM | 20 | Q.  When were you ultimately released from the halfway house? |
| 12:10PM | 21 | A.  I ended up going back to jail from taking too long to get |
| 12:10PM | 22 | back from work or something like that in 2012.  Then I got |
| 12:10PM | 23 | released again from, I think it was Albion, maybe October |
| 12:10PM | 24 | 2012.  I stayed in a halfway house from 2000 -- October to |
| 12:10PM | 25 | maybe January 13th or 18th, something like that, 2013. |

GRANT -- BY MR. LENIHAN -- 09/15/2022

| | | |
|---|---|---|
| 12:10PM | 1 | Q.  When you were in the halfway house, were you selling |
| 12:10PM | 2 | drugs? |
| 12:10PM | 3 | A.  Yeah. |
| 12:10PM | 4 | Q.  How were you getting your drugs? |
| 12:10PM | 5 | A.  From Aaron Hicks. |
| 12:10PM | 6 | Q.  Does Aaron Hicks have a nickname? |
| 12:10PM | 7 | A.  Boogy. |
| 12:10PM | 8 | Q.  How did you meet Aaron Hicks? |
| 12:10PM | 9 | A.  From the neighborhood. |
| 12:10PM | 10 | Q.  Where did Aaron Hicks grow up? |
| 12:10PM | 11 | A.  Northland I want to say, Moselle. |
| 12:10PM | 12 | Q.  How was Aaron Hicks getting you drugs while you were in |
| 12:10PM | 13 | Pennsylvania? |
| 12:10PM | 14 | A.  He come down there to Buffalo or he would come there. |
| 12:11PM | 15 | Q.  What kind of drugs were you getting from Aaron Hicks? |
| 12:11PM | 16 | A.  Mainly weed at that time. |
| 12:11PM | 17 | Q.  How much weed were you getting? |
| 12:11PM | 18 | A.  Like, probably no more than like two pounds. |
| 12:11PM | 19 | Q.  How much were you buying two pounds for? |
| 12:11PM | 20 | A.  I would say like maybe $1,000.  No more than $1,000 a |
| 12:11PM | 21 | pound. |
| 12:11PM | 22 | Q.  How much were you selling the pound for? |
| 12:11PM | 23 | A.  Sixteen hundred. |
| 12:11PM | 24 | Q.  Where were you selling the marijuana? |
| 12:11PM | 25 | A.  Erie, Pennsylvania. |

GRANT -- BY MR. LENIHAN -- 09/15/2022

8

| 12:11PM | 1 | Q. Once you -- when did you get off of your halfway house |
| 12:11PM | 2 | sentence? |
| 12:11PM | 3 | A. January 13th, one of them -- some time in January 2013. |
| 12:11PM | 4 | Q. Did you stay in Pennsylvania in January of 2013? |
| 12:11PM | 5 | A. No.  I moved back to Buffalo. |
| 12:11PM | 6 | Q. Where did you move back to in Buffalo? |
| 12:11PM | 7 | A. Moved to Orchard Park. |
| 12:11PM | 8 | Q. What -- did you continue to sell drugs when you got back |
| 12:11PM | 9 | to Buffalo? |
| 12:12PM | 10 | A. Yeah. |
| 12:12PM | 11 | Q. Were you selling marijuana when you got back to Buffalo? |
| 12:12PM | 12 | A. Yeah. |
| 12:12PM | 13 | Q. Anything else? |
| 12:12PM | 14 | A. Coke. |
| 12:12PM | 15 | Q. And how were you getting your cocaine? |
| 12:12PM | 16 | A. I would get it from Boogy. |
| 12:12PM | 17 | Q. Aaron Hicks? |
| 12:12PM | 18 | A. Yeah. |
| 12:12PM | 19 | Q. Were you also getting marijuana from Aaron Hicks at this |
| 12:12PM | 20 | time? |
| 12:12PM | 21 | A. Yeah. |
| 12:12PM | 22 | Q. How much -- so from 2013 -- or from 2013, who was your |
| 12:12PM | 23 | primary source of supply as to the cocaine? |
| 12:12PM | 24 | A. Aaron Hicks. |
| 12:12PM | 25 | Q. And how about in 2014? |

GRANT -- BY MR. LENIHAN -- 09/15/2022
9

| | | |
|---|---|---|
| 12:12PM | 1 | A.  Same person. |
| 12:12PM | 2 | Q.  Did anything happen to you in 2014 that forced you to |
| 12:12PM | 3 | stop selling drugs? |
| 12:12PM | 4 | A.  Yeah.  I got arrested. |
| 12:12PM | 5 | Q.  How did you get arrested? |
| 12:12PM | 6 | A.  On a conspiracy. |
| 12:12PM | 7 | Q.  Was that a federal conspiracy charge? |
| 12:12PM | 8 | A.  Yeah. |
| 12:12PM | 9 | Q.  All right.  So, let's talk about starting in January of |
| 12:12PM | 10 | 2013.  What weight of cocaine are you purchasing from Aaron |
| 12:13PM | 11 | Hicks on a regular basis? |
| 12:13PM | 12 | A.  It would be between like an ounce to four, four and a |
| 12:13PM | 13 | half. |
| 12:13PM | 14 | Q.  Does four and a half ounces have a name in the drug |
| 12:13PM | 15 | trade? |
| 12:13PM | 16 | A.  Yeah.  It's called a big eight down here.  Various places |
| 12:13PM | 17 | call it different things. |
| 12:13PM | 18 | Q.  What does a big eight mean? |
| 12:13PM | 19 | A.  Four and a half ounces of coke. |
| 12:13PM | 20 | Q.  How much were you buying four and a half ounces of |
| 12:13PM | 21 | cocaine for? |
| 12:13PM | 22 | A.  It depends.  Sometime -- I would say no more than 5,000. |
| 12:13PM | 23 | Q.  And that -- you were paying Aaron Hicks that money? |
| 12:13PM | 24 | A.  Pardon me? |
| 12:13PM | 25 | Q.  Were you paying Aaron Hicks the 5,000? |

| 12:13PM | 1 | A.  Yeah. |
| 12:13PM | 2 | Q.  Were you paying money or were you being fronted the |
| 12:13PM | 3 | drugs? |
| 12:13PM | 4 | A.  I mean, I would be fronted, but I still got to pay him. |
| 12:13PM | 5 | Q.  Can you tell the jury what it means to be fronted drugs? |
| 12:13PM | 6 | A.  Fronted drugs is where somebody give you drugs on, I |
| 12:13PM | 7 | guess you could say, consignment. |
| 12:14PM | 8 | Q.  Like almost on debt? |
| 12:14PM | 9 | A.  Yeah. |
| 12:14PM | 10 | Q.  And then what would you do with the drugs you received on |
| 12:14PM | 11 | consignment? |
| 12:14PM | 12 | A.  Sell them. |
| 12:14PM | 13 | Q.  And once you made the money back, what would you do with |
| 12:14PM | 14 | the money? |
| 12:14PM | 15 | A.  Give probably -- if I owe Boogy, give him what I owe him |
| 12:14PM | 16 | and, I don't know, do whatever I feel like doing with the |
| 12:14PM | 17 | rest. |
| 12:14PM | 18 | Q.  So if you are getting a big eight for, you said $5,000 or |
| 12:14PM | 19 | so? |
| 12:14PM | 20 | A.  At the most, yeah. |
| 12:14PM | 21 | Q.  What are you doing with that big eight once you receive |
| 12:14PM | 22 | it? |
| 12:14PM | 23 | A.  I would break it down. |
| 12:14PM | 24 | Q.  What does that mean, to break it down? |
| 12:14PM | 25 | A.  Like maybe distribute it in smaller portions. |

GRANT -- BY MR. LENIHAN -- 09/15/2022

11

| | | |
|---|---|---|
| 12:14PM | 1 | Q.  Are you familiar with the term cut? |
| 12:14PM | 2 | A.  Yeah. |
| 12:14PM | 3 | Q.  What were -- were you adding any cut to it? |
| 12:14PM | 4 | A.  Sometimes. |
| 12:14PM | 5 | Q.  What would be the point to adding cut to drugs? |
| 12:14PM | 6 | A.  Stretch it. |
| 12:14PM | 7 | Q.  What does that mean to stretch it? |
| 12:14PM | 8 | A.  To make more drugs. |
| 12:14PM | 9 | Q.  And does that help increase your profit? |
| 12:14PM | 10 | A.  Yeah. |
| 12:14PM | 11 | Q.  How much money were you making off of a big eight that |
| 12:15PM | 12 | you were purchasing from Aaron Hicks? |
| 12:15PM | 13 | A.  Between no more than 8,000. |
| 12:15PM | 14 | Q.  How often were you purchasing drugs from Aaron Hicks from |
| 12:15PM | 15 | January 2013 up until you were arrested in 2014? |
| 12:15PM | 16 | A.  I can't remember exactly how often but, I mean, |
| 12:15PM | 17 | throughout that timeframe, I can't say like this amount of |
| 12:15PM | 18 | time or that amount of time, because I really don't know. |
| 12:15PM | 19 | Q.  Can you give an estimate as to how many times a month? |
| 12:15PM | 20 | A.  Maybe twice. |
| 12:15PM | 21 | Q.  Do you remember what month you were arrested in 2014? |
| 12:15PM | 22 | A.  July. |
| 12:15PM | 23 | Q.  Did anything significant happen the day before your |
| 12:15PM | 24 | arrest? |
| 12:15PM | 25 | A.  Yeah, I was -- I had went to Erie, Pennsylvania that |

GRANT -- BY MR. LENIHAN -- 09/15/2022

| | | |
|---|---|---|
| 12:15PM | 1 | night, actually. |
| 12:15PM | 2 | Q.  You went?  I am sorry. |
| 12:15PM | 3 | A.  I went to Erie, Pennsylvania that night. |
| 12:15PM | 4 | Q.  Who did you go to Erie, Pennsylvania with? |
| 12:16PM | 5 | A.  Boogy. |
| 12:16PM | 6 | Q.  Why did you go to Erie, Pennsylvania with Boogy? |
| 12:16PM | 7 | A.  To take some cocaine to somebody. |
| 12:16PM | 8 | Q.  Did you sell the cocaine in Erie, Pennsylvania? |
| 12:16PM | 9 | A.  No, I didn't.  He did. |
| 12:16PM | 10 | Q.  Do you know how much he sold? |
| 12:16PM | 11 | A.  I want to say it was, like, nine ounces. |
| 12:16PM | 12 | Q.  Did you have any idea how Aaron Hicks was being supplied |
| 12:16PM | 13 | by -- with cocaine? |
| 12:16PM | 14 | A.  Well, not necessarily per se.  Like, I knew exactly who |
| 12:16PM | 15 | he was getting it from at the time, but I had an idea. |
| 12:16PM | 16 | Q.  Did you know where his source of supply was located? |
| 12:16PM | 17 | A.  Texas. |
| 12:16PM | 18 | Q.  Did you know the person's name? |
| 12:16PM | 19 | A.  I just know he used to call him, like, The Clown. |
| 12:16PM | 20 | Q.  At the time when Aaron Hicks was supplying you, did you |
| 12:16PM | 21 | know the person's name? |
| 12:16PM | 22 | A.  No. |
| 12:16PM | 23 | Q.  Do you know the name now? |
| 12:16PM | 24 | A.  Yeah. |
| 12:16PM | 25 | Q.  What is that person's name? |

GRANT -- BY MR. LENIHAN -- 09/15/2022

13

| | | |
|---|---|---|
| 12:16PM | 1 | A.  Julio Contreras. |
| 12:16PM | 2 | Q.  And do you know when Aaron Hicks started receiving |
| 12:16PM | 3 | cocaine from Julio Contreras? |
| 12:16PM | 4 | A.  No, I don't. |
| 12:16PM | 5 | Q.  Did you ever meet Julio Contreras? |
| 12:17PM | 6 | A.  In jail. |
| 12:17PM | 7 | Q.  Prior to you being arrested in 2014, did you meet Julio |
| 12:17PM | 8 | Contreras? |
| 12:17PM | 9 | A.  No. |
| 12:17PM | 10 | Q.  And you have been involved in dealing drugs the majority |
| 12:17PM | 11 | of your life; is that fair to say? |
| 12:17PM | 12 | A.  Yeah. |
| 12:17PM | 13 | Q.  Is there a reason why Aaron Hicks wouldn't introduce you |
| 12:17PM | 14 | to his source of supply? |
| 12:17PM | 15 | A.  I mean, I don't think he would want me to have his source |
| 12:17PM | 16 | of supply. |
| 12:17PM | 17 | Q.  I'm sorry? |
| 12:17PM | 18 | A.  I don't think he would want me to have his source of |
| 12:17PM | 19 | supply. |
| 12:17PM | 20 | Q.  He would be afraid of somebody else taking over? |
| 12:17PM | 21 | A.  That could happen. |
| 12:17PM | 22 | Q.  Now, when you were selling drugs in 2013, 2014, what area |
| 12:17PM | 23 | were you selling drugs in? |
| 12:17PM | 24 | A.  I was in the Schuele area, but I was kind of more mobile, |
| 12:17PM | 25 | so -- but I would be over there. |

GRANT -- BY MR. LENIHAN -- 09/15/2022

14

12:17PM 1    Q.  And you were selling in the Schuele area?

12:17PM 2    A.  Yeah.

12:17PM 3    Q.  Could anyone go to the Schuele area to sell drugs?

12:18PM 4    A.  I don't know.  I really don't know.  I don't think so,

12:18PM 5    but like, I can't remember a time where, like, somebody just

12:18PM 6    came over trying to sell drugs.  So, I really can't give you,

12:18PM 7    like, a 100 percent, like no, they can't or, yeah, they can,

12:18PM 8    but I wouldn't think so.

12:18PM 9    Q.  Did you have to get okays from anybody to sell in that

12:18PM 10   area?

12:18PM 11   A.  It'd probably be better that way.

12:18PM 12   Q.  And who would you have to get an okay from?

12:18PM 13   A.  I would say it probably be like a couple people.  I would

12:18PM 14   say Boogy, I would say Rah Rah, I would say Whoa.

12:19PM 15   Q.  Do you know anybody by the name of Letorrance Travis?

12:19PM 16   A.  Yes.

12:19PM 17   Q.  How do you know Letorrance Travis?

12:19PM 18   A.  I been knowing him for a long time.  His mom was like my

12:19PM 19   pre-K teacher.

12:19PM 20   Q.  Did Letorrance Travis, was he to your knowledge living

12:19PM 21   over in the Schuele area?

12:19PM 22   A.  He used to live on Courtland, so that's not that far

12:19PM 23   away.  His grandmother stayed on Stevens before she passed.

12:19PM 24   Q.  Do you know if he was selling drugs in the Schuele area?

12:19PM 25   A.  Yeah.

12:19PM   1    Q.  Do you have any awareness as to whether or not Letorrance

12:19PM   2    Travis was arrested in 2011?

12:19PM   3    A.  Yeah.

12:19PM   4    Q.  And what knowledge do you have as to what effect that had

12:19PM   5    on drug dealing in Buffalo in the Schuele area in Buffalo?

12:19PM   6    A.  I would say it kind of slowed down during that time.

12:19PM   7    Q.  Do you know if there were any issues after that?

12:19PM   8    A.  Yeah, it was issues.  It was like a separation, a divide.

12:20PM   9    Q.  Who was separated?

12:20PM   10   A.  I would say it would be, it was like a Boogy side and a

12:20PM   11   Torrence side.

12:20PM   12   Q.  Who was on Boogy's side?

12:20PM   13   A.  Really -- well, yeah, people that was kind of on both

12:20PM   14   sides, but like a couple people was on Boogy side.

12:20PM   15   Q.  Like who?

12:20PM   16   A.  Like I was for one; Rah Rah, he was; James Robbs, that's

12:20PM   17   Whoa, he was.  I feel like OP was for a minute.  Yeah, that's

12:20PM   18   all I can think about.

12:20PM   19   Q.  And who was on Letorrance's side?

12:20PM   20   A.  Cheese.

12:20PM   21   Q.  Do you know Cheese's real name?

12:20PM   22   A.  Marcel Worthy.

12:20PM   23   Q.  Anyone else?

12:20PM   24   A.  His cousin, Squirter.

12:20PM   25   Q.  Do you know anyone by the name of Mario?

12:20PM   1   A.   Yeah.   That's his cousin, Squirter, Damario James.

12:21PM   2   Q.   And what side was Damario James on?

12:21PM   3   A.   Torrence side.

12:21PM   4   Q.   Now, when Boogs was being supplied by the person that you

12:21PM   5   knew as The Clown, did you ever observe any kilograms of

12:21PM   6   cocaine?

12:21PM   7   A.   One time, I did.

12:21PM   8   Q.   Where was that?

12:21PM   9   A.   It was on Trowbridge, at his house on Trowbridge in South

12:21PM  10   Buffalo.

12:21PM  11   Q.   How many kilograms of cocaine did you see?

12:21PM  12   A.   Twenty-five.

12:21PM  13   Q.   Twenty-five what?

12:21PM  14   A.   Kilograms of cocaine.

12:21PM  15   Q.   In your experience, how much is that worth?

12:21PM  16   A.   I mean, how much was it worth?

12:21PM  17   Q.   Yes.

12:21PM  18   A.   I mean, a lot of money.   Yeah, I would say maybe a couple

12:21PM  19   million.

12:21PM  20   Q.   A couple mill?

12:21PM  21   A.   Mill, yeah.

12:21PM  22   Q.   Now, you said that -- strike that.

12:21PM  23        How much -- in 2013, 2014, how much was a kilogram of

12:22PM  24   cocaine being sold for in Buffalo?

12:22PM  25   A.   Between 36 to 40,000.

GRANT -- BY MR. LENIHAN -- 09/15/2022

17

12:22PM  1    Q.  Did you ever receive a kilogram of cocaine for sale from

12:22PM  2    Boogs?

12:22PM  3    A.  No, I never received a kilogram.

12:22PM  4    Q.  Now, when this is happening, when you are receiving

12:22PM  5    cocaine from Aaron Hicks, are you also receiving any other

12:22PM  6    drugs from Aaron Hicks?

12:22PM  7    A.  Yeah, I would get weed from him.

12:22PM  8    Q.  What's the purpose of also selling weed when you are

12:22PM  9    selling cocaine?

12:22PM  10   A.  Well, mostly to cover up the cocaine, like to broadcast

12:22PM  11   the weed, but keep the cocaine a secret.

12:22PM  12   Q.  Can you explain that?

12:22PM  13   A.  Yeah.  Like, you would want to get attention for the weed

12:22PM  14   because weed is really a lesser charge than cocaine.  So you

12:22PM  15   kind of, like, let it be known that you got weed instead of

12:22PM  16   telling everybody you got coke.

12:23PM  17   Q.  To your knowledge, did Aaron Hicks have other people that

12:23PM  18   he was selling cocaine to, not you?

12:23PM  19   A.  Yeah.

12:23PM  20   Q.  Are you familiar with the term, stash location?

12:23PM  21   A.  Yeah.

12:23PM  22   Q.  Can you tell the jury what a stash location is?

12:23PM  23   A.  A stash location is somewhere where you hide your drugs

12:23PM  24   or you hide your money or you hide your weapons or anything

12:23PM  25   like that to avoid getting caught.

GRANT -- BY MR. LENIHAN -- 09/15/2022

18

| | | |
|---|---|---|
| 12:23PM | 1 | Q. Why would you want to hide anything to get caught -- or |
| 12:23PM | 2 | to avoid being caught? |
| 12:23PM | 3 | A. Because, you know what I mean, you can go to jail if you |
| 12:23PM | 4 | get caught, but yeah, mainly to keep from going to jail. |
| 12:23PM | 5 | Q. Did Boogs have any stash locations? |
| 12:23PM | 6 | A. Yeah. I went to his house on Grider before. I would say |
| 12:23PM | 7 | Grider was the stash location besides Trowbridge. |
| 12:23PM | 8 | Q. So, you say Grider and Trowbridge? |
| 12:23PM | 9 | A. Yeah. |
| 12:23PM | 10 | Q. Are you familiar with the term, Schuele Boys? |
| 12:23PM | 11 | A. Yeah. |
| 12:23PM | 12 | Q. And what are the Schuele Boys? |
| 12:23PM | 13 | A. In the Delavan-Grider area. |
| 12:24PM | 14 | Q. Is that a neighborhood-based street gang? |
| 12:24PM | 15 | A. Yeah. |
| 12:24PM | 16 | Q. Would you consider yourself a member of the Schuele Boys? |
| 12:24PM | 17 | A. Yeah. |
| 12:24PM | 18 | Q. How about Aaron Hicks? |
| 12:24PM | 19 | A. Yeah. |
| 12:24PM | 20 | Q. Letorrance Travis? |
| 12:24PM | 21 | A. Yeah. |
| 12:24PM | 22 | Q. Marcel Worthy? |
| 12:24PM | 23 | A. Yeah. |
| 12:24PM | 24 | Q. OP? |
| 12:24PM | 25 | A. Yeah. |

| | | |
|---|---|---|
| 12:24PM | 1 | Q.  Do you know OP's real name? |
| 12:24PM | 2 | A.  Omar something. |
| 12:24PM | 3 | Q.  How about Jimmy Robbs? |
| 12:24PM | 4 | A.  Yeah. |
| 12:24PM | 5 | Q.  Roderick Arrington? |
| 12:24PM | 6 | A.  Yeah. |
| 12:24PM | 7 | Q.  Do you see Mr. Arrington in court today? |
| 12:24PM | 8 | A.  Yeah. |
| 12:24PM | 9 | Q.  Can you identify him? |
| 12:24PM | 10 | A.  He got a white shirt on. |
| 12:24PM | 11 | MR. LENIHAN:  He's identified the defendant, Your |
| 12:24PM | 12 | Honor. |
| 12:24PM | 13 | BY MR. LENIHAN: |
| 12:24PM | 14 | Q.  Now, where was Mr. Arrington living? |
| 12:24PM | 15 | A.  Where was he living? |
| 12:24PM | 16 | Q.  Or strike that.  When did you meet Mr. Arrington? |
| 12:24PM | 17 | A.  Probably like -- maybe, like, maybe 74, like, in the 5th |
| 12:25PM | 18 | grade or somewhere around there. |
| 12:25PM | 19 | Q.  Is 74 a school in Buffalo? |
| 12:25PM | 20 | A.  Yeah. |
| 12:25PM | 21 | Q.  And so, you knew Mr. Arrington since you were in 6th |
| 12:25PM | 22 | grade together? |
| 12:25PM | 23 | A.  Yeah. |
| 12:25PM | 24 | Q.  Did you have knowledge if he was selling drugs? |
| 12:25PM | 25 | A.  Then? |

12:25PM   1   Q.   Or -- I'm sorry.  No.  Strike that.

12:25PM   2        During Mr. -- you mentioned that Mr. Arrington was a

12:25PM   3   Schuele Boy?

12:25PM   4   A.   Yeah.

12:25PM   5   Q.   While he was a Schuele Boy, do you have knowledge as to

12:25PM   6   him selling drugs?

12:25PM   7   A.   Yeah.

12:25PM   8   Q.   Did you ever purchase drugs from Mr. Arrington?

12:25PM   9   A.   Yeah.  I got drugs from him before.

12:25PM   10  Q.   Okay.  Can you discuss the first time you got drugs from

12:25PM   11  him?

12:25PM   12  A.   I feel like it was 2001, maybe 2002, somewhere around

12:25PM   13  there.  I had got some marijuana from him.

12:25PM   14  Q.   Do you remember how much marijuana you got from him?

12:25PM   15  A.   I think it was like a quarter pound or something like

12:25PM   16  that.

12:25PM   17  Q.   Do you remember how much you paid?

12:25PM   18  A.   I think I gave him like $250 or something like that.

12:25PM   19  Q.   Did you give him the full amount?

12:26PM   20  A.   No.

12:26PM   21  Q.   Why didn't you give him the full amount?

12:26PM   22  A.   Because I think I messed up the money or something.

12:26PM   23  Something had happened where I didn't get it all to him.

12:26PM   24  Q.   And did you have to pay the rest of the money?

12:26PM   25  A.   No.  He told me I didn't have to give him -- one time

21

12:26PM  1  because I came to see him when he was in the hospital.

12:26PM  2  Q.  When -- between 2013 and 2014, before your federal

12:26PM  3  arrest, did you purchase any drugs from Mr. Arrington?

12:26PM  4  A.  Yeah.  I got an eight ball of coke from him.

12:26PM  5  Q.  When was that?

12:26PM  6  A.  I feel like it was 2013.  I can't exactly say exactly

12:26PM  7  when, but I think it was 2013.

12:26PM  8  Q.  Did you typically buy drugs from Mr. Arrington?

12:26PM  9  A.  No.

12:26PM  10  Q.  Why not?

12:26PM  11  A.  Because like, I mean, my point -- he really wasn't a good

12:26PM  12  hustler and we didn't really, like, hang with each other

12:26PM  13  every day.  He wasn't somebody I really wanted to be around

12:27PM  14  like that.

12:27PM  15  Q.  Why did you buy the eight ball of cocaine from him in

12:27PM  16  2013 then?

12:27PM  17  A.  Because I needed it.  Somebody had needed one and he just

12:27PM  18  so happened to be there at the same time.

12:27PM  19  Q.  To your knowledge, was Mr. Arrington close with Aaron

12:27PM  20  Hicks?

12:27PM  21  A.  Yeah, I would say so.

12:27PM  22  Q.  And to your knowledge, why did Aaron Hicks have

12:27PM  23  Mr. Arrington close to him?

12:27PM  24  A.  I would say because the reputation he had.

12:27PM  25  Q.  What representation was that?

12:27PM 1   A.  Being in the gang and violent.

12:27PM 2   Q.  If there was a problem with the Schuele Boys, who would

12:27PM 3   the Schuele Boys turn to?

12:27PM 4   A.  I would say he would be one of the people.

12:27PM 5   Q.  Who would it be?

12:27PM 6   A.  Rah Rah.

12:27PM 7   Q.  Do you have knowledge of whether or not Mr. Arrington

12:27PM 8   would commit violence for money?

12:27PM 9   A.  There was rumors.

12:28PM 10  Q.  Were you ever asked by him personally?

12:28PM 11          MR. ARRINGTON:  Objection, Your Honor.

12:28PM 12          THE COURT:  Overruled.  You may answer.

12:28PM 13  BY MR. LENIHAN:

12:28PM 14  Q.  Were you ever asked personally?

12:28PM 15  A.  One time I was at Maggie's.  He came.  He was at

12:28PM 16  Maggie's.  He asked me was I all right.

12:28PM 17  Q.  And what did you interpret that to mean?

12:28PM 18  A.  I interpreted it as, he was asking me, did I have any

12:28PM 19  problems with anyone.

12:28PM 20  Q.  Did you ever hear about Mr. Arrington taking hits?

12:28PM 21  A.  Yeah.  I heard of it.

12:28PM 22  Q.  Did this come out of Mr. Arrington's mouth?

12:28PM 23  A.  One time I went to see him, I think he was on ankle

12:28PM 24  monitor and I can't remember what it was exactly that he was

12:28PM 25  frustrated about, but it was something, and he was speaking

12:28PM   1    about when he got off the ankle monitor, he going to be

12:28PM   2    taking some hits.

12:28PM   3    Q.  What did you interpret taking hits to mean?

12:28PM   4    A.  Killing people for money.

12:28PM   5    Q.  I'm sorry?

12:28PM   6    A.  Killing people for money.

12:28PM   7    Q.  Where was --

12:28PM   8          THE COURT:  What do you mean by hits?  What do you

12:29PM   9    mean by hits, sir?

12:29PM   10          THE WITNESS:  Hit?  Killing people for money.  When

12:29PM   11   he hit them -- a hit, like, you know how the mob talk about

12:29PM   12   hits?

12:29PM   13          THE COURT:  All right.

12:29PM   14   BY MR. LENIHAN:

12:29PM   15   Q.  Where was this conversation at?

12:29PM   16   A.  He was -- we was on Girard Street.

12:29PM   17   Q.  Whose house was on Girard Street?

12:29PM   18   A.  It was his mom house.

12:29PM   19   Q.  Do you remember the number?

12:29PM   20   A.  No, I don't.

12:29PM   21   Q.  Did you ever observe any drug activity over at -- on

12:29PM   22   Girard Street?

12:29PM   23   A.  Yeah, one time.

12:29PM   24   Q.  Okay.  And this was at Mr. Arrington's mother house?

12:29PM   25   A.  Yeah.

GRANT -- BY MR. LENIHAN -- 09/15/2022

24

12:29PM    1    Q.  Can you describe that?

12:29PM    2    A.  Yeah.  We had broke down a 40-pound bale.

12:29PM    3    Q.  A 40-pound bale of what?

12:29PM    4    A.  Marijuana.

12:29PM    5    Q.  Describe how -- can we just start from the beginning?

12:30PM    6    How were you involved at the beginning of this?

12:30PM    7    A.  Of the 40-pound bale?

12:30PM    8    Q.  Yes.

12:30PM    9    A.  Me and Boogy went and picked it up and took it to Girard

12:30PM   10    Street.

12:30PM   11    Q.  Where did you and Boogy pick it up from?

12:30PM   12    A.  I want to say we was downtown from one of his family

12:30PM   13    member's house, but I can't remember if that was the time or

12:30PM   14    not.  So, I can't remember exactly where we picked it up at.

12:30PM   15    Q.  Do you know how Boogy was getting marijuana to Buffalo?

12:30PM   16    A.  Yeah, sent in the mail.

12:30PM   17    Q.  And what was the plan, to your knowledge, as to where it

12:30PM   18    was going to be delivered when it was sent through the mail?

12:30PM   19    A.  I don't know exactly where it was going to be delivered.

12:30PM   20    I never really, like, knew where it was going to be delivered

12:30PM   21    to.

12:30PM   22    Q.  To your knowledge, would it be sent to --

12:30PM   23    A.  Various locations, yeah.

12:30PM   24    Q.  And you were with Boogs when it got picked up?

12:31PM   25    A.  Yeah.

12:31PM    1    Q.  Where did you and Boogs take the 40-pound bale to?

12:31PM    2    A.  To Girard Street.

12:31PM    3    Q.  Who was there when you arrived at Girard?

12:31PM    4    A.  When we arrived at Girard Street, there wasn't nobody

12:31PM    5    there.

12:31PM    6    Q.  How did you get in?

12:31PM    7    A.  Boogy had the key.

12:31PM    8    Q.  And so what happened after you were -- and did you go

12:31PM    9    inside 82 -- or I'm sorry.  Did you go inside Girard?

12:31PM   10    A.  Yeah.

12:31PM   11    Q.  What happened when you went inside Girard?

12:31PM   12    A.  We started breaking the weed down, then Rah Rah came

12:31PM   13    home.

12:31PM   14    Q.  And discuss what that means to break down the weed.

12:31PM   15    A.  It comes, it's compressed, so you got to break it down

12:31PM   16    and bag it up individually to individual pounds.

12:31PM   17    Q.  Is that to make more money?

12:31PM   18    A.  Yeah.

12:31PM   19    Q.  Where was Mr. Arrington when this was happening?

12:31PM   20    A.  He came.  He came home, but then he did leave.

12:32PM   21    Q.  Did you see anyone else there?

12:32PM   22    A.  I forgot who else was there, to be honest.

12:32PM   23         THE COURT:  Ladies and gentlemen, it is 12:30.  We're

12:32PM   24    going to break for lunch.  I'd like you back here by 1:30.

12:32PM   25    And my court reporter is having some back problems.  So what

| | | |
|---|---|---|
| 12:32PM | 1 | we're going to do is we're going to start at 1:30, and |
| 12:32PM | 2 | probably break a little early today, probably about three, |
| 12:32PM | 3 | because she's in a lot of pain and it's a -- you know, she's |
| 12:32PM | 4 | got a very difficult job taking down everything.  So, I think |
| 12:32PM | 5 | what we'll do is we'll come back at 1:30, and then we'll go |
| 12:32PM | 6 | for an hour and a half and break a little early.  I hate to |
| 12:32PM | 7 | break that early, but she's in a lot of pain.  Okay.  Enjoy |
| 12:32PM | 8 | your lunch, folks.  We'll see you back here at 1:30. |
| 12:32PM | 9 | (The jury left the courtroom at 12:33 p.m.) |
| 12:32PM | 10 | (A recess was taken from 12:33 to 1:33 p.m.) |
| 01:00PM | 11 | (The jury entered the room at 1:33 p.m.) |
| 01:33PM | 12 |             THE CLERK:  All rise.  You may be seated. |
| 01:37PM | 13 |             THE COURT:  Good afternoon, everyone.  Mr. Lenihan? |
| 01:37PM | 14 |             MR. LENIHAN:  Thank you, Your Honor. |
| 01:37PM | 15 | BY MR. LENIHAN: |
| 01:37PM | 16 | Q.  Mr. Grant, I want to ask you about somebody who went by |
| 01:37PM | 17 | the nickname of Matt. |
| 01:37PM | 18 | A.  Yeah. |
| 01:37PM | 19 | Q.  Do you know who that is? |
| 01:37PM | 20 | A.  Yeah. |
| 01:37PM | 21 | Q.  Do you know Matt's real name? |
| 01:37PM | 22 | A.  I want to say it's Walter.  His first name is Walter if I |
| 01:37PM | 23 | am not mistaken. |
| 01:37PM | 24 | Q.  And did you ever meet Matt? |
| 01:37PM | 25 | A.  Not personally, but I was incarcerated one time and I |

GRANT -- BY MR. LENIHAN -- 09/15/2022
27

01:37PM    1   talked to him on the phone.

01:37PM    2   Q.  Can you describe when you talked to him on the phone?

01:37PM    3   A.  Pardon?

01:37PM    4   Q.  Can you describe that?

01:37PM    5   A.  Yeah, I --

01:37PM    6           THE DEFENDANT:  Objection.  Hearsay, Your Honor.

01:37PM    7           THE COURT:  Overruled.

01:37PM    8   BY MR. LENIHAN:

01:37PM    9   Q.  Can you describe when you talked to him on the phone?

01:37PM   10   A.  I was incarcerated, and I had called Boogy, and Boogy had

01:37PM   11   him with him and he was asking me was he, like, my cousin

01:37PM   12   because he be in Cleveland.

01:38PM   13   Q.  So, you know Matt was from where?

01:38PM   14   A.  Cleveland, Ohio.

01:38PM   15   Q.  Do you know when he came up to Buffalo?

01:38PM   16   A.  No.  I don't know when he came.

01:38PM   17   Q.  And did you talk to Boogy about Matt at all?

01:38PM   18   A.  When I got out from the halfway house, I did.

01:38PM   19   Q.  Do you know if Boogy liked Matt?

01:38PM   20   A.  Yeah.

01:38PM   21   Q.  Do you know if everyone liked Matt?

01:38PM   22   A.  As far as I know.

01:38PM   23           THE DEFENDANT:  Objection, Your Honor.

01:38PM   24           THE COURT:  Sustained.

01:38PM   25

01:38PM    1    BY MR. LENIHAN:

01:38PM    2    Q.  What was Matt's reputation?

01:38PM    3    A.  He was --

01:38PM    4         THE DEFENDANT:  Objection, Your Honor.

01:38PM    5         THE COURT:  If he knows.  All right.  You may answer

01:38PM    6    if you know, sir.

01:38PM    7         THE WITNESS:  I mean, I guess it would be hearsay,

01:38PM    8    but -- because I never met him, but from what I know, he was

01:38PM    9    always like a comedian they say.  He used to joke a lot.

01:38PM    10    BY MR. LENIHAN:

01:38PM    11    Q.  And do you know of where he was living?

01:38PM    12    A.  He was living on Grider.

01:38PM    13    Q.  Do you know whose house it was on Grider?

01:39PM    14    A.  Boogy house.

01:39PM    15    Q.  Do you know if Boogy was close with Matt?

01:39PM    16    A.  From what he told me, yeah.

01:39PM    17    Q.  Do you know if Matt was killed?

01:39PM    18    A.  Yes.

01:39PM    19    Q.  And did you ever talk to Boogy about Matt's murder?

01:39PM    20    A.  Well, yeah, he talked to me about it.

01:39PM    21    Q.  What did Boogy say about Matt's murder?

01:39PM    22    A.  He was just pretty much expressing how hurt he was.

01:39PM    23    Something about how his mom had asked him to walk her to the

01:39PM    24    church when he went to the funeral in Ohio and that was

01:39PM    25    really, like, he couldn't let it go.

01:39PM   1   Q.  He couldn't let what go?

01:39PM   2   A.  I am assuming his murder.

01:39PM   3   Q.  Did Boogy tell you if he was there or did Boogy express

01:39PM   4   wanting to get any revenge?

01:39PM   5   A.  He never, like, came out and said that he wanted to get

01:39PM   6   revenge, but -- because all he said was, he just couldn't let

01:39PM   7   it go.

01:39PM   8   Q.  What did you interpret that to me?

01:39PM   9   A.  I mean, I interpreted it for that.

01:39PM  10   Q.  I'm sorry?

01:39PM  11   A.  I'm interpreted it as he wanted to get revenge.

01:40PM  12   Q.  To your knowledge, did Boogy get revenge?

01:40PM  13   A.  Well, I guess.  I can't really say for instance because I

01:40PM  14   wasn't there, but I mean, a person who was supposed to have

01:40PM  15   did it got killed.

01:40PM  16   Q.  Did Boogy tell you if he was there when the person got

01:40PM  17   killed?

01:40PM  18   A.  Yeah, he said he was there.

01:40PM  19   Q.  What did Boogy tell you?

01:40PM  20   A.  He said they flagged him down, I think it was the dude

01:40PM  21   that got killed named Dame --

01:40PM  22        THE DEFENDANT:  Objection, Your Honor.  He wasn't

01:40PM  23   there.  This is hearsay.

01:40PM  24        THE COURT:  He's telling him what he was told during

01:40PM  25   the course of the alleged conspiracy.  Go ahead.  You may

GRANT -- BY MR. LENIHAN -- 09/15/2022
                                                                    30

| 01:40PM | 1 | continue, sir. |

01:40PM   1   continue, sir.

01:40PM   2           THE WITNESS:  Oh.  Well, he said that he was there

01:40PM   3   and they flagged him down.  He got out the car or his truck,

01:40PM   4   whatever, and he was talking to one of them and then he got

01:40PM   5   killed.

01:40PM   6   BY MR. LENIHAN:

01:40PM   7   Q.  Who got killed?

01:41PM   8   A.  Shooter.

01:41PM   9   Q.  Did Boogy say he was there?

01:41PM  10   A.  Boogy say he was there?

01:41PM  11   Q.  Did Boogy say he was there?

01:41PM  12   A.  Yeah.

01:41PM  13   Q.  And he said he was in a car?

01:41PM  14   A.  Did Boogy say he was in a car?

01:41PM  15   Q.  Yes.

01:41PM  16   A.  Yeah.  He got out of his car.

01:41PM  17   Q.  And did Boogy tell you if anyone else was there?

01:41PM  18   A.  Well, he just said bro came out the cut.

01:41PM  19   Q.  Who came out of the cut?

01:41PM  20   A.  Bro.

01:41PM  21   Q.  Who?

01:41PM  22   A.  Bro.

01:41PM  23   Q.  Bro?

01:41PM  24   A.  Yeah.

01:41PM  25           THE COURT:  Did you say Brill?

01:41PM   1                    THE WITNESS:  Bro, like brother.

01:41PM   2                    THE COURT:  How do you spell it?

01:41PM   3                    THE WITNESS:  B-R-O.

01:41PM   4                    THE COURT:  Oh, bro?

01:41PM   5                    THE WITNESS:  Yeah.

01:41PM   6                    THE COURT:  Okay.  Who is bro?

01:41PM   7                    THE WITNESS:  He never said who bro was specifically.

01:41PM   8                    THE COURT:  I'm sorry?

01:41PM   9                    THE WITNESS:  He never specifically said who bro was.

01:41PM   10                   THE COURT:  Did you know who bro was?

01:41PM   11                   THE WITNESS:  I assumed it to be Roderick Arrington.

01:41PM   12                   THE COURT:  You are just assuming that?  You don't

01:41PM   13   know?

01:41PM   14                   THE WITNESS:  No, I don't know.  I can't say.

01:41PM   15                   THE COURT:  Okay.  The jury will disregard that.

01:41PM   16   BY MR. LENIHAN:

01:41PM   17   Q.  And did you know Damon at all?

01:41PM   18   A.  Yeah.

01:42PM   19   Q.  What did -- how do you know Damon?

01:42PM   20   A.  From the neighborhood.

01:42PM   21   Q.  What neighborhood was that?

01:42PM   22   A.  The Schuele area, Delevan-Grider.

01:42PM   23   Q.  How did you get to know Damon?

01:42PM   24   A.  I knew who Damon older cousin is.  I used to hang with

01:42PM   25   two of his older cousins.  So, I used to go -- they used to

01:42PM    1    stay on Birch, so I used to go to their house on Birch a lot.

01:42PM    2    Q.  Do you know, did Boogs tell you if Damon was there?

01:42PM    3    A.  Yeah, he said Damon was there.

01:42PM    4    Q.  And what did Boogs say about Damon?

01:42PM    5    A.  He was just talking, like, he never specifically said

01:42PM    6    nothing specifically about Damon.  He just said they flagged

01:42PM    7    him down and was talking to him, I guess, about maybe the

01:42PM    8    shooting and saying that he didn't do it or something like

01:42PM    9    that.

01:42PM   10    Q.  In your experience, when a murder happens in the streets,

01:42PM   11    does somebody that commits that murder typically keep the

01:42PM   12    murder weapon?

01:42PM   13    A.  They shouldn't.  I wouldn't.  No.

01:42PM   14    Q.  Why not?

01:42PM   15    A.  Because they could trace you to the body.

01:43PM   16    Q.  Were you asked to partake in a music video in the summer

01:43PM   17    of -- or when you came home?

01:43PM   18    A.  Yeah.

01:43PM   19    Q.  And what -- and specifically, was that a music video at

01:43PM   20    Russell's?

01:43PM   21    A.  Yeah.

01:43PM   22    Q.  Did you go to the music video?

01:43PM   23    A.  No.

01:43PM   24    Q.  Why didn't you go?

01:43PM   25    A.  Because I was in the halfway house at the time.  I think

01:43PM  1    I was doing something else.

01:43PM  2    Q.  Have you had the opportunity to review the music video

01:43PM  3    prior to you testifying?

01:43PM  4    A.  Yeah.

01:43PM  5    Q.  And who do you remember being inside -- in the music

01:43PM  6    video?

01:43PM  7    A.  Pretty much I would say most of the Schuele people.

01:43PM  8    Q.  Like who?

01:43PM  9    A.  Like Boogy, Rah Rah, OP, Torrence, Cheese, of course the

01:43PM  10   rapper, the person who was rapping, Black.  Can't really

01:44PM  11   remember too many more people offhand, like --

01:44PM  12   Q.  And to your knowledge, the people that you just

01:44PM  13   mentioned, are those people that sold drugs in the Schuele

01:44PM  14   area?

01:44PM  15   A.  Yeah.

01:44PM  16   Q.  And you mentioned somebody by the name of Black?

01:44PM  17   A.  Yeah.

01:44PM  18   Q.  Who's Black?

01:44PM  19   A.  He's a rapper.

01:44PM  20   Q.  Do you know his full name?

01:44PM  21   A.  I want to say I think it's Sandy Jones.

01:44PM  22   Q.  And prior to you testifying, you have had the opportunity

01:44PM  23   to review the video of the music video?

01:44PM  24   A.  Yeah, I seen it.

01:44PM  25          MR. LENIHAN:  Your Honor, at this point --

01:44PM     1   BY MR. LENIHAN:

01:44PM     2   Q.  And does the music video, does it accurately depict

01:44PM     3   people that you knew on Schuele Street or from Schuele area?

01:44PM     4   A.  Does it accurately depict them?

01:44PM     5   Q.  Yeah, like, does it capture who they are?

01:44PM     6   A.  I mean, I can't necessarily say.  I can't because I don't

01:44PM     7   know.  I can't say it per se, like, captures them as, like, a

01:44PM     8   whole, because it's a video.  But for the most part, yeah,

01:44PM     9   they do that stuff that's in the video, so count money.

01:45PM    10          MR. LENIHAN:  Your Honor, the Government would move

01:45PM    11   to admit Government Exhibit 24 at this point.

01:45PM    12          THE COURT:  All right.

01:45PM    13          THE DEFENDANT:  Objection, Your Honor, lack of

01:45PM    14   foundation for this exhibit.

01:45PM    15          THE COURT:  Overruled.

01:45PM    16          MR. LENIHAN:  And permission to publish and hand out

01:45PM    17   transcripts?

01:45PM    18          THE COURT:  Yes.  Ladies and gentlemen, the

01:45PM    19   transcript that we talked about before, the transcript is

01:45PM    20   there before you view to assist you in what is being said.

01:45PM    21   It's the Government's interpretation.  If you think you have

01:45PM    22   heard something different than what you actually heard, it's

01:45PM    23   what you heard that's in evidence.  Okay?

01:46PM    24   (The recording was played.)

01:47PM    25          THE COURT:  Sir, what we're looking at right now,

| | | |
|---|---|---|
| 01:47PM | 1 | were you there where this video was taken? |
| 01:47PM | 2 | THE WITNESS:  No. |
| 01:47PM | 3 | THE COURT:  Ladies and gentlemen, would you step in |
| 01:47PM | 4 | the jury room for a minute? |
| 01:47PM | 5 | (The jury left the room at 1:47 p.m.) |
| 01:55PM | 6 | (The jury entered the room at 1:55 p.m.) |
| 01:55PM | 7 | THE CLERK:  All rise.  You may be seated. |
| 01:56PM | 8 | THE COURT:  Ladies and gentlemen, Mr. Arrington |
| 01:56PM | 9 | objected to Exhibit 24.  I have reconsidered.  At this point |
| 01:56PM | 10 | in time, I am not going to admit it into evidence at this |
| 01:56PM | 11 | point in time.  Do you have the books with you still, the |
| 01:56PM | 12 | transcripts? |
| 01:56PM | 13 | Okay.  Next question. |
| 01:56PM | 14 | MR. LENIHAN:  Thank you, Your Honor.  Permission to |
| 01:57PM | 15 | approach? |
| 01:57PM | 16 | THE COURT:  Yes. |
| 01:57PM | 17 | BY MR. LENIHAN: |
| 01:57PM | 18 | Q.  I have approached the witness with what's been premarked |
| 01:57PM | 19 | Government Exhibit 24H.  Do you recognize that, sir? |
| 01:57PM | 20 | A.  Yeah. |
| 01:57PM | 21 | Q.  What do you recognize 24H to be? |
| 01:57PM | 22 | A.  It is a still from the video. |
| 01:57PM | 23 | Q.  And do you recognize the people in that still? |
| 01:57PM | 24 | A.  Yes. |
| 01:57PM | 25 | Q.  Who do you recognize? |

01:57PM    1    A.   People I can see.  I can recognize the people I can see,

01:57PM    2    the faces I can see.

01:57PM    3    Q.   Like who?

01:57PM    4    A.   Like, you have Aaron Hicks, Sandy Jones, I think that's

01:57PM    5    Mike.  I don't know who the female is.  That's Torry,

01:57PM    6    Torrence, Dre and Rah Rah.

01:58PM    7    Q.   The people that are in 24H, does 24H accurately capture

01:58PM    8    the people that you identified?

01:58PM    9    A.   Yeah.

01:58PM   10         MR. LENIHAN:  The Government would move to admit

01:58PM   11    Government Exhibit 24H into evidence.

01:58PM   12         THE COURT:  All right.  It will be received.

01:58PM   13    (Government Exhibit 24H was received in evidence.)

01:58PM   14

01:58PM   15         MR. LENIHAN:  Permission to publish, Your Honor.

01:58PM   16         THE COURT:  All right.

01:58PM   17    BY MR. LENIHAN:

01:58PM   18    Q.   Okay.  So, starting from left to right, the person on the

01:58PM   19    bottom left of the screen, do you recognize who that person

01:58PM   20    is?

01:58PM   21    A.   The one with his head down?

01:58PM   22    Q.   Yes.

01:58PM   23    A.   I mean, I believe it to be OP based off me seeing the

01:58PM   24    video before, but I can't -- like, I can't see his face, so I

01:58PM   25    can't say for sure that's him.

GRANT -- BY MR. LENIHAN -- 09/15/2022

37

01:58PM    1    Q.  Can you touch where you believe it's OP?

01:58PM    2    A.  On the screen?

01:58PM    3    Q.  Yeah, please.

01:58PM    4    A.  Right there (indicating).  Oh, you mean touch it?

01:59PM    5    Q.  You can touch the screen.

01:59PM    6    A.  (Indicating).

01:59PM    7    Q.  Yeah.  And then there's a person behind him with a glass

01:59PM    8    in his left hand and what it appears to be a bottle in his

01:59PM    9    right.  Do you recognize who that is?

01:59PM   10    A.  That's DJ Shay.  He's dead.

01:59PM   11    Q.  How about the person behind him to the left?  Can you

01:59PM   12    touch DJ Shay?

01:59PM   13    A.  Yeah.

01:59PM   14    Q.  How about the person that we're looking at to the left

01:59PM   15    behind him?

01:59PM   16    A.  I can't really identify that person.

01:59PM   17    Q.  Then the person behind him to the right with what appears

01:59PM   18    to be a White Sox hat?

01:59PM   19    A.  I can't identify him either.

01:59PM   20    Q.  How about the person down below with the sunglasses?

01:59PM   21    A.  That's Black.

01:59PM   22    Q.  Is that Serious Black?

01:59PM   23    A.  Yeah.

01:59PM   24    Q.  Can you point to him?

01:59PM   25    A.  (Indicating).

| | | | |
|---|---|---|---|
| 01:59PM | 1 | Q. | How about the person behind Serious Black? |
| 01:59PM | 2 | A. | That's Mike. |
| 01:59PM | 3 | Q. | Can you point to him? |
| 01:59PM | 4 | A. | (Indicating). |
| 01:59PM | 5 | Q. | The person behind Mike? |
| 02:00PM | 6 | A. | Torry. |
| 02:00PM | 7 | Q. | Who is Torry? |
| 02:00PM | 8 | A. | Torrence brother. |
| 02:00PM | 9 | Q. | Do you know Torry's last name? |
| 02:00PM | 10 | A. | Travis. |
| 02:00PM | 11 | Q. | Can you point to him? |
| 02:00PM | 12 | A. | (Indicating). |
| 02:00PM | 13 | Q. | And the female next to him? |
| 02:00PM | 14 | A. | I don't know her name. |
| 02:00PM | 15 | Q. | And going down, the person next to Black, who is that? |
| 02:00PM | 16 | A. | Boogy. |
| 02:00PM | 17 | Q. | Can you point to Boogy? |
| 02:00PM | 18 | A. | Yeah. |
| 02:00PM | 19 | Q. | And behind Boogy, who is that? |
| 02:00PM | 20 | A. | Torrence. |
| 02:00PM | 21 | Q. | Can you point to Torrence? |
| 02:00PM | 22 | A. | (Indicating). |
| 02:00PM | 23 | Q. | And the person to the right of Torrence, who is that? |
| 02:00PM | 24 | A. | Dre. |
| 02:00PM | 25 | Q. | Can you point to Dre? |

02:00PM   1    A.  (Indicating).

02:00PM   2    Q.  Person to the bottom right of the screen?

02:00PM   3    A.  Rah Rah.

02:00PM   4    Q.  Can you point to Rah Rah?

02:00PM   5    A.  (Indicating).

02:00PM   6          MR. LENIHAN:  We can take it down.

02:00PM   7    BY MR. LENIHAN:

02:01PM   8    Q.  Mr. Grant, you were arrested in 2014, correct?

02:01PM   9    A.  Yeah.

02:01PM  10    Q.  Did you cooperate with law enforcement?

02:01PM  11    A.  Yeah.

02:01PM  12    Q.  Did there come a time when you came into contact with Rah

02:01PM  13    Rah after you had been arrested?

02:01PM  14    A.  Yeah.

02:01PM  15    Q.  Can you describe what happened?

02:01PM  16    A.  I had a case, like, a city case.  I think I was in

02:01PM  17    Allegany County at the time.  I had a city case, so they --

02:01PM  18    the sheriff from downtown came and got me and put me in the

02:01PM  19    Holding Center and they moved me to the block that Roderick

02:01PM  20    Arrington, Rah Rah, was on.

02:01PM  21    Q.  They -- I'm sorry.  I missed that.

02:01PM  22    A.  They moved me to the block that Rah Rah was on.

02:01PM  23    Q.  And that was at the Holding Center?

02:01PM  24    A.  Yes.

02:01PM  25    Q.  What happened when you saw Rah Rah?

GRANT -- BY MR. LENIHAN -- 09/15/2022

02:01PM  1   A.  I think he was playing chess.  I seen him, he seen me.  I

02:01PM  2   approached him.  He asked me what I was doing here.  I told

02:01PM  3   him I had a court case.  I think it was, like, close to lock-

02:02PM  4   in time, so we was going toward my room or something.  I

02:02PM  5   can't -- yeah, I can't remember exactly what time it was, but

02:02PM  6   we was going towards my room.  Then me and him had a

02:02PM  7   conversation.  He asked me about, was they asking anything

02:02PM  8   about him, anything like that.  I told him no.  Then he said

02:02PM  9   he was -- he told me Dame wasn't snitching.

02:02PM  10  Q.  He said who wasn't snitching?

02:02PM  11  A.  Dame.

02:02PM  12  Q.  How did he know that?

02:02PM  13  A.  Because he received a letter from him.

02:02PM  14  Q.  From who?

02:02PM  15  A.  Damon.

02:02PM  16  Q.  And did you see that letter?

02:02PM  17  A.  Yes.

02:02PM  18  Q.  How did you come across seeing that letter?

02:02PM  19  A.  He showed it to me.

02:02PM  20  Q.  Did you read the letter?

02:02PM  21  A.  Yeah.

02:02PM  22  Q.  When Rah Rah told you that Dame -- who did you interpret

02:02PM  23  Dame to be?

02:02PM  24  A.  Dame.  Dame always be Damon Hunter.

02:02PM  25  Q.  The Damon Hunter that you knew from the Schuele area?

| | | |
|---|---|---|
| 02:02PM | 1 | A.  Yeah, yeah. |
| 02:03PM | 2 | Q.  How did Rah Rah express himself when he showed you the |
| 02:03PM | 3 | letter? |
| 02:03PM | 4 | A.  He was relieved. |
| 02:03PM | 5 | Q.  Why was he relieved? |
| 02:03PM | 6 | A.  Because Damon wasn't -- |
| 02:03PM | 7 | THE COURT:  He was what? |
| 02:03PM | 8 | TH WITNESS:  He seemed relieved. |
| 02:03PM | 9 | THE COURT:  Relieved? |
| 02:03PM | 10 | THE WITNESS:  Yeah, because Dame wasn't telling on |
| 02:03PM | 11 | him. |
| 02:03PM | 12 | BY MR. LENIHAN: |
| 02:03PM | 13 | Q.  What do you mean, Dame wasn't telling on him? |
| 02:03PM | 14 | A.  Dame wasn't telling on him for the shooting. |
| 02:03PM | 15 | Q.  What shooting was that? |
| 02:03PM | 16 | A.  Killing Shooter. |
| 02:03PM | 17 | Q.  The letter that Damon sent Mr. Arrington, you read that |
| 02:03PM | 18 | letter? |
| 02:03PM | 19 | A.  Yeah. |
| 02:03PM | 20 | Q.  After you read the letter, what did you do? |
| 02:03PM | 21 | A.  I went back to Allegany County and I wrote the |
| 02:03PM | 22 | prosecutor, George Burgasser. |
| 02:03PM | 23 | Q.  Was that the federal prosecutor? |
| 02:03PM | 24 | A.  Yes. |
| 02:03PM | 25 | Q.  Who is George Burgasser? |

02:03PM    1    A.  He was a federal prosecutor.  He's deceased.

02:03PM    2    Q.  Was he originally the prosecutor on your case?

02:04PM    3    A.  Yes.

02:04PM    4    Q.  Do you remember when you wrote George Burgasser?

02:04PM    5    A.  It was, like, after I left for home.  So I don't know

02:04PM    6    exactly what date it was.

02:04PM    7    Q.  If I were to show you the letter, would that refresh your

02:04PM    8    recollection as to the date you would have sent it?

02:04PM    9    A.  If the date on it, yeah.

02:04PM   10            MR. LENIHAN:  Permission to approach, Your Honor,

02:04PM   11    with Government Exhibit 3506B?

02:04PM   12            THE COURT:  All right.

02:04PM   13    BY MR. LENIHAN:

02:04PM   14    Q.  Mr. Grant, if you want to take a look at the second page,

02:04PM   15    which is a copy of the envelope.

02:04PM   16    A.  Yeah.

02:04PM   17    Q.  Does that refresh your recollection as to when the letter

02:04PM   18    would have been sent?

02:04PM   19    A.  Yeah, in February.

02:04PM   20    Q.  February what?

02:04PM   21    A.  Think it say February 26 or 23rd.  It's like there's two

02:05PM   22    days on there, so I don't know exactly which one.

02:05PM   23            THE COURT:  Does it refresh your memory?

02:05PM   24            THE WITNESS:  Oh, yeah.  Yeah, that's my handwriting.

02:05PM   25            THE COURT:  That's what?

02:05PM   1                THE WITNESS:  That's my handwriting.

02:05PM   2                THE COURT:  Does that refresh your recollection as to

02:05PM   3        what the date was?

02:05PM   4                THE WITNESS:  Well, no, but I see the date on here.

02:05PM   5        So that's refresh my recollection, but looking at the

02:05PM   6        envelope, I am not going to remember what date I filled the

02:05PM   7        envelope out, no.

02:05PM   8        BY MR. LENIHAN:

02:05PM   9        Q.  And what year was that?

02:05PM   10       A.  2015.

02:05PM   11               THE DEFENDANT:  Objection, Your Honor.

02:05PM   12               THE COURT:  Overruled.

02:05PM   13               MR. LENIHAN:  Permission to approach with Government

02:05PM   14       Exhibit 41 and 41A?

02:05PM   15               THE COURT:  All right.

02:06PM   16       BY MR. LENIHAN:

02:06PM   17       Q.  Sir, do you recognize Government Exhibit 41?

02:06PM   18       A.  Yeah.

02:06PM   19       Q.  What do you recognize Government Exhibit 41 to be?

02:06PM   20       A.  The letter from Dame.

02:06PM   21       Q.  Is that the same letter that Mr. Arrington showed you?

02:06PM   22       A.  Yeah.

02:06PM   23       Q.  And you've had the opportunity to review that letter

02:06PM   24       prior to you testifying?

02:06PM   25       A.  Yeah.

| | | |
|---|---|---|
| 02:06PM | 1 | Q.  To your knowledge, that is the same letter that |
| 02:06PM | 2 | Mr. Arrington had in his possession? |
| 02:06PM | 3 | A.  Yes. |
| 02:06PM | 4 | MR. LENIHAN:  The Government would move to admit |
| 02:06PM | 5 | Government Exhibit 41. |
| 02:06PM | 6 | THE DEFENDANT:  Objection, Your Honor. |
| 02:06PM | 7 | THE COURT:  Overruled. |
| 02:06PM | 8 | (Government Exhibit 41 was received in evidence.) |
| 02:06PM | 9 | |
| 02:06PM | 10 | BY MR. LENIHAN: |
| 02:07PM | 11 | Q.  And how about 41A, do you recognize that? |
| 02:07PM | 12 | A.  Yeah, it is the envelope that he pulled it out of. |
| 02:07PM | 13 | Q.  So did you see Mr. Arrington pull it out of that |
| 02:07PM | 14 | envelope? |
| 02:07PM | 15 | A.  Yeah. |
| 02:07PM | 16 | Q.  Is that an envelope that you saw Mr. Arrington in |
| 02:07PM | 17 | possession of? |
| 02:07PM | 18 | A.  Yeah.  He was in his cell.  Yeah. |
| 02:07PM | 19 | Q.  The same envelope you saw him pull it out of -- |
| 02:07PM | 20 | A.  I mean, it looks like it to me. |
| 02:07PM | 21 | MR. LENIHAN:  The Government would move to admit |
| 02:07PM | 22 | Government Exhibit 41A into evidence. |
| 02:07PM | 23 | THE COURT:  It will be received. |
| 02:07PM | 24 | (Government's Exhibit 41 was received in evidence) |
| 02:07PM | 25 | |

| | | |
|---|---|---|
| 02:07PM | 1 | MR. LENIHAN:  Permission to publish Government |
| 02:07PM | 2 | Exhibit 41A, Your Honor. |
| 02:07PM | 3 | THE COURT:  All right.  It will be admitted. |
| 02:08PM | 4 | BY MR. LENIHAN: |
| 02:08PM | 5 | Q.  All right.  So, you recognize Government Exhibit 41A |
| 02:08PM | 6 | here, sir -- |
| 02:08PM | 7 | A.  Yes. |
| 02:08PM | 8 | Q.  And it's addressed to who? |
| 02:08PM | 9 | A.  Roderick Arrington. |
| 02:08PM | 10 | THE DEFENDANT:  Your Honor, I object.  This envelope |
| 02:08PM | 11 | is from my baby mother.  The area -- he's the zip code is |
| 02:08PM | 12 | 14207. |
| 02:08PM | 13 | THE COURT:  You'll be able to cross him on it. |
| 02:08PM | 14 | THE DEFENDANT:  It's not the envelope.  It's from my |
| 02:08PM | 15 | baby mother. |
| 02:08PM | 16 | MR. LENIHAN:  If we could publish Government Exhibit |
| 02:08PM | 17 | 41a? |
| 02:08PM | 18 | BY MR. LENIHAN: |
| 02:08PM | 19 | Q.  Can you read for the jury, sir, Government Exhibit 41A? |
| 02:08PM | 20 | A.  You want me to read the whole letter? |
| 02:09PM | 21 | Q.  Please. |
| 02:09PM | 22 | A.  Hey, yo, brah.  What's good with you?  Hey, yo, niggas |
| 02:09PM | 23 | just came back from church and told me that you was up there |
| 02:09PM | 24 | trying to dirty my name up.  What's up with that?  Talking |
| 02:09PM | 25 | about I put a keepaway on you, nigga, that's on my son.  I |

02:09PM  1   ain't got no keepaway on nobody in this fucking jail, ain't

02:09PM  2   never have.  That's neither here nor there.  Then you telling

02:09PM  3   niggas that I am trying to go to work on that situation.  I

02:09PM  4   told you a long time ago that you ain't have to worry about

02:09PM  5   that.  I always kept it 100 out that situation.  Them people

02:09PM  6   kept trying to get me to go to court and I kept refusing.

02:09PM  7   Then they put a drag order on me to show up at the Grand

02:09PM  8   Jury, so I went to court and put it on record that you ain't

02:09PM  9   have nothing to do with that and you wasn't even there.  I am

02:10PM  10  quite sure your lawyer told you this already.  That was two

02:10PM  11  weeks ago.  They not going to indict you because they ain't

02:10PM  12  got shit on you.  I bet you that you ain't got no paperwork

02:10PM  13  on me.  So I don't know why you trying to dirty my name up.

02:10PM  14  And as far as a keepaway, I ain't got no reason to put a

02:10PM  15  keepaway on you.  Worry about all the wrong shit, bro.  You

02:10PM  16  might as well take that shit all the way because they ain't

02:10PM  17  got shit on you, real talk.  Well, words are short, so make

02:10PM  18  sure you get with me and let me know what's up with that.

02:10PM  19  Dame.  P.S.  When you push me to the kite, you can push it in

02:10PM  20  my name, Damon Hunter, ICN 106142, or you can push it in the

02:10PM  21  name on the envelope.

02:11PM  22  Q.  When Mr. Arrington-- when you were reading this letter,

02:11PM  23  did -- Mr. Arrington, what did he tell you about the murder

02:11PM  24  of Quincy Balance?

02:11PM  25  A.  Well, before I was reading the letter, I asked him what

02:11PM 1   was Dame snitching about.  That's when he said about him

02:11PM 2   shooting Shooter.

02:11PM 3   Q.  Did he say he shot Shooter?

02:11PM 4   A.  Yeah.  I said -- he said, Dame gonna snitch.  I said, how

02:11PM 5   he know what he's talking about?  He said me shooting

02:11PM 6   Shooter.

02:11PM 7   Q.  Mr. Grant, as part of your cooperation with the -- or as

02:11PM 8   far or part of your case with the federal government, were

02:11PM 9   you -- did you enter into a plea agreement?

02:11PM 10  A.  Yeah.

02:11PM 11  Q.  What was your sentencing range in your plea agreement?

02:11PM 12  A.  With the enhancement, 188 to 235.

02:11PM 13  Q.  What were you sentenced to originally?

02:11PM 14  A.  One hundred eighty-eight months.

02:11PM 15  Q.  Did you cooperate and testify in three other proceedings?

02:12PM 16  A.  Yes.

02:12PM 17  Q.  Was -- do you know what a 5K is?

02:12PM 18  A.  Yes.

02:12PM 19  Q.  Can you tell the jury what a 5K is?

02:12PM 20  A.  It is a downward departure for any -- for substantial

02:12PM 21  assistance with the government, cooperating.

02:12PM 22  Q.  Was a 5K filed on your behalf after you testified?

02:12PM 23  A.  Yeah, it was a Rule 35, but I think they all the same

02:12PM 24  pretty much.

02:12PM 25  Q.  And did you receive a reduction in your sentence?

GRANT -- BY MR. LENIHAN -- 09/15/2022

48

| | | |
|---|---|---|
| 02:12PM | 1 | A.  Yes. |
| 02:12PM | 2 | Q.  What sentence did you receive? |
| 02:12PM | 3 | A.  A nine-level reduction. |
| 02:12PM | 4 | Q.  For how many months? |
| 02:12PM | 5 | A.  I don't know.  I just know I did 90 months altogether in |
| 02:12PM | 6 | jail. |
| 02:12PM | 7 | Q.  Who sentenced you? |
| 02:12PM | 8 | A.  Judge Arcara. |
| 02:12PM | 9 | MR. LENIHAN:  No further questions, Your Honor. |
| 02:12PM | 10 | THE COURT:  All right. |
| 02:13PM | 11 | |
| 02:13PM | 12 | CROSS-EXAMINATION |
| 02:13PM | 13 | |
| 02:13PM | 14 | BY THE DEFENDANT: |
| 02:15PM | 15 | Q.  How are you doing, Mr. Grant? |
| 02:15PM | 16 | A.  I'm all right. |
| 02:15PM | 17 | Q.  Just because somebody -- just because someone live in a |
| 02:15PM | 18 | neighborhood, does that mean that they are gang members? |
| 02:15PM | 19 | A.  Just because they live in the neighborhood? |
| 02:15PM | 20 | Q.  Yeah, just because somebody live in a neighborhood, does |
| 02:15PM | 21 | that mean that they're automatic gang members? |
| 02:15PM | 22 | A.  No. |
| 02:15PM | 23 | Q.  Okay.  When you lived on Jenner Street, did that mean |
| 02:15PM | 24 | that you was a gang member in that neighborhood? |
| 02:15PM | 25 | A.  No. |

02:15PM    1    Q.  When you lived on Goulding Street, did that mean that you

02:15PM    2    was a gang member in that neighborhood?

02:15PM    3    A.  No.

02:15PM    4    Q.  No?  Okay.  When you was asked by the government on

02:16PM    5    direct about a neighborhood street gang, you testified that

02:16PM    6    you were in this gang.  Is this term, Schuele Boys, something

02:16PM    7    the government just made up?

02:16PM    8    A.  I wouldn't say that the government made it up because

02:16PM    9    people was calling it the Schuele Boys before we even caught

02:16PM   10    a Fed case.

02:16PM   11    Q.  Okay.  So, your testimony today is that you testifying

02:16PM   12    under oath today that you was a gang member of the Schuele

02:16PM   13    Boys?  That's your testimony today?

02:16PM   14    A.  I would say that.

02:16PM   15    Q.  Okay.

02:16PM   16            THE COURT:  Just one second.

02:16PM   17            THE DEFENDANT:  Do you want me to repeat the

02:16PM   18    question, Your Honor?

02:16PM   19            THE COURT:  Megan, could you repeat the question?

02:17PM   20    (The record was read back by reporter.)

02:17PM   21    BY THE DEFENDANT:

02:17PM   22    Q.  Okay.  Do you remember your prior testimony is you

02:18PM   23    testify under oath --

02:18PM   24            THE COURT:  Just show it to him.  Whatever else that

02:18PM   25    you are claiming he says, you will look at it, see if that

02:18PM  1   refreshes your memory on the question.  If it does, you can

02:18PM  2   answer it.  If it doesn't, tell us.

02:18PM  3          THE DEFENDANT:  Government -- I'm going to direct to

02:18PM  4   Exhibit 3506BB.

02:19PM  5   BY THE DEFENDANT:

02:19PM  6   Q.  You remember that document?  That motion you sent to the

02:19PM  7   courts?

02:19PM  8   A.  Typed up like this?  Yeah, that's my signature.  That's

02:19PM  9   definitely my signature.

02:19PM  10  Q.  You remember that bail motion?

02:19PM  11  A.  I don't recall typing it, but I don't even remember

02:19PM  12  putting it in, to be honest with you, but it's definitely my

02:19PM  13  handwriting.  My signature is right there.

02:19PM  14  Q.  That's your signature?

02:19PM  15  A.  Yeah.

02:19PM  16  Q.  Okay.  And that's a sworn affidavit statement of bail

02:19PM  17  motion you filed to this court to be released.  You filed

02:19PM  18  this bail motion to be released in your conspiracy case,

02:20PM  19  correct?

02:20PM  20  A.  Well, I really, technically speaking, don't remember

02:20PM  21  filing it, but like I said, this is my signature.  So, I

02:20PM  22  would assume, yeah.

02:20PM  23          THE DEFENDANT:  Your Honor, can I admit that into

02:20PM  24  evidence?

02:20PM  25          THE COURT:  No.  Well, it's used -- whether it's an

02:20PM   1    inconsistent statement, the jury will decide whether it is or

02:20PM   2    whether it isn't, and the jury will decide what consideration

02:20PM   3    to give to the courtroom testimony.

02:20PM   4              THE DEFENDANT:  Okay.

02:20PM   5    BY THE DEFENDANT:

02:20PM   6    Q.  And that -- so you said that is your name and your

02:20PM   7    signature and you signed that, correct?

02:20PM   8    A.  Yeah.

02:20PM   9    Q.  Okay.  And it states that, "according to my criminal

02:20PM  10    complaint and discoveries, my relevant conduct is minimum in

02:20PM  11    both.  I am not a gang member and/or drug dealer in any way

02:20PM  12    or any act of violence in either criminal complaint or

02:21PM  13    discovery on my behalf".

02:21PM  14         You remember that?

02:21PM  15    A.  No.  I'm looking at the handwriting on the envelope and I

02:21PM  16    don't write my name like that, and I don't understand how

02:21PM  17    it's certified.  That's definitely my signature, though.  But

02:21PM  18    the envelope, the handwriting on the envelope, I don't write

02:21PM  19    my Rs like that.  I don't write my name like that.

02:21PM  20    Q.  You had it notarized by a pubic notary, sworn to in front

02:21PM  21    of that person?  You signed it with your --

02:21PM  22    A.  Yeah.  Yeah.  No, I'm not disputing that.  I'm talking

02:21PM  23    about the envelope where it say Jerome Grant at.  I don't

02:21PM  24    write my name like that.  I'm not disputing this part where I

02:21PM  25    signed it.

GRANT -- BY MR. LENIHAN -- 09/15/2022

52

02:21PM  1   Q.  But it is your motion, correct, you sent to the courts,

02:21PM  2   right?

02:21PM  3   A.  I guess I did.

02:21PM  4   Q.  Okay.  And your testimony, you swore in this affidavit

02:21PM  5   that you was not a gang member or drug dealer, correct?

02:22PM  6   A.  Let's see.  What did I put?

02:22PM  7   Q.  I'm going to direct your attention to the first page.

02:22PM  8   A.  Oh, no.  I was just looking on here where I declare under

02:22PM  9   the penalty of perjury or anything, but I don't see that.  So

02:22PM  10  that's what I was looking for.  Yeah.

02:22PM  11  Q.  It was sworn to in front of a notary public, correct;

02:22PM  12  with your signature on there, correct?

02:22PM  13  A.  Well, if I got it notarized, I didn't swear anything in

02:22PM  14  front of the notary.

02:22PM  15  Q.  But you signed it, and that's what notaries do.

02:22PM  16  A.  Yeah, I definitely --

02:22PM  17  Q.  They are witness to that document that you signed that

02:22PM  18  you wanted notarized.

02:22PM  19  A.  But I don't think they read it, though, so I don't think

02:22PM  20  they would know what it was.

02:22PM  21  Q.  But that's not my question, sir.  My question is, did you

02:22PM  22  get it notarized as a sworn document, that you got it

02:22PM  23  notarized, that you typed up for your bail release?

02:22PM  24  A.  Well, I got it notarized, but I'm not sure if I swore

02:22PM  25  anything.  I don't want to lie.

02:22PM 1 Q.  But you sent it to Judge Scott for you to be released on

02:23PM 2 bail, correct?

02:23PM 3 A.  I don't know if I sent it, because, again, that -- on the

02:23PM 4 envelope, that's not my handwriting.

02:23PM 5 Q.  On the first page, I'm going to direct you -- the first

02:23PM 6 page, it say from.

02:23PM 7 A.  Yeah.

02:23PM 8 Q.  It says from Jerome Grant, jail number -- I mean, case

02:23PM 9 number 14-CR-134A.  This is your indictment case number,

02:23PM 10 correct?

02:23PM 11 A.  Yes, it is.

02:23PM 12 Q.  Okay.  And you was in 40 Delaware on May 19th, 2015?

02:23PM 13 A.  Possibly.

02:23PM 14 Q.  This is what the sworn notary said, though, correct?

02:23PM 15 A.  I just don't see where it say sworn to anything on that,

02:23PM 16 though.  That's the part that you --

02:23PM 17 Q.  I'm going to direct you to the back of the page.  It says

02:23PM 18 --

02:23PM 19 A.  Yeah, it says Scott Harvey, Commissioner of Deeds, in and

02:23PM 20 for the City of Buffalo, Erie County, New York, sworn before

02:23PM 21 this.

02:23PM 22 Q.  It's your document.  This is what you filed to the courts

02:23PM 23 to get bail on your case, correct?

02:23PM 24 A.  I mean, yeah, I guess.

02:23PM 25 Q.  Okay.  And you agree that you stated in this bail motion

02:24PM  1   that you are not a gang member or drug dealer, correct?

02:24PM  2   A.  Well --

02:24PM  3   Q.  If you read it, if you go to the page, could you read to

02:24PM  4   the jurors what it says -- application of bail motion.  It

02:24PM  5   says, Dear Judge Scott.  Could you continue to read that to

02:24PM  6   the jurors, please?

02:24PM  7   A.  Dear, Judge Scott -- want me to read the whole letter?

02:24PM  8   Q.  Yes, where it get to -- I'll tell you to stop when you

02:24PM  9   get there.

02:24PM  10  A.  Application for bail motion.  Dear, Judge Scott, as you

02:24PM  11  know, I have been detained since July of 2014.  I have been

02:24PM  12  charged with one count of conspiracy on August 4th, 2014.  I

02:24PM  13  was ordered detained but without prejudice.  Although I am

02:25PM  14  still currently on federal probation, I have not been

02:25PM  15  violated by any means by the Honorable Judge Skretny.

02:25PM  16  Although I reference my innocence in this case against me.

02:25PM  17  According to the criminal complaint and discoveries, my

02:25PM  18  relevant conduct is minimum in both.  I am not a gang member

02:25PM  19  and or a drug dealer.  Nor is this --

02:25PM  20  Q.  You can stop right there.

02:25PM  21  A.  Okay.  Actually, I do remember this now.  Boogy wrote

02:25PM  22  this.  We was both in the Holding Center together.  He had

02:25PM  23  a --

02:25PM  24  Q.  But you swore to --

02:25PM  25  A.  Yeah.  We was in the Holding Center, and I think he had,

GRANT -- BY MR. LENIHAN -- 09/15/2022

02:25PM  1  like, a probation violation or something like that in city

02:25PM  2  court and I had gave him -- I had let him see the complaint

02:25PM  3  and everything.  Yeah, he wrote this.  I remember that now.

02:25PM  4  But I definitely signed it and I did.

02:25PM  5  Q.  You asked him to do this for you?

02:25PM  6  A.  No.

02:25PM  7  Q.  So, you just got something sworn.  You sworn to something

02:26PM  8  that you didn't have nothing to do with that?

02:26PM  9  A.  I mean, yeah.  He wrote it.  He definitely wrote it.

02:26PM  10  Q.  You testifying under oath in front of the jury today?

02:26PM  11  A.  Yeah.

02:26PM  12  Q.  You understand that, right?

02:26PM  13  A.  Yeah.  No.  If you look back when this was wrote around

02:26PM  14  that time, you put -- you can see Boogy was in the Holding

02:26PM  15  Center.

02:26PM  16  Q.  It's a part of the court's document.  It's a part of the

02:26PM  17  Government Exhibits that this is yours, correct?

02:26PM  18  A.  Oh, okay.  I signed it.

02:26PM  19  Q.  Okay.  Did you ever witness me commit any crimes?

02:26PM  20  A.  No, I can't say I have seen you commit any crimes.

02:26PM  21  Q.  You said you seen me at a club, at Maggie's?

02:27PM  22  A.  Yeah.

02:27PM  23  Q.  And I asked, was you all right?

02:27PM  24  A.  Yeah.

02:27PM  25  Q.  And you stated that this meant that I was going to hit

02:27PM    1    someone for you?

02:27PM    2    A.   My perception.

02:27PM    3    Q.   That's what that mean when someone say, is you all right?

02:27PM    4    A.   That was my perception at the time.

02:27PM    5    Q.   And it goes all the way to, someone is going to commit a

02:27PM    6    crime for you?

02:27PM    7    A.   That was my perception.

02:27PM    8    Q.   And your testimony to the Grand Jury is -- or I mean to

02:27PM    9    the jury is that, I said this at a club, a night club, and I

02:27PM   10    have a GPS ankle monitor on; that I got a curfew, parole

02:27PM   11    curfew at 9 o'clock?

02:27PM   12    A.   I don't think that you was on the ankle monitor then

02:27PM   13    because that's what -- -

02:27PM   14    Q.   That's what you stated.  That was your testimony today,

02:27PM   15    correct?

02:27PM   16         MR. LENIHAN:  Objection.  That's a

02:27PM   17    mischaracterization.

02:27PM   18         THE WITNESS:  Yeah, well, I was talking about when I

02:27PM   19    came to see you when you was on an ankle monitor at your mom

02:27PM   20    house, when you was talking about taking hits.  You asked me

02:27PM   21    at Maggie's, that was something different.  That was a

02:27PM   22    different time.

02:27PM   23    BY THE DEFENDANT:

02:27PM   24    Q.   And you saying that I offered my assistance to -- at a

02:27PM   25    club just out of nowhere and just said, you want me to hit

GRANT -- BY MR. LENIHAN -- 09/15/2022

02:27PM    1    somebody for you, huh?

02:27PM    2    A.   Yeah.

02:27PM    3    Q.   But you also testified and said that me and you don't

02:28PM    4    even get along or we don't even mess with each other.  We not

02:28PM    5    even friends like that, right?  Correct?

02:28PM    6    A.   I don't like dealing with you, yeah.  I don't deal with

02:28PM    7    you.

02:28PM    8    Q.   So, why would I ask with you, if me and you don't mess

02:28PM    9    with each other or if we're not even friends or talk to each

02:28PM   10    other like that, if I don't deal with you like that, why

02:28PM   11    would I ask you, is you okay or did you want me to hit

02:28PM   12    somebody for you?

02:28PM   13    A.   Because you was going to charge me.  You wasn't going to

02:28PM   14    do it for free.

02:28PM   15    Q.   Okay.  Wow, this is crazy.

02:28PM   16         Did the government ask you to say certain things during

02:28PM   17    your testimony to complete they case to -- for your time to

02:28PM   18    get reducted [sic]?  Because you was facing 188 months to 235

02:28PM   19    months, and you came into a cooperation agreement with the

02:28PM   20    government, and you got a nine-level deduction, correct?

02:28PM   21    A.   Correct.

02:28PM   22    Q.   And when you got that -- before you got the nine-level

02:29PM   23    deduction, you were still in prison waiting for your Rule 35

02:29PM   24    to go through -- your Rule 35 motion to go through, correct?

02:29PM   25    A.   Correct.

02:29PM   1   Q.   And this was around the beginning of this year, correct?

02:29PM   2   A.   The beginning of this year?  Yeah, I got released, yeah,

02:29PM   3   in February.

02:29PM   4   Q.   This year.  And you remember writing a letter to Timothy

02:29PM   5   Lynch, AUSA Timothy Lynch, regarding your Rule 35 motion?

02:29PM   6   A.   Yeah.

02:29PM   7   Q.   You remember writing a letter to Timothy Lynch, because

02:29PM   8   you was wondering why it took so long for them to answer your

02:30PM   9   Rule 35 motion and it was kind of pissing you off?

02:30PM  10   A.   I would probably have to see the letter to say what I

02:30PM  11   said verbatim because --

02:30PM  12        THE DEFENDANT:  Can I admit Government Exhibit

02:30PM  13   3506MM --

02:30PM  14        MR. LENIHAN:  Objection.

02:30PM  15        THE DEFENDANT:  -- Your Honor?

02:30PM  16        THE COURT:  Sustained.

02:30PM  17        THE DEFENDANT:  Can I show him the letter, Your

02:30PM  18   Honor, 3506MM?

02:30PM  19        THE COURT:  All right.  Is that exhibit, is there a

02:30PM  20   number on that exhibit?

02:30PM  21        THE DEFENDANT:  Yeah, 3506MM, Your Honor.

02:30PM  22   BY THE DEFENDANT:

02:30PM  23   Q.   That's your letter?  You wrote that letter?

02:31PM  24   A.   Yeah, this is my handwriting.

02:31PM  25   Q.   And you sent that letter to the United States Attorney's

| | | |
|---|---|---|
| 02:31PM | 1 | Office, correct? |
| 02:31PM | 2 | A.  Correct. |
| 02:31PM | 3 | Q.  Because you wanted a response on your motion, correct? |
| 02:31PM | 4 | A.  Correct. |
| 02:31PM | 5 | THE DEFENDANT:  Your Honor, can I -- |
| 02:31PM | 6 | BY THE DEFENDANT: |
| 02:31PM | 7 | Q.  And you authorized that letter?  You authored that |
| 02:31PM | 8 | letter?  It's the same as when you sent to the Court? |
| 02:31PM | 9 | A.  Yeah, besides being a copy, yes, this is my handwriting. |
| 02:31PM | 10 | THE DEFENDANT:  Your Honor, can I admit that letter |
| 02:31PM | 11 | into evidence? |
| 02:31PM | 12 | MR. LENIHAN:  Objection. |
| 02:31PM | 13 | THE COURT:  Sustained. |
| 02:31PM | 14 | THE DEFENDANT:  Your Honor, it goes into his |
| 02:31PM | 15 | cooperation. |
| 02:31PM | 16 | THE COURT:  I think I already ruled on it. |
| 02:31PM | 17 | THE DEFENDANT:  Can I rephrase the question then, |
| 02:31PM | 18 | Your Honor? |
| 02:31PM | 19 | THE COURT:  All right.  Rephrase the question. |
| 02:32PM | 20 | BY THE DEFENDANT: |
| 02:32PM | 21 | Q.  At this time, for all the cooperation you have done for |
| 02:32PM | 22 | the government after four years, you sitting in jail, you |
| 02:32PM | 23 | didn't get none of your time reduced, correct? |
| 02:32PM | 24 | A.  Correct. |
| 02:32PM | 25 | Q.  And you was pretty upset?  You was pretty mad about |

GRANT -- BY MR. LENIHAN -- 09/15/2022

60

02:32PM   1   sitting in jail all this time, and you testified at trials

02:32PM   2   and you did what you was -- what the government asked you to

02:32PM   3   do and you still was sitting in jail, correct?  You was

02:32PM   4   pretty upset about this, correct?

02:32PM   5   A.   Yeah.

02:32PM   6   Q.   And you was so mad that you sent this letter to the

02:32PM   7   United States Attorney's Office, correct; because you didn't

02:32PM   8   get your time off, correct?

02:32PM   9   A.   Right.

02:32PM  10   Q.   And in this letter, you was explaining about how much

02:33PM  11   time you was supposed to get off, correct?

02:33PM  12   A.   I probably have to read the letter to see it here.

02:33PM  13   Q.   Would looking at that letter refresh your recollection?

02:33PM  14   A.   Yeah, I see what you are saying.  Yeah, I see what you

02:33PM  15   are saying.

02:33PM  16   Q.   And you was pretty upset that you sat in jail from --

02:33PM  17   from when you testified at the first proceeding in 2017, and

02:33PM  18   you did what the government asked you to do, and you still

02:33PM  19   was sitting in jail four, five years later without getting

02:33PM  20   your time reduced up under the agreement you came up on with

02:33PM  21   the government; your cooperation agreement, correct?

02:33PM  22   A.   And you asked me, was I upset at the time about that?

02:33PM  23   Q.   You was very upset that you was sitting in jail all this

02:33PM  24   time and you never got your cooperation time deducted and you

02:33PM  25   wrote this letter explaining this to him about --

02:33PM   1   A.   Yes.  So, what you asking me?  I want to make sure I

02:34PM   2   understand what you asking me.  You asking me that, was I

02:34PM   3   upset about still being in jail without receiving no

02:34PM   4   cooperation credit?

02:34PM   5   Q.   Right.  And you wrote that letter?

02:34PM   6   A.   Yes.

02:34PM   7   Q.   And you was pretty upset?

02:34PM   8   A.   Yeah.  Want me to say it again?

02:34PM   9   Q.   Yes.

02:34PM  10   A.   I was upset.

02:34PM  11   Q.   Okay.  And you stated in this letter that you was being

02:35PM  12   briefed, you was being questioned by the United States

02:35PM  13   Attorneys and different agents without your lawyer present,

02:35PM  14   correct?

02:35PM  15   A.   I'd have to read that reference.

02:35PM  16   Q.   It's on the -- it's, like, on the first page, the 17th

02:35PM  17   line.

02:35PM  18   A.   Yeah.  I see, yeah.  I said that.

02:35PM  19   Q.   And you said that you was being questioned without your

02:35PM  20   lawyer being present.  At a lot of these times, you was being

02:35PM  21   questioned without your lawyer present and a lot of this

02:35PM  22   stuff that you said wasn't true, correct?

02:35PM  23   A.   I said that?  Can you tell me what line you said I said

02:36PM  24   it wasn't true?

02:36PM  25   Q.   It's like on the 18th page, 17th page.

| | | |
|---|---|---|
| 02:36PM | 1 | A.   Page or line? |
| 02:36PM | 2 | Q.   You stated in the letter on the lane -- on the line, |
| 02:36PM | 3 | 17th, 18th line, you said that when you was -- when it was |
| 02:36PM | 4 | time for you to testify against Aaron Hicks, the government |
| 02:36PM | 5 | came back there and told you, just agree with them, say what |
| 02:36PM | 6 | they say, just agree what they say.  You remember that? |
| 02:36PM | 7 | A.   I don't see what you saying.  You said the 18th line? |
| 02:36PM | 8 | Q.   Starting from the top with Timothy Lynch, where it say, |
| 02:36PM | 9 | that's first, the first line. |
| 02:36PM | 10 | A.   Okay.  Nineteen down. |
| 02:36PM | 11 | Q.   The 20th line.  The 20th line.  You stated in this letter |
| 02:37PM | 12 | that they wanted you to come testify against Aaron Hicks and |
| 02:37PM | 13 | you refused and they came back there and said, we just want |
| 02:37PM | 14 | you to say -- just follow along with us and just agree with |
| 02:37PM | 15 | us, everything we said, and if you don't testify against |
| 02:37PM | 16 | Boogy -- |
| 02:37PM | 17 | A.   Yeah, I see what you're saying, but it's like -- but you |
| 02:37PM | 18 | not saying it the way it's written down on the paper. |
| 02:37PM | 19 | Q.   I didn't hear you. |
| 02:37PM | 20 | A.   You not saying it exactly how it's written down on the |
| 02:37PM | 21 | paper. |
| 02:37PM | 22 | Q.   I'm asking you do you remember this stuff? |
| 02:37PM | 23 | A.   I remember writing this letter. |
| 02:37PM | 24 | Q.   And you stated that they told you -- |
| 02:37PM | 25 | A.   But it's the way you're saying it. |

02:37PM   1   Q.  -- if they told you to just agree with us?  We want you

02:37PM   2   to testify against Aaron Hicks.  Just agree with us, and we

02:37PM   3   will ask you questions, and just agree with us.  And you

02:38PM   4   refused to.  And they said, if you don't testify against

02:38PM   5   Aaron Hicks, Aaron Hicks is going to get out and kill you for

02:38PM   6   testifying against Mr. Arrington.  You remember that?

02:38PM   7   A.  But I don't see the part where you say he said just agree

02:38PM   8   with us.  That's the part where I'm lost at.  I can't see it

02:38PM   9   on there.  So, you want me to say something that I didn't

02:38PM  10   write down.  If it's on here, I said it.  I'll say I said it.

02:38PM  11   Q.  I said, things went on.  Things went on like AUSA agents

02:38PM  12   questioned and briefed me without my attorney present.

02:38PM  13   A.  Yeah.

02:38PM  14   Q.  That happened a few times and special agent on the case

02:38PM  15   telling you, if you don't testify against Boogy, he will kill

02:38PM  16   you for Rah Rah, if we -- and you was standing right there

02:38PM  17   with no lawyer present again.  And this is when they was

02:38PM  18   trying to force you to testify against Mr. Hicks.  Then you

02:38PM  19   said one of the most damaging things got to Boogy trial, how

02:39PM  20   while they were on break, the AUSA Wei and the special agent

02:39PM  21   came and told me that if I changed the plans and I go with

02:39PM  22   what they say, this happened right before I was sent to the

02:39PM  23   stand.  So, you saying that --

02:39PM  24   A.  That's not what you said.

02:39PM  25   Q.  This is what the letter said.

02:39PM   1   A.   Yeah, I wrote that, but what you -- how you just read it,

02:39PM   2   but you was saying it differently.

02:39PM   3   Q.   Okay.  But you wrote this letter, and that's what

02:39PM   4   happened, right?  They was telling you what to say, telling

02:39PM   5   you things to say against Aaron Hicks, right, because you was

02:39PM   6   refusing to testify, correct?

02:39PM   7   A.   They came and said that?

02:39PM   8   Q.   They came and told you that if you don't testify against

02:39PM   9   Mr. Hicks, all's you got to do is to follow along with what

02:39PM  10   we're saying, we need you to say this and just agree with us,

02:39PM  11   correct?

02:39PM  12   A.   Well, they didn't say it like that, but --

02:39PM  13   Q.   This is what it states in the letter.

02:39PM  14   A.   But the way you putting it, he didn't say it like that.

02:39PM  15   Q.   And then you went further on in the letter, and you

02:40PM  16   stated that, again, you said, the only one in jail, Ra Ra

02:40PM  17   going to be home soon and your officers -- your office going

02:40PM  18   to be under investigation.  So please just call up here and

02:40PM  19   release me immediately.  That's all I am asking.

02:40PM  20       Do you remember saying that?

02:40PM  21   A.   No.  You got to tell me what line.

02:40PM  22   Q.   It's on the back of the page.  You can start at the top

02:40PM  23   of the page.

02:40PM  24   A.   Okay.

02:40PM  25   Q.   And just read it out loud for the jurors, please.

02:40PM   1   A.   All right.  My word on everything I love, I get the drug

02:40PM   2   program, I will be out of jail in three years, five max.  I

02:40PM   3   can do that, but I am going to be the only one in jail.  Ra

02:41PM   4   Ra and Boogy going to be home and y'all office going to be

02:41PM   5   under investigation.  So please just call me.

02:41PM   6        Yup.  I said that.

02:41PM   7   Q.   Keep reading.

02:41PM   8   A.   Okay.  No problem.  And release me immediately.  That's

02:41PM   9   all I am asking.

02:41PM  10        You want me to keep going?

02:41PM  11   Q.   Yeah, go all the way to the finish.

02:41PM  12   A.   All right.  You think because you sent me back that y'all

02:41PM  13   in the clear?  No.  It don't work like that.  I ain't one of

02:41PM  14   them bitches you can just fuck and throw away.  I'm like a

02:41PM  15   bitch you fuck with herpes.  I just pop up out the blue when

02:41PM  16   you least expect it and at the worst times.

02:41PM  17        Keep going?

02:41PM  18   Q.   Yeah.  Keep going until you finish.

02:41PM  19   A.   My next letter going to be to the appeal court and the

02:41PM  20   Department of Justice and trust me on that one.  Try to fuck

02:41PM  21   me.  This some pussy you going to wish you never stuck your

02:41PM  22   dick in.  Get me out of jail now.  I'm done being nice and

02:41PM  23   waiting on y'all.

02:41PM  24        P.S. Just in case you don't understand what I'm saying,

02:42PM  25   do not pull me from this jail to court.  If you want me to

| | | |
|---|---|---|
02:42PM | 1 | testify, release me, and let me get my own way to Buffalo.
02:42PM | 2 | What I'm saying, release me away -- anyway immediately.  I
02:42PM | 3 | don't have to come to court to be resentenced under Rule 35.
02:42PM | 4 | You might be in your feelings, but trust me, it's better to
02:42PM | 5 | release me.
02:42PM | 6 | Q.  Back to the beginning of the page, can you start from the
02:42PM | 7 | top where it say Timothy Lynch?
02:42PM | 8 | MR. LENIHAN:  Judge, he's having the witness read the
02:42PM | 9 | entire letter.  He can ask questions about the letter
02:42PM | 10 | obviously, but --
02:42PM | 11 | THE DEFENDANT:  Yeah, what's I am asking.
02:42PM | 12 | MR. LENIHAN:  If there's an inconsistent statement --
02:42PM | 13 | THE COURT:  No speeches.  What's your objection?
02:42PM | 14 | MS. LENIHAN:  The objection is, he was having the
02:42PM | 15 | witness read the letter.  He can ask about if there's any
02:43PM | 16 | inconsistent statements.  He's got to ask the question and
02:43PM | 17 | then impeach.
02:43PM | 18 | THE COURT:  Sustained.
02:43PM | 19 | BY THE DEFENDANT:
02:44PM | 20 | Q.  You can set the letter down for a minute.  Okay.  During
02:44PM | 21 | the time at Aaron Hicks' trial, during the break, during the
02:44PM | 22 | break, do you recall agents coming back there with the AUSA
02:44PM | 23 | stating to you that there's a change of plans and we need you
02:44PM | 24 | to just go with the flow and just agree with us to what
02:45PM | 25 | this -- to what I am saying?  Do you remember that?

| | | |
|---|---|---|
| 02:45PM | 1 | A.  I got to look at the letter to make sure it was worded |
| 02:45PM | 2 | like that, but hold on. |
| 02:45PM | 3 | Q.  No, don't look at the letter.  I'm asking you a question. |
| 02:45PM | 4 | Did that happen? |
| 02:45PM | 5 | A.  I don't remember it happening like that then.  I can't |
| 02:45PM | 6 | tell you yes or no without looking at the letter because I |
| 02:45PM | 7 | don't remember. |
| 02:45PM | 8 | Q.  So if looking at the letter refreshed your recollection, |
| 02:45PM | 9 | would that refresh of what took place? |
| 02:45PM | 10 | A.  I mean, I wrote it.  This is my handwriting.  So, that's |
| 02:45PM | 11 | about as far as, like, refreshing my recollection is going to |
| 02:45PM | 12 | be.  Do you see what I am saying? |
| 02:45PM | 13 | Q.  Well, take a look at it.  That's all I am asking. |
| 02:45PM | 14 | A.  First you told me not to.  What line is that? |
| 02:46PM | 15 | Q.  Twenty-two. |
| 02:46PM | 16 | A.  Twenty-two?  I think you mean 23, because 22 -- |
| 02:46PM | 17 | Q.  Twenty-two, it start from the corner.  It say how, wow, |
| 02:46PM | 18 | and just go down to the next paragraph. |
| 02:46PM | 19 | A.  I don't see what you saying.  Oh, how -- okay.  I see it |
| 02:46PM | 20 | now.  Okay.  Now, what did you -- what was your question? |
| 02:47PM | 21 | Q.  Is it true that, on break at this proceeding, that the |
| 02:47PM | 22 | agents and AUSA came back and said, there's a change of |
| 02:47PM | 23 | plans, we need you just to go with the flow and agree to what |
| 02:47PM | 24 | I am saying? |
| 02:47PM | 25 | A.  I see the go-with-the-flow part, but I don't see the |

02:47PM   1   agree with what they saying part.

02:47PM   2   Q.  Yes.  It said, it's a change of plans and just go with

02:47PM   3   what I -- what he say.  This happened right before you were

02:48PM   4   set to take the stand, right before you took the stand, and

02:48PM   5   came back there on break and told you to just go with the

02:48PM   6   flow.  That's true?

02:48PM   7   A.  It don't say go with the flow.  That's what I'm saying.

02:48PM   8   So, if you want me to say go with the flow, that's not in

02:48PM   9   here.  I can't say that.

02:48PM  10   Q.  Okay.  Okay.  My mistake.  I'm sorry.  It said, change of

02:48PM  11   plan, and go with what he say.  And you say this happened

02:48PM  12   right before you were set to take the stand, correct?

02:48PM  13   A.  Yes.

02:48PM  14   Q.  And they came back you and told you, just go with what he

02:48PM  15   said, right?  That's what happened?  Right before you got on

02:48PM  16   the stand, they came and told you this, correct?

02:48PM  17   A.  Yeah.

02:48PM  18   Q.  And this letter was because they never gave you your time

02:48PM  19   and you felt like a bitch for testifying for them, doing what

02:49PM  20   they tell you to say and they left you in jail without no

02:49PM  21   time reductions and this is why you wrote this letter,

02:49PM  22   correct?  As soon as you wrote letter, they let you out

02:49PM  23   because you said you was going to write the Department of

02:49PM  24   Justice and you was going to file a complaint?  And as soon

02:49PM  25   as you did that, they let you right out; correct, and you got

02:49PM   1   a nine-level reduction?

02:49PM   2   A.  Well, they didn't let me right out.  And I didn't write

02:49PM   3   the letter because I felt like a bitch.  I think I was more

02:49PM   4   frustrated at a time.  I probably had a lot -- I don't know.

02:49PM   5   I can't remember exactly what was going on at that time in my

02:49PM   6   mind as far as mentally, but I know I wasn't feeling like no

02:49PM   7   bitch.

02:49PM   8   Q.  No, that's what the letter -- I am just going with what

02:49PM   9   you say in the letter.

02:49PM  10   A.  I said I felt like a bitch?

02:49PM  11   Q.  Yeah.

02:49PM  12   A.  No, that's not --

02:49PM  13   Q.  You said you felt like a -- you state, I just pop up out

02:50PM  14   of blue when you first least expect it?

02:50PM  15   A.  What that got to do with my feelings?

02:50PM  16   Q.  My next letter is going to the appeal court and the

02:50PM  17   Department of Justice, and trust me on that one.  Try to fuck

02:50PM  18   me, this some pussy you going wish you ain't never stick your

02:50PM  19   dick in.  Get me out of jail now.  I am done playing nice.

02:50PM  20   A.  Oh, so you assuming that I wrote the letter because I

02:50PM  21   felt like a bitch.  I didn't say I felt like a bitch, though.

02:50PM  22   Q.  No, no.  I'm just -- tell me if that's what you're

02:50PM  23   saying.

02:50PM  24   A.  No, I didn't say that.  I didn't say I felt like a bitch,

02:50PM  25   though.

GRANT -- BY MR. LENIHAN -- 09/15/2022

70

02:50PM   1   Q.   This is what the letter states, correct --

02:50PM   2   A.   No.   I didn't say I felt like a bitch.

02:50PM   3   Q.   -- that you was mad about not getting your reduction

02:50PM   4   because you did all this staff for the government and you was

02:50PM   5   just sitting in jail, correct?

02:50PM   6            MR. LENIHAN:   Objection, asked and answered.

02:50PM   7            THE COURT:   Sustained.

02:50PM   8   BY THE DEFENDANT:

02:51PM   9   Q.   You was charged in a drug conspiracy, case number

02:51PM  10   14-CR-134, correct?

02:51PM  11   A.   I am assuming that's the docket number.

02:51PM  12   Q.   That's the indictment number, correct?

02:51PM  13   A.   I am assuming it is.

02:51PM  14   Q.   Okay.

02:51PM  15   A.   I would have to have a document in front of me to be

02:51PM  16   sure.

02:51PM  17   Q.   And in that case, there was wiretap targeting telephones

02:51PM  18   by Vanessa Paris, correct; Special Agent Vanessa Paris?

02:51PM  19   A.   I think that's her name.

02:51PM  20   Q.   Okay.   And in that case, all interpretations of the

02:51PM  21   intercepted wire and electronic communication would target

02:51PM  22   telephones, including over 17,000 completed calls, and text

02:51PM  23   messages of 2,900 criminal activities of the alleged Schuele

02:51PM  24   Boys, correct?

02:51PM  25   A.   Say that one more time.

02:51PM  1   Q.  I said it was over 7,000 -- 17,000 completed calls and

02:52PM  2   text message of over 2,900 criminal activities of the alleged

02:52PM  3   Schuele Boys, correct?  That was in your indictment, correct?

02:52PM  4   A.  I would have to see the indictment to be sure.

02:52PM  5   Q.  Wiretaps and stuff?

02:52PM  6   A.  Yeah.  I would have to see it to be sure.  I don't know

02:52PM  7   exactly how many it was because I didn't make all those calls

02:52PM  8   and text messages, so I really can't answer that.

02:52PM  9   Q.  But your case involved wiretap, correct?

02:52PM  10  A.  Yeah.

02:52PM  11  Q.  From a lot of targeted telephone calls and your people --

02:52PM  12  people that was involved in your case, correct?

02:52PM  13  A.  I mean, yeah.

02:52PM  14  Q.  Okay.  Is Black, the rapper, charged in this indictment

02:52PM  15  with RICO conspiracy?

02:52PM  16  A.  To my knowledge, no.

02:52PM  17  Q.  Okay.  How about a drug conspiracy?  Is this case -- or

02:53PM  18  is Black indicted in a drug conspiracy in this indictment?

02:53PM  19  A.  Far as I know, no.

02:53PM  20  Q.  Okay.  Okay.  Is Black, the rapper, charged with a drug

02:53PM  21  conspiracy in your case or in your indictment?

02:53PM  22  A.  Far as I know, no.

02:53PM  23  Q.  Okay.  So, Black, the rapper, was not charged in any of

02:53PM  24  this -- in any of these indictments?  He's not charged with

02:53PM  25  any drug conspiracy or any RICO conspiracy, correct?

02:53PM  1   A.  As far as I know, no.

02:53PM  2   Q.  Okay.  Is Black, the rapper, charged with the RICO or

02:53PM  3   being accused as an alleged Schuele Boys gang member?

02:53PM  4   A.  You're talking about as far as federally or anything?

02:53PM  5   Q.  In this case, is he charged in this case with RICO, being

02:54PM  6   a gang member?  Is Serious Black charged?  The rapper, is he

02:54PM  7   charged?

02:54PM  8   A.  As far as I know, no.

02:54PM  9   Q.  He's not charged with anything, correct?

02:54PM  10  A.  I don't know.

02:54PM  11  Q.  Okay.

02:54PM  12  A.  I wasn't charged with him, so --

02:54PM  13  Q.  He's not on your indictment?

02:54PM  14  A.  As far as I know, he's not, but --

02:54PM  15  Q.  He's not on this indictment, correct?

02:54PM  16  A.  I mean, I don't know.

02:54PM  17       THE COURT:  All right.  That's enough of this.  This

02:54PM  18  has nothing to with this case we're on trial here.  Go to

02:54PM  19  another area.

02:54PM  20       THE DEFENDANT:  Okay.  I'm allowed to ask these

02:54PM  21  questions.  Okay.

02:54PM  22  BY THE DEFENDANT:

02:55PM  23  Q.  So, you on indictment, on your own indictment with 17

02:55PM  24  others, correct, that involved wiretap, targeted telephones?

02:55PM  25  A.  Again, I would have to see the actual indictment to know

02:55PM   1   exactly and remember how many people was on there and what's

02:55PM   2   on the indictment.  I don't know verbatim.  So, if you want

02:55PM   3   me to about the indictment, just let me see it.

02:55PM   4   Q.  That investigation started from 2010 from the City Grill

02:56PM   5   massacre, correct?

02:56PM   6   A.  I don't know.  I would have to look at the indictment.

02:56PM   7   Q.  Are you aware of me going to prison back in 2006?

02:56PM   8   A.  Am I aware of you going to prison back in 2006?

02:56PM   9   Q.  Back in 2006, yes.

02:56PM  10   A.  When they charged you with shooting at somebody?  Is that

02:56PM  11   the time?

02:56PM  12   Q.  Yes.

02:56PM  13   A.  I don't know if it was 2006.  I thought it might have

02:56PM  14   been '05, but it was around there.

02:56PM  15   Q.  Okay.  Do you remember my ex-wife was attacked when she

02:56PM  16   was five months pregnant with my baby girl beside her and her

02:57PM  17   daughter father attacked her and beat her down that day?

02:57PM  18           MR. LENIHAN:  Objection.

02:57PM  19           THE COURT:  That has nothing to do with this case

02:57PM  20   here.

02:57PM  21           THE DEFENDANT:  They brought it in, Your Honor.

02:57PM  22           THE COURT:  I'm going to --

02:57PM  23           THE DEFENDANT:  They brought it in.  They brought it

02:57PM  24   in as part of the RICO conspiracy.

02:57PM  25           THE COURT:  Go with the parts of the RICO.  Enough.

GRANT -- BY MR. LENIHAN -- 09/15/2022

74

| | | |
|---|---|---|
| 02:57PM | 1 | Go ahead. |
| 02:57PM | 2 | THE DEFENDANT:  Can we excuse the jurors, please, |
| 02:57PM | 3 | Your Honor, so -- |
| 02:57PM | 4 | THE COURT:  No.  Finish your questioning of this |
| 02:57PM | 5 | witness or I'm going to take the witness off the stand. |
| 02:57PM | 6 | THE DEFENDANT:  Can I rephrase the question, Your |
| 02:58PM | 7 | Honor? |
| 02:58PM | 8 | THE COURT:  Well, all right. |
| 02:58PM | 9 | BY THE DEFENDANT: |
| 02:58PM | 10 | Q.  I went to prison back in 2006 for a domestic violence |
| 02:58PM | 11 | love triangle situation, correct? |
| 02:58PM | 12 | MR. LENIHAN:  Objection. |
| 02:58PM | 13 | THE COURT:  Sustained. |
| 02:58PM | 14 | BY THE DEFENDANT: |
| 02:59PM | 15 | Q.  You know about the Second Amendment? |
| 02:59PM | 16 | A.  What you talking about?  Like as far as carrying |
| 02:59PM | 17 | firearms? |
| 02:59PM | 18 | Q.  The right to bear firearms. |
| 02:59PM | 19 | THE COURT:  You're talking about the Second Amendment |
| 02:59PM | 20 | of the Constitution? |
| 02:59PM | 21 | THE DEFENDANT:  Yeah.  I'm asking do he know about |
| 02:59PM | 22 | the Second Amendment. |
| 02:59PM | 23 | THE COURT:  Mr. Lenihan, do you have any objection to |
| 02:59PM | 24 | this? |
| 02:59PM | 25 | MR. LENIHAN:  I don't know what's going to be asked. |

02:59PM    1              THE COURT:  He wants to know whether he's aware of

02:59PM    2    the Second Amendment of the Constitution of the United States.

02:59PM    3              THE WITNESS:  I mean, sort of.

02:59PM    4              THE COURT:  Ladies and gentlemen, my court reporter

02:59PM    5    has indicated to me that she's exhausted.

02:59PM    6              THE WITNESS:  Oh, man.

02:59PM    7              THE COURT:  So, we'll bring this hearing to a close

02:59PM    8    today.  We will return on Monday at what time?  As I said, my

03:00PM    9    court reporter has got difficulty with her back today and

03:00PM   10    hopefully a little rest during the weekend.  So, we're going

03:00PM   11    to go Monday from nine to one.  So we'll go to one o'clock,

03:00PM   12    okay?  And then the rest of the week should be a clear shot.

03:00PM   13    I don't think there's anything else.  I have pretty much taken

03:00PM   14    everything else off my calendar so that we can move the case

03:00PM   15    forward.  Okay?

03:00PM   16         Ladies and gentlemen, during the recess, please do not

03:00PM   17    discuss the case with anyone, do not discuss it amongst

03:00PM   18    yourselves.  Keep an open mind.  Do not form any opinion or

03:00PM   19    judgment.  Wait until you have heard all the evidence in the

03:00PM   20    case and you have heard from the summations from counsel and

03:00PM   21    Mr. Arrington, and the Court has instructed you on the law.

03:01PM   22    Enjoy the weekend.  And hope the weather is good.  We'll see

03:01PM   23    you Monday morning at 9 o'clock.  Court will be in recess.

03:01PM   24              THE CLERK:  All rise.

          25    (Court recessed at 3:01 p.m.)

1                 *     *     *     *     *     *     *

2

3              I certify that the foregoing is a

4        correct transcription of the proceedings

5        recorded by me in this matter.

6

7

8

9                               s/ Megan E. Pelka, RPR

10                              Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25