1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

2

UNITED STATES OF AMERICA,          )

3                                   ) Case No. 1:15-CR-00033-3
                                    )              (RJA)(HBS)
4                    Plaintiff,     )
                                    )
5      vs.                          ) September 22nd, 2022
                                    ) 2:18 p.m.
6      RODERICK ARRINGTON,          )
                                    )
7                    Defendant.     )

8          **TRANSCRIPT OF JURY TRIAL TESTIMONY OF HENRY LLOYD**
              **BEFORE THE HONORABLE RICHARD J. ARCARA**
9               **SENIOR UNITED STATES DISTRICT JUDGE**

10

<u>APPEARANCES</u>:

11

For the Plaintiff:   TRINI E. ROSS, ESQ.
12                     UNITED STATES ATTORNEY
                       BY:  JEREMIAH LENIHAN, ESQ.
13                     ASSISTANT UNITED STATES ATTORNEY
                       138 Delaware Avenue
14                     Buffalo, NY 14202

15                     U.S. DEPARTMENT OF JUSTICE
                       ORGANIZED CRIME SECTION
16                     BY:  JULIE ANN FINOCCHIARO, ESQ.
                       1301 New York Avenue, NW
17                     Suite 7th Floor
                       Washington, DC 20530

18
       For the Defendant:   RODERICK ARRINGTON, PRO SE
19
       Stand-by counsel:    MARK A. FOTI, ESQ.
20                          16 W. Main Street, Suite 100
                            Rochester, NY 14614
21
       Court Reporter:      MEGAN E. PELKA, RPR
22                          Robert H. Jackson US Courthouse
                            2 Niagara Square
23                          Buffalo, NY 14202
                            (716) 364-6449

24

25

| | | |
|---|---|---|
| 02:18PM | 1 | (The jury entered the room at 2:18 p.m.) |
| 02:18PM | 2 | THE CLERK:  All rise.  You may be seated. |
| 02:20PM | 3 | (The witness was sworn at 2:20 p.m.) |
| 02:20PM | 4 | THE CLERK:  Please state your name and spell it for |
| 02:20PM | 5 | the record. |
| 02:20PM | 6 | THE WITNESS:  Henry Lloyd, H-E-N-R-Y, L-L-O-Y-D. |
| 02:21PM | 7 | THE COURT:  All right. |
| 02:21PM | 8 | MR. LENIHAN:  Thank you, Your Honor. |
| 02:21PM | 9 | |
| 02:21PM | 10 | DIRECT EXAMINATION |
| 02:21PM | 11 | |
| 02:21PM | 12 | BY MR. LENIHAN: |
| 02:21PM | 13 | Q.  Good afternoon. |
| 02:21PM | 14 | A.  Good afternoon. |
| 02:21PM | 15 | Q.  Mr. Lloyd, where did you grow up? |
| 02:21PM | 16 | A.  Warring Avenue around Bailey and Genesee area. |
| 02:21PM | 17 | Q.  In Buffalo, New York? |
| 02:21PM | 18 | A.  Yes. |
| 02:21PM | 19 | Q.  Where did you live through your childhood? |
| 02:21PM | 20 | A.  Warring Avenue. |
| 02:21PM | 21 | Q.  And you continued to live there in your teenage years? |
| 02:21PM | 22 | A.  We're moved to Riverside area.  That's the West Side of |
| 02:21PM | 23 | Buffalo. |
| 02:21PM | 24 | Q.  So, born and raised in Buffalo? |
| 02:21PM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 02:21PM | 1 | Q.  Where did you go to school? |
| 02:21PM | 2 | A.  Poplar Academy, School 1, and Seneca high school. |
| 02:21PM | 3 | Q.  How old are you now? |
| 02:21PM | 4 | A.  I'm 36. |
| 02:21PM | 5 | Q.  Did there come a time when you got involved in dealing |
| 02:21PM | 6 | drugs? |
| 02:21PM | 7 | A.  Yes. |
| 02:21PM | 8 | Q.  When did that occur? |
| 02:22PM | 9 | A.  When I was 14 years old. |
| 02:22PM | 10 | Q.  Could you tell the jury how you got involved in dealing |
| 02:22PM | 11 | drugs? |
| 02:22PM | 12 | A.  Grew up in a rough neighborhood.  My family didn't have |
| 02:22PM | 13 | too much.  It was hard, struggling, so I decided to sell |
| 02:22PM | 14 | drugs. |
| 02:22PM | 15 | Q.  What did you first start selling? |
| 02:22PM | 16 | A.  Weed.  Started selling weed. |
| 02:22PM | 17 | Q.  Did you move on to selling any other drugs? |
| 02:22PM | 18 | A.  Crack.  Crack cocaine. |
| 02:22PM | 19 | Q.  Can you just put your microphone down a little bit?  Were |
| 02:22PM | 20 | you successful in dealing drugs? |
| 02:22PM | 21 | A.  Yes. |
| 02:22PM | 22 | Q.  Can you tell the jury the type of success you had? |
| 02:22PM | 23 | A.  I started selling small amounts like dime rocks, 20 |
| 02:22PM | 24 | rocks.  And then, within a short period of time, by the time |
| 02:22PM | 25 | I was 18 years old, I was dealing kilograms of cocaine. |

LLOYD -- BY MR LENIHAN -- 09/22/2022

3

| | | |
|---|---|---|
| 02:22PM | 1 | Q.  Who were you dealing kilograms of cocaine with? |
| 02:22PM | 2 | A.  Tyrone Pennick. |
| 02:22PM | 3 | Q.  Approximately what year is this in -- when you were 18? |
| 02:23PM | 4 | A.  2005. |
| 02:23PM | 5 | Q.  Did you eventually get arrested by federal authorities? |
| 02:23PM | 6 | A.  Yes. |
| 02:23PM | 7 | Q.  When did that occur? |
| 02:23PM | 8 | A.  2005. |
| 02:23PM | 9 | Q.  So, from 2000 to 2005, were you selling drugs in the |
| 02:23PM | 10 | greater Buffalo area? |
| 02:23PM | 11 | A.  Yes. |
| 02:23PM | 12 | Q.  You mentioned about a 10 rock and a 20 rock.  What is |
| 02:23PM | 13 | that? |
| 02:23PM | 14 | A.  A 10 rock is $10.  A 20 rock is $20. |
| 02:23PM | 15 | Q.  When you were dealing drugs back in 2000 and 2005, was |
| 02:23PM | 16 | drug dealing dangerous? |
| 02:23PM | 17 | A.  Yes, it was. |
| 02:23PM | 18 | Q.  Can you describe how it was dangerous? |
| 02:23PM | 19 | A.  By that time, I like I said, I started selling drugs when |
| 02:23PM | 20 | I was 14.  By the time I was 18, I was robbed by gunpoint two |
| 02:23PM | 21 | times; once when I was 17 and then another time when I was |
| 02:23PM | 22 | 18.  They broke in my house, me and my girlfriend, tied us |
| 02:23PM | 23 | up, and home invasion, and took a lot of money, and a lot of |
| 02:24PM | 24 | drugs.  They threatened to kill us. |
| 02:24PM | 25 | Q.  Did you carry any weapons while you were dealing drugs? |

LLOYD -- BY MR LENIHAN -- 09/22/2022

4

| | | |
|---|---|---|
| 02:24PM | 1 | A.  Yes. |
| 02:24PM | 2 | Q.  What kind of weapons would you carry? |
| 02:24PM | 3 | A.  I liked a 45, so I always kept a 45. |
| 02:24PM | 4 | Q.  And what happened after you got arrested in 2005? |
| 02:24PM | 5 | A.  I continued to sell drugs. |
| 02:24PM | 6 | Q.  And were you doing that low-level drug dealing or were |
| 02:24PM | 7 | you up more higher level? |
| 02:24PM | 8 | A.  I continued to grow into a higher level. |
| 02:24PM | 9 | Q.  When you were dealing drugs in the 2005, did you ever |
| 02:24PM | 10 | hear of the Schuele Boys? |
| 02:24PM | 11 | A.  Yes. |
| 02:24PM | 12 | Q.  And did you know any of the Schuele Boys? |
| 02:24PM | 13 | A.  I knew of Marcel Worthy.  I knew of him.  I knew of Aaron |
| 02:24PM | 14 | Hicks.  I went to school with him.  Seneca. |
| 02:24PM | 15 | Q.  You went to school with Aaron Hicks? |
| 02:24PM | 16 | A.  High school.  Yes. |
| 02:24PM | 17 | Q.  And do you know his nickname? |
| 02:24PM | 18 | A.  Boogs. |
| 02:25PM | 19 | Q.  Did you personally know Marcel Worthy back then? |
| 02:25PM | 20 | A.  No.  I just heard of him. |
| 02:25PM | 21 | Q.  Do you know what his nickname was? |
| 02:25PM | 22 | A.  Cheese. |
| 02:25PM | 23 | Q.  How about a guy by the name of Letorrance Travis? |
| 02:25PM | 24 | A.  Yes.  He was always a good friend of mines. |
| 02:25PM | 25 | Q.  How did you know Letorrance Travis? |

02:25PM 1 A.  Through the neighborhood.  He -- I met him when I was 16

02:25PM 2 at the mall.  He was working at Foot Locker.  And by that

02:25PM 3 time, I had made a name for myself, and I was selling a lot

02:25PM 4 of drugs, nice cars, flashy, and he was working at Foot

02:25PM 5 Locker.  And I used to come out and I'd -- Jordans would come

02:25PM 6 out.  I would buy myself, the friends and family the Jordans

02:25PM 7 and he thought that was kind of amazing, to him, seeing me in

02:25PM 8 the neighborhood driving nice cars, and going to the mall on

02:25PM 9 Saturday, and I buy everybody a pair of Jordans.

02:26PM 10 Q.  The Jordans, so everyone is aware, are sneakers?

02:26PM 11 A.  Yes.  And that made Letorrance Travis talk to me more.

02:26PM 12 And every time he seen me in the mall, we'd talk, and we just

02:26PM 13 became cool.  We became friends.

02:26PM 14 Q.  Did you know Torrance's brother?

02:26PM 15 A.  Yes, Torry.

02:26PM 16 Q.  And how about in the 2000's, early 2000's to mid 2000's,

02:26PM 17 did you know anyone else as a member of the Schuele Boys?

02:26PM 18 A.  I didn't know nobody else, but I heard of Rah Rah.

02:26PM 19 Q.  What did you hear about Rah Rah?

02:26PM 20 A.  That he was a stick-up kid, and he robbed people, and he

02:26PM 21 shoot people.

02:26PM 22 Q.  And you see Rah Rah here in court today?

02:26PM 23 A.  Yes, I do.

02:26PM 24 Q.  Can you describe what he's wearing?

02:26PM 25 A.  Brown skin with the black shirt on at the defense table.

| | | |
|---|---|---|
| 02:26PM | 1 | MR. LENIHAN:  Identified the defendant, Your Honor. |
| 02:27PM | 2 | MR. ARRINGTON:  Objection, Your Honor. |
| 02:27PM | 3 | THE COURT:  You have seen Mr. Arrington before? |
| 02:27PM | 4 | THE WITNESS:  Did I see him before?  Yes. |
| 02:27PM | 5 | THE COURT:  All right. |
| 02:27PM | 6 | MR. ARRINGTON:  Objection, Your Honor.  Speculation. |
| 02:27PM | 7 | THE COURT:  You'll be able to cross-examine him. |
| 02:27PM | 8 | MR. ARRINGTON:  I don't know this man from a can of |
| 02:27PM | 9 | paint. |
| 02:27PM | 10 | THE COURT:  The jury will disregard that last |
| 02:27PM | 11 | statement by Mr. Arrington.  That's not evidence.  Evidence |
| 02:27PM | 12 | will come from the witness stand, ladies and gentlemen, and |
| 02:27PM | 13 | the evidence that's been received and the demonstrative |
| 02:27PM | 14 | evidence and things that have been admitted into evidence. |
| 02:27PM | 15 | That's where the evidence comes from.  You may continue. |
| 02:27PM | 16 | Overruled. |
| 02:28PM | 17 | MR. LENIHAN:  Thank you, Your Honor. |
| 02:28PM | 18 | BY MR. LENIHAN: |
| 02:28PM | 19 | Q.  You were dealing drugs.  Do you know if the Schuele Boys |
| 02:28PM | 20 | were dealing drugs in the early 2000's to mid 2000's? |
| 02:28PM | 21 | A.  Around the time I was hearing about Rah Rah, the Schuele |
| 02:28PM | 22 | Boys that I knew, I didn't know they were selling drugs at |
| 02:28PM | 23 | that time in the early 2000's, no. |
| 02:28PM | 24 | Q.  How about mid 2000's? |
| 02:28PM | 25 | A.  Around -- I want to say about 2007, 2008 is when I start |

02:28PM 1 hearing about Boogs and Cheese and Letorrance selling drugs.

02:28PM 2 Q.  And where were you in the greater Buffalo area as far as

02:28PM 3 on the drug dealing scale?

02:28PM 4 A.  A very high scale.

02:28PM 5 Q.  Were the Schuele Boys at that level?

02:28PM 6 A.  No, not yet.

02:28PM 7 Q.  Did they get there?

02:28PM 8 A.  Yes.

02:28PM 9 Q.  And do you have knowledge as to how they got there?

02:28PM 10 A.  Through a connection that Boog met in college.

02:28PM 11 Q.  Now, you are wearing prison garb right now.

02:29PM 12 A.  Yes.

02:29PM 13 Q.  Were you convicted of a narcotics conspiracy in 2020?

02:29PM 14 A.  Yes, I was.

02:29PM 15 Q.  Are you pending sentencing?

02:29PM 16 A.  Yes.

02:29PM 17 Q.  Where are you currently being housed while you are

02:29PM 18 pending sentencing?

02:29PM 19 A.  Cattaraugus County Jail.

02:29PM 20 Q.  How long have you been there for?

02:29PM 21 A.  A little over two years.

02:29PM 22 Q.  And as far as what you are -- what are you facing as a

02:29PM 23 sentence?

02:29PM 24 A.  Ten years.

02:29PM 25 Q.  And that's a mandatory minimum?

LLOYD -- BY MR LENIHAN -- 09/22/2022
8

02:29PM 1  A.   Yes.

02:29PM 2  Q.   The person you identified as Rah Rah, have you met him?

02:29PM 3  A.   Yes.

02:29PM 4  Q.   Where did you meet him?

02:29PM 5  A.   Niagara County Jail.

02:29PM 6  Q.   Where did you meet him?

02:29PM 7  A.   2017.  September.

02:29PM 8  Q.   Did you know him prior to meeting him?  Had you met him

02:29PM 9  prior to September 2017?

02:29PM 10  A.   No, sir.

02:29PM 11  Q.   And were you -- can you describe the relationship you had

02:30PM 12  with Mr. Arrington in the beginning of September of 2017?

02:30PM 13  A.   I mean, I got to the jail.  There was individuals I knew

02:30PM 14  there that was coming to me with my statements that I had

02:30PM 15  cooperated with the government.  And they said they was

02:30PM 16  getting them from Arrington, Mr. Arrington over there.  So, I

02:30PM 17  approached him, and we had words.  And he told me these

02:30PM 18  statements is all over the jail.  I'm not the one passing

02:30PM 19  them out.  I'm not the one handing them around.  I got a copy

02:30PM 20  just like everybody else got a copy.  We had some more words

02:30PM 21  and then we never talked again in 2017.  Never talk.

02:30PM 22      And some time later on, when we talked again in, like,

02:30PM 23  2017, he was leaving the facility in December of 2017.  And he

02:30PM 24  came up to me and he apologized to me about the paperwork

02:31PM 25  being passed around or him showing people the paperwork with

02:31PM   1   my name on it for me cooperating and testifying in the

02:31PM   2   previous trial.

02:31PM   3   Q.  Can you describe to the jury what you mean by paperwork

02:31PM   4   being handed around the jail?

02:31PM   5   A.  It's documentation with my statements that I made through

02:31PM   6   the proffer sessions with the FBI and DEA and the agents of

02:31PM   7   the task force.

02:31PM   8   Q.  And what's the problem with those statements being passed

02:31PM   9   around the jail?

02:31PM  10   A.  It expose you as a government witness or informant.  It's

02:31PM  11   letting everybody know that you work or cooperated with the

02:31PM  12   federal government.

02:31PM  13   Q.  And did you previously testify in another matter?

02:31PM  14   A.  Yes, in two matters.

02:31PM  15   Q.  Did that have anything to do with what you are here today

02:31PM  16   for?

02:31PM  17   A.  No.

02:31PM  18   Q.  And then after you cooperated with the government, you

02:31PM  19   committed that narcotics conspiracy?

02:31PM  20   A.  Yes.

02:31PM  21   Q.  That you were convicted for in 2020?

02:32PM  22   A.  Yes.

02:32PM  23   Q.  So, after 2017, when is the next time you saw

02:32PM  24   Mr. Arrington?

02:32PM  25   A.  March 2021.

02:32PM 1   Q.  Where was that at?

02:32PM 2   A.  It was in Cattaraugus County Jail on J. Dorm.

02:32PM 3   Q.  And describe the interactions that you first had with

02:32PM 4   Mr. Arrington in March of 2021.

02:32PM 5   A.  The first time, in March 2021, he moved over to J. Dorm.

02:32PM 6   He came up to my bunk.  He gave me the palm, asked me how I

02:32PM 7   was doing.  I asked him how he was doing.  He went on about

02:32PM 8   his business, start talking to other inmates and things like

02:32PM 9   that.  And then, we just all on the dorm just became close,

02:32PM 10  all of us; me, him, other inmates; talking, cooking, watching

02:32PM 11  the games, watching movies, shows, TV shows.  We became cool.

02:33PM 12      And he also came and came up to me again and wanted me to

02:33PM 13  know that he apologized for having -- passing my statements

02:33PM 14  around or having any involvement with my statements.

02:33PM 15  Q.  That was back in 2017?

02:33PM 16  A.  Yeah.  That's what's the statements from, 2017.

02:33PM 17  Q.  So, when you first started hanging around with

02:33PM 18  Mr. Arrington in March of 2021 in the J. Dorm, was he

02:33PM 19  discussing his case at all?

02:33PM 20  A.  Yes.  Every day.  He let us know that he became his own

02:33PM 21  attorney for his case.  He was representing his self.  So, he

02:33PM 22  would talk about motions he was filing and things that he was

02:33PM 23  doing as far as his motions he was filing to the Court.

02:33PM 24  Q.  And did he lean on you at all with any motions?

02:33PM 25  A.  Yes.  Later in 2021, he wanted to file a Speedy Trial

02:34PM   1   motion and due process motion.

02:34PM   2   Q.  Did you help him with that?

02:34PM   3   A.  Yes.  I gave him the format, case law, and language for

02:34PM   4   his motion.

02:34PM   5   Q.  And what's your -- how would you say you are with the

02:34PM   6   law?

02:34PM   7   A.  I guess from being in trouble so many times, I study case

02:34PM   8   law.  I guess I'm good at it, I guess, knowing the law a

02:34PM   9   little bit.

02:34PM  10   Q.  And so, can you tell the jury what case law is and how

02:34PM  11   you start learning about case law?

02:34PM  12           MR. ARRINGTON:  Objection.  Relevance, Your Honor.

02:34PM  13           THE COURT:  Sustained.

02:34PM  14   BY MR. LENIHAN:

02:34PM  15   Q.  So, then you help him with motions?

02:34PM  16   A.  Yes.  I helped him with language to put in a motion, case

02:34PM  17   law to put in a motion, and the formats that set the motion

02:35PM  18   up from Speedy Trial --

02:35PM  19           MR. ARRINGTON:  Objection, Your Honor.

02:35PM  20           THE WITNESS:  -- and due process.

02:35PM  21           THE COURT:  Overruled.

02:35PM  22           THE WITNESS:  From --

02:35PM  23           THE COURT:  Next question.

02:35PM  24           MR. LENIHAN:  Okay.

02:35PM  25   BY MR. LENIHAN:

02:35PM   1   Q.  And when were you helping him?  At what timeframe are we

02:35PM   2   talking about now?

02:35PM   3              MR. ARRINGTON:  Objection, Your Honor.

02:35PM   4              THE COURT:  Overruled.

02:35PM   5              THE WITNESS:  October 2021.

02:35PM   6   BY MR. LENIHAN:

02:35PM   7   Q.  And during this time, is Mr. Arrington giving you

02:35PM   8   specifics about facts of his case?

02:35PM   9   A.  No.

02:35PM  10   Q.  Do you continue to hang out with Mr. Arrington after

02:35PM  11   October of 2021?

02:35PM  12   A.  Yes.  When I helped him with the motion, he told me how

02:35PM  13   appreciative he was of helping him out.  And he told me that

02:35PM  14   I had a friend forever, and he respect me, and just know that

02:36PM  15   you always -- I'm loyal, and you always going to have a good

02:36PM  16   friend for helping me out with this motion.  He said I was a

02:36PM  17   smart person and he come to like me.  Getting to know me, he

02:36PM  18   came to like me.

02:36PM  19   Q.  Without getting into why, did there become a time in

02:36PM  20   October of 2021 where Mr. Arrington was taken away from J.

02:36PM  21   Dorm?

02:36PM  22   A.  Yes.  About the end of October, beginning of November,

02:36PM  23   somewhere roughly around there, yes.  He was moved to a

02:36PM  24   different part of the jail.

02:36PM  25   Q.  Did he ever come back to the J. Dorm?

LLOYD -- BY MR LENIHAN -- 09/22/2022

13

| | | |
|---|---|---|
| 02:36PM | 1 | A.  Yes. |
| 02:36PM | 2 | Q.  When was that? |
| 02:36PM | 3 | A.  Again in March 2022. |
| 02:36PM | 4 | Q.  Are you -- in March of 2022, are you having conversations |
| 02:36PM | 5 | with Mr. Arrington? |
| 02:36PM | 6 | A.  Yes. |
| 02:36PM | 7 | Q.  With what frequency? |
| 02:36PM | 8 | A.  Immediately he came over there.  We talked.  He wanted to |
| 02:36PM | 9 | file a motion for release on due process issues as well.  I |
| 02:37PM | 10 | helped him with that, gave him case law, gave him the format, |
| 02:37PM | 11 | told him what he should argue, he should put in his motions |
| 02:37PM | 12 | and we went from there.  And every from that point on, every |
| 02:37PM | 13 | day we became close talking, talking, cooking, and just |
| 02:37PM | 14 | becoming close.  He mostly only talked to me when he came |
| 02:37PM | 15 | back. |
| 02:37PM | 16 | Q.  Where the -- and when you're talking to him, where are |
| 02:37PM | 17 | you having these conversations? |
| 02:37PM | 18 | A.  All over the dorm.  I had a bunk that was right by a |
| 02:37PM | 19 | table, right by the kiosk where you get case law from.  He |
| 02:37PM | 20 | could come sit over there and talk to me and I would come to |
| 02:37PM | 21 | his bunk and sit over there and talk to him.  He had a bunk |
| 02:37PM | 22 | with a table in front of it also as well. |
| 02:37PM | 23 | Q.  So, as -- would you say you're getting closer with |
| 02:37PM | 24 | Mr. Arrington? |
| 02:37PM | 25 | A.  Yes. |

02:37PM   1   Q.  How does the nature of the conversation change between

02:37PM   2   the two of you?

02:37PM   3   A.  We just start talking about our past history and life and

02:38PM   4   things we went through in the streets of Buffalo growing up.

02:38PM   5   Q.  What are you telling him?

02:38PM   6   A.  Just reminiscing about the money I made selling the drugs

02:38PM   7   I sold, and the business I work for, and stuff like that;

02:38PM   8   cars I drove in the past, and he was doing the same.

02:38PM   9   Q.  What was he telling you?

02:38PM  10   A.  About the drugs he sold, the people he robbed, people he

02:38PM  11   shot, people he shot and killed.

02:38PM  12   Q.  And, specifically, who is he talking about as to --

02:38PM  13   A.  Like I said, it happened throughout the time, not just a

02:38PM  14   one day, but every day.  We would talk about things that

02:38PM  15   happened in the past or things that we dealt with or had

02:39PM  16   happen in the streets.  And he would tell me about the drugs

02:39PM  17   he sold.  He told me about how much drugs he sold, about the

02:39PM  18   people he robbed, what he did with the money when he robbed

02:39PM  19   them, people he shot and killed, and why he shot and killed

02:39PM  20   them.

02:39PM  21       MR. ARRINGTON:  Your Honor, objection.  I got to

02:39PM  22   object to this.  I have to.

02:39PM  23       THE COURT:  Overruled.

02:39PM  24   BY MR. LENIHAN:

02:39PM  25   Q.  Did he talk to you at all about Boogy?

02:39PM  1   A.  Yes.

02:39PM  2   Q.  What did he say about Boogy?

02:39PM  3   A.  That he loved him and that was his only real friend.

02:39PM  4   Q.  Did he say how he was getting drugs?

02:39PM  5   A.  Yes.  He said he was -- he said he got them from a couple

02:39PM  6   people, but mainly Boogs.

02:39PM  7   Q.  Did he say what kind of drugs he was getting from Boogs?

02:39PM  8   A.  Cocaine.

02:39PM  9   Q.  Did he tell you what kind of weight?

02:40PM  10  A.  Kilos.

02:40PM  11  Q.  How about Letorrance Travis; did he talk to you about

02:40PM  12  Letorrance Travis?

02:40PM  13  A.  Yeah.  He would talk to me about Letorrance Travis.  He

02:40PM  14  said that day Letorrance Travis got arrested, he had just

02:40PM  15  gave him 73,000 cash for two kilos.

02:40PM  16  Q.  How much was that?

02:40PM  17  A.  Seventy three thousand.

02:40PM  18  Q.  And what did he say about that 73,000?

02:40PM  19  A.  That he had owed Letorrance Travis for two kilos, and he

02:40PM  20  said that if he was -- he wish that Letorrance got caught

02:40PM  21  before he give him the money because he could have kept the

02:40PM  22  money because it belonged to the Mexicans.

02:40PM  23  Q.  How about Marcel Worthy?  Did he talk to you about Marcel

02:40PM  24  Worthy?

02:40PM  25  A.  Yes.

| | | |
|---|---|---|
| 02:40PM | 1 | Q.  What did he say about Marcel Worthy? |
| 02:40PM | 2 | A.  He said he hate him.  He don't like him.  He don't like |
| 02:40PM | 3 | nothing about him.  They always had -- bumping heads with |
| 02:41PM | 4 | each other.  Marcel was a hater, always hated on him about |
| 02:41PM | 5 | females or anything that was going on.  They just couldn't |
| 02:41PM | 6 | get along.  They just didn't like each other. |
| 02:41PM | 7 | Q.  Did he talk to you about any female they both had dated? |
| 02:41PM | 8 | A.  Yes.  Rah Rah said that back in the day, he was dating |
| 02:41PM | 9 | this female for years and Marcel knew that was his girlfriend |
| 02:41PM | 10 | and he went anyway and made her his girlfriend. |
| 02:41PM | 11 | Q.  What girlfriend was that? |
| 02:41PM | 12 | A.  I can't remember her name, but she had she got killed at |
| 02:41PM | 13 | the City Grill massacre shooting back in 2010 I think it was. |
| 02:41PM | 14 | Q.  And did Mr. Arrington discuss any -- did he believe |
| 02:42PM | 15 | people were cooperating against him? |
| 02:42PM | 16 | A.  Yes. |
| 02:42PM | 17 | Q.  What did he say about that? |
| 02:42PM | 18 | A.  He said that Cheese cooperated against him, and he hate |
| 02:42PM | 19 | him, and he knew that Cheese will probably do it, and he |
| 02:42PM | 20 | should have then killed Cheese a long time ago. |
| 02:42PM | 21 | MR. ARRINGTON:  Your Honor, I object to this, Your |
| 02:42PM | 22 | Honor. |
| 02:42PM | 23 | THE COURT:  Overruled.  You'll be able to cross- |
| 02:42PM | 24 | examine him. |
| 02:42PM | 25 | BY MR. LENIHAN: |

| | | |
|---|---|---|
| 02:42PM | 1 | Q.  Did he say when he should have killed Cheese? |
| 02:42PM | 2 | A.  Not a specific time.  He said that he was very angry one |
| 02:42PM | 3 | time because he went to serve somebody come kilos of drugs. |
| 02:42PM | 4 | And that person, when he got there, that person said, Cheese |
| 02:42PM | 5 | told me not to buy from you anymore because you cutting the |
| 02:42PM | 6 | cocaine.  And Rah Rah told that person that's not true.  I |
| 02:43PM | 7 | never cut the cocaine.  He said, well, that's what Cheese |
| 02:43PM | 8 | told me. |
| 02:43PM | 9 |     So, he said after he left from serving that person with |
| 02:43PM | 10 | the kilos of cocaine, he went directly to Cheese.  He had |
| 02:43PM | 11 | another friend in his car from the Schuele gang with him.  Rah |
| 02:43PM | 12 | Rah had another individual in the car with him from the |
| 02:43PM | 13 | Schuele gang when he went to go approach Cheese.  Cheese and |
| 02:43PM | 14 | Boogs was together.  He said they hopped out on Cheese and |
| 02:43PM | 15 | told Cheese, I keep telling you about having my fucking name |
| 02:43PM | 16 | in your mouth.  Keep my name out your mouth or I'm going to |
| 02:43PM | 17 | kill you.  He said Cheese didn't back down.  He told him, I |
| 02:43PM | 18 | ain't no sucker, and I don't got your name in my mouth.  He |
| 02:43PM | 19 | said that Boogs and the other individual that was their friend |
| 02:43PM | 20 | parked, got them separated.  He said once they separated, he |
| 02:43PM | 21 | told him again, keep my name out your mouth or I'm going to |
| 02:43PM | 22 | kill you.  He said he got in the car with the other individual |
| 02:44PM | 23 | and he pulled off. |
| 02:44PM | 24 | Q.  Do you remember the other individual that was there? |
| 02:44PM | 25 | A.  His name was OP. |

02:44PM    1    Q.   What did Mr. Arrington tell you if he had killed Cheese?

02:44PM    2    A.   That nobody in the neighborhood would have respected

02:44PM    3    that.

02:44PM    4    Q.   Why?

02:44PM    5    A.   Because they all grew up together and they was all so

02:44PM    6    close and he knew that if he would have killed Cheese, that

02:44PM    7    Boog, and OP, and Jimmy, and Torrance, and all of them would

02:44PM    8    have been very upset about it, and they was all a crew that

02:44PM    9    grew up together.  They all was childhood friends and that

02:44PM   10    wouldn't be acceptable for him to kill Cheese.  He knew that

02:44PM   11    it couldn't be done because they wouldn't allow him to do it.

02:44PM   12    Q.   You mentioned a name Jimmy.  Who's Jimmy?

02:44PM   13    A.   James Robbins.

02:44PM   14    Q.   Did Mr. Arrington discuss to you if he reconnected with

02:45PM   15    everyone in 2011?

02:45PM   16    A.   If he?

02:45PM   17    Q.   Reconnected with, like, Boogs and Cheese in 2011?

02:45PM   18    A.   Yes.

02:45PM   19    Q.   And what did he say about that?

02:45PM   20    A.   He said when he reconnected with them and came back

02:45PM   21    around, that his whole team was on.  They was up.  That means

02:45PM   22    that -- being on or up means that they had graduated to a

02:45PM   23    level in the drug business to where they was getting multiple

02:45PM   24    amount of drugs, kilos, or they was doing very well for they

02:45PM   25    self.

| | | |
|---|---|---|
| 02:45PM | 1 | Q.  Similar to where you were at one point? |
| 02:45PM | 2 | A.  Yes. |
| 02:45PM | 3 | Q.  And in 2011 you're still dealing drugs? |
| 02:45PM | 4 | A.  No. |
| 02:45PM | 5 | Q.  Okay.  What's your understanding as to the Schuele Boys |
| 02:46PM | 6 | in 2011? |
| 02:46PM | 7 | A.  They was the very much talk of the town.  Like I said, |
| 02:46PM | 8 | Letorrance Travis was a real good friend of mines.  I went to |
| 02:46PM | 9 | school with Aaron Hicks.  I really didn't know Cheese.  I |
| 02:46PM | 10 | seen OP around, Jimmy around.  I really didn't know him, I |
| 02:46PM | 11 | just heard about him at the time.  And they were doing very |
| 02:46PM | 12 | well for they self. |
| 02:46PM | 13 | And when -- it's called an underground culture.  The |
| 02:46PM | 14 | underground culture is a lot.  It's a culture of nothing but |
| 02:46PM | 15 | illegal activities to make money; gambling, robbing, |
| 02:46PM | 16 | racketeering, stealing, bootlegging, sex selling.  It's all |
| 02:46PM | 17 | illegal stuff going on in the underground cultures from |
| 02:46PM | 18 | what -- where we come from on the East Side of Buffalo and the |
| 02:46PM | 19 | West Side of Buffalo.  And they had that spot at that time. |
| 02:46PM | 20 | They was the suppliers; one of the biggest suppliers of city |
| 02:47PM | 21 | at that time in 2011. |
| 02:47PM | 22 | Q.  Did he mention if he ever had a gun on him? |
| 02:47PM | 23 | A.  Rah Rah said he always carried a gun. |
| 02:47PM | 24 | Q.  Who else did he say had a gun? |
| 02:47PM | 25 | A.  He said Cheese always carried a gun and Jimmy. |

| | | |
|---|---|---|
| 02:47PM | 1 | Q.  Did he tell you what his role was on this team? |
| 02:47PM | 2 | A.  His role was the -- everybody knew his MO.  So, his role |
| 02:47PM | 3 | was to protect his friends and protect his team and also help |
| 02:47PM | 4 | move the kilos of cocaine that was coming in. |
| 02:47PM | 5 | Q.  Did he tell you who he was primarily protecting? |
| 02:47PM | 6 | A.  Boogs, and he said he protected Letorrance, too, because |
| 02:47PM | 7 | people thought Letorrance was soft. |
| 02:47PM | 8 | Q.  Did he say why he was protecting Boogs? |
| 02:47PM | 9 | A.  Because Boogs wasn't that type of guy.  He wasn't known |
| 02:47PM | 10 | for shooting people and killing people.  He was just known |
| 02:48PM | 11 | for getting money.  And he thought that people would try to |
| 02:48PM | 12 | take advantage of him because of that. |
| 02:48PM | 13 | Q.  Did he talk to you about a shooting that happened over on |
| 02:48PM | 14 | Stevens? |
| 02:48PM | 15 | A.  Yes. |
| 02:48PM | 16 | Q.  And when did he start talk -- did he confide in you right |
| 02:48PM | 17 | away about that? |
| 02:48PM | 18 | A.  No. |
| 02:48PM | 19 | Q.  So, talk to us how that came about. |
| 02:48PM | 20 | A.  As I said, we used to talk a lot.  And he started talking |
| 02:48PM | 21 | about a couple of my friends that I grew up with named Cutter |
| 02:48PM | 22 | and Prick.  Real -- Cutter real name is Anthony.  Prick real |
| 02:48PM | 23 | name is Chris.  And they was riding around looking for Rah |
| 02:48PM | 24 | Rah because he had killed they friend.  And he told me that |
| 02:48PM | 25 | he was trying to get them before they got him.  They was |

| | | |
|---|---|---|
| 02:48PM | 1 | going around saying they was looking for him for retaliation |
| 02:48PM | 2 | on their friend named Josh a/k/a Big Dog. |
| 02:49PM | 3 | Josh was another big-time drug dealer in Buffalo, but he |
| 02:49PM | 4 | got murdered.  And they thought Rah Rah had something to do |
| 02:49PM | 5 | with it.  So, he was looking for Cutter and Prick, he said, |
| 02:49PM | 6 | because he didn't like the way they was going around screaming |
| 02:49PM | 7 | his name for him killing Josh.  And I asked him, did he kill |
| 02:49PM | 8 | Josh?  He said, no.  I had Jimmy do it.  He said, I wasn't the |
| 02:49PM | 9 | one that pulled the trigger.  He said it was easy money. |
| 02:49PM | 10 | Q.  Did Rah Rah talk to you about if he collected any money |
| 02:49PM | 11 | on that? |
| 02:49PM | 12 | A.  Yes. |
| 02:49PM | 13 | Q.  Did he tell you how much? |
| 02:49PM | 14 | A.  No. |
| 02:49PM | 15 | Q.  Did he say who he collected money from? |
| 02:49PM | 16 | A.  Yes. |
| 02:49PM | 17 | Q.  And he said what was easy money? |
| 02:49PM | 18 | A.  The murder of Josh. |
| 02:49PM | 19 | Q.  Do you know Josh's real name? |
| 02:50PM | 20 | A.  That is his -- I think it's Joshua. |
| 02:50PM | 21 | Q.  Do you know his last name? |
| 02:50PM | 22 | A.  No. |
| 02:50PM | 23 | MR. ARRINGTON:  Your Honor, I got to object, Your |
| 02:50PM | 24 | Honor.  I don't understand the relevance.  Like, this don't |
| 02:50PM | 25 | make any sense right here.  I don't understand this.  This |

02:50PM    1   don't have anything to do with the case.  This -- he just

02:50PM    2   saying anything the government want him to say, Your Honor.

02:50PM    3   It's unacceptable, Your Honor.  I don't know this man, Your

02:50PM    4   Honor.

02:50PM    5          THE COURT:  Overruled.  You may continue,

02:50PM    6   Mr. Lenihan.

02:50PM    7   BY MR. LENIHAN:

02:50PM    8   Q.  Now, did you know if Josh was dealing drugs?

02:50PM    9   A.  Yes.

02:50PM   10   Q.  What's your knowledge as to where Josh grow up?

02:50PM   11   A.  Delevan and Humber.

02:50PM   12   Q.  And Humber is right over by Schuele?

02:50PM   13   A.  Schuele.  Yes.

02:50PM   14   Q.  Did Rah Rah talk to you about if he was ever dealing

02:51PM   15   drugs with Josh?

02:51PM   16   A.  He said he, at times when he couldn't get drugs from his

02:51PM   17   connections that he get drugs from, his supplier, that he

02:51PM   18   would ask Josh if he has any drugs and Josh would tell him

02:51PM   19   no.  Josh was scared to deal with him because of his MO for

02:51PM   20   being a stick-up kid.

02:51PM   21   Q.  What -- and he talked to you about other shootings?

02:51PM   22   A.  Yes.  I had -- I was curious because of the shooting that

02:51PM   23   he was arrested for was just so raw and out there.  So, I

02:51PM   24   asked him, why didn't you do Quincy the same way you did

02:51PM   25   Josh?  And he said, because that had to be done.

02:51PM  1          THE DEFENDANT:  Your Honor, I object.  He's

02:51PM  2  inflaming the jury's mind with these stories, Your Honor.  I

02:51PM  3  don't understand it.  What's relevance?  It's all hearsay.  I

02:52PM  4  don't know what he -- where this stuff coming from, Your

02:52PM  5  Honor.  This don't have anything to do with the case.  He

02:52PM  6  just --

02:52PM  7          THE COURT:  Overruled.  You may continue,

02:52PM  8  Mr. Lenihan.

02:52PM  9  BY MR. LENIHAN:

02:52PM  10  Q.  And so, to your knowledge, has anyone been charged with

02:52PM  11  the murder of Josh?

02:52PM  12  A.  No.  Nobody's been charged.

02:52PM  13  Q.  And where was -- to your knowledge, at what time of day

02:52PM  14  did that take place?

02:52PM  15  A.  It happened at night.

02:52PM  16  Q.  So, what did he tell you about the murder of Quincy?

02:52PM  17  A.  Like I said, we was talking about the murder of Josh.

02:52PM  18  And I asked him because it -- the way Josh was murdered,

02:52PM  19  there was no witnesses around.  It was secretive.  It was

02:52PM  20  sneaky.  The part -- Josh didn't see it coming and nobody had

02:52PM  21  any -- there was no witnesses.

02:52PM  22          MR. ARRINGTON:  Your Honor, objection.  Relevance.

02:53PM  23          THE COURT:  Overruled.

02:53PM  24          THE WITNESS:  So, I asked him why didn't you kill

02:53PM  25  Quincy like that -- Quincy Balance like that?  And he said, at

02:53PM   1   that time, all the things that was going on, all the issues

02:53PM   2   they was having about Quincy killing Matt, Matt is a friend of

02:53PM   3   theirs, mainly a friend of Boogs, and it was very fresh, he

02:53PM   4   said.  And it was a messed up thing for -- the way they killed

02:53PM   5   Matt.

02:53PM   6       So, he said it had to be done.  Boogs wanted it done, and

02:53PM   7   they was still hurt and upset about it.  So, the way Quincy

02:53PM   8   got killed, he wasn't even thinking or in the proper mind

02:53PM   9   frame, state of mind, to even think that far to kill him how

02:54PM  10   he killed -- how him and Jimmy killed Josh.

02:54PM  11   Q.  And what's the difference between the two?

02:54PM  12   A.  The difference between the two is, it's feelings involved

02:54PM  13   with the murder of Quincy.  The Josh murder was a hit.  He

02:54PM  14   was -- they was paid to do it.  The Quincy murder is -- it's

02:54PM  15   showing a sign of -- it's a sign of disrespect when somebody

02:54PM  16   get killed from your crew or somebody that's close to you,

02:54PM  17   and something have to happen.  And if nothing happens, people

02:54PM  18   will think that you're weak and can't handle yourself.

02:54PM  19       And Matt was a good friend of theirs.  And he was a good

02:54PM  20   person, from what I hear.  He sold his little drugs, but he

02:54PM  21   went to work.  He wasn't in the streets committing violence

02:54PM  22   and causing problems.  And Boogs was very close with him.  And

02:54PM  23   it really got to Boogs real bad.  That's what Rah Rah was

02:55PM  24   telling me.  So, Quincy and Damon, they was trying to meet up

02:55PM  25   with him and explain to them that they didn't do it --

02:55PM  1        THE DEFENDANT:  Your Honor, I object.  403 rules of

02:55PM  2  evidence, Your Honor.  This is highly prejudicial, don't have

02:55PM  3  anything to do with the case.  It's -- the relevance -- it

02:55PM  4  don't have anything to do with the indictment.  This just.

02:55PM  5        THE COURT:  I understand your objection.  It's noted

02:55PM  6  for the record.  You may continue, Mr. Lenihan.  Ask him

02:55PM  7  another question.

02:55PM  8  BY MR. LENIHAN:

02:55PM  9  Q.  So, with -- did Rah Rah tell you when he did it?

02:55PM  10  A.  What you mean by that?

02:55PM  11  Q.  Like time of day?

02:55PM  12  A.  No.  He didn't tell me the time of day that he did it.

02:56PM  13  He just told me how he did it.

02:56PM  14  Q.  And what did he say as to how he did it?

02:56PM  15  A.  He said that Quincy and Damon was trying to meet up with

02:56PM  16  Boogs to talk to Boogs to clear they name, that they didn't

02:56PM  17  have anything to do with the murder of Matt.  Boogs was so

02:56PM  18  upset, him and Boogs was talking.  He told Boogs, set up the

02:56PM  19  meeting, talk to him.  I'm going to come.  Just call me.  I'm

02:56PM  20  going to come, and I'm going to murder him.

02:56PM  21  Q.  And what -- and did he say he showed up?

02:56PM  22  A.  Yes.

02:56PM  23  Q.  How did he say he found out about?

02:56PM  24  A.  He said Boogs gave him a call when the meeting was set

02:56PM  25  up.  He said he pulled up in his van.  He had hopped in the

LLOYD -- BY MR LENIHAN -- 09/22/2022

26

02:56PM 1  van with him.  He said he parked a little down the street and

02:56PM 2  he walked up from where he parked, walked out on Quincy,

02:56PM 3  murdered Quincy, and shot at -- tried to shot and kill Damon,

02:57PM 4  but he don't shoot -- he didn't shoot or hit Damon.  So, he

02:57PM 5  ran back to the van and he pulled off.

02:57PM 6  Q.  Did he express any regret?

02:57PM 7  A.  Yes.

02:57PM 8  Q.  What were those?

02:57PM 9  A.  Because, like I said, when we was talking, and I asked

02:57PM 10 him, why didn't he kill Quincy and Damon the way he killed

02:57PM 11 Josh, he said that he regretted --

02:57PM 12         MR. ARRINGTON:  Your Honor, I object up under

02:57PM 13 404(b)(1).

02:57PM 14         THE COURT:  Your objection is noted, Mr. Arrington.

02:57PM 15 You may continue, Mr. Lenihan.

02:57PM 16 BY MR. LENIHAN:

02:57PM 17 Q.  What did he tell you?

02:57PM 18 A.  He said now, at hindsight, he regret the way he handled

02:57PM 19 things.  He said he should have been thinking better, but it

02:57PM 20 was so fresh.  Matt was only killed, I think he said, a week

02:57PM 21 prior or a couple weeks prior, something like that.  It was

02:58PM 22 still so fresh.  Plus, he said he never really had a state of

02:58PM 23 mind anyway because he partied too much and he gambled too

02:58PM 24 much.  He said he stayed up some days two or three days

02:58PM 25 straight sniffing cocaine, popping pills, and drinking

02:58PM   1   alcohol.

02:58PM   2   Q.  Did he say anything about witnesses around?

02:58PM   3   A.  Yes.  He said there was a lot of witnesses around.

02:58PM   4   Q.  What did he say about that?

02:58PM   5   A.  He just said that the credibility from this 3500 material

02:58PM   6   from their conflicted stories, that he didn't think that they

02:58PM   7   was credible enough.

02:58PM   8   Q.  You mentioned that -- did he say what he did with the

02:58PM   9   gun?

02:58PM   10  A.  No.  He never told me what he did with the gun.

02:59PM   11  Q.  And he said -- did he say where Boogs was during this?

02:59PM   12  A.  Boogs was there when he pulled up.  He got out his van

02:59PM   13  and walked out and killed and shot Quincy.

02:59PM   14  Q.  How about Cheese?

02:59PM   15  A.  Cheese was there.  Jimmy was there.  I think Wop

02:59PM   16  (phonetic) was in the van with him.

02:59PM   17  Q.  You mentioned something.  You said 3500 material?

02:59PM   18  A.  Yes.

02:59PM   19  Q.  Can you tell the jury what 3500 material is?

02:59PM   20  A.  It's material --

02:59PM   21          MR. ARRINGTON:  Objection, Your Honor.

02:59PM   22          THE COURT:  Sustained.

02:59PM   23  BY MR. LENIHAN:

02:59PM   24  Q.  Do you know if Mr. Arrington had access to discovery?

02:59PM   25  A.  Yes.

02:59PM  1   Q.  And was it in paper form or electronic form to your

02:59PM  2   knowledge?

02:59PM  3   A.  Paper form.

02:59PM  4   Q.  And did he also have electronic discovery?

03:00PM  5   A.  Yeah.  It was later on down the line.

03:00PM  6   Q.  Do you know if he was -- was he talking to you about the

03:00PM  7   discovery?

03:00PM  8   A.  Yes.

03:00PM  9   Q.  Do you know if he was allowed to do that?

03:00PM  10  A.  Yes.  He was not allowed to do that.

03:00PM  11          MR. ARRINGTON:  Objection, Your Honor.

03:00PM  12          THE COURT:  Sustained.

03:00PM  13  BY MR. LENIHAN:

03:00PM  14  Q.  So, you have cooperated with the federal government

03:00PM  15  before?

03:00PM  16  A.  Yes.

03:00PM  17  Q.  And Mr. Arrington was confiding in you?

03:00PM  18  A.  Yes.

03:00PM  19  Q.  Why was he confiding in you?

03:00PM  20  A.  Because he --

03:00PM  21          MR. ARRINGTON:  Objection, Your Honor.

03:00PM  22          THE COURT:  Ladies and gentlemen, would you step in

03:00PM  23  the jury room for a minute?

03:00PM  24  (The jury left the room at 3:01 p.m.)

         25  (Proceedings concluded at 3:58 p.m.)

1                    *    *    *    *    *    *    *

2

3              I certify that the foregoing is a

4       correct transcription of the proceedings

5       recorded by me in this matter.

6

7

8

9                              s/ Megan E. Pelka, RPR

10                             Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25