Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:

United States of America

v.

Aaron Hicks

Docket No.: 15-CR-33-RJA / 23-CV-166-RJA

Hon. Richard Arcara
(District Court Judge)

*FILED JAN 30 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

Notice is hereby given that __Aaron Hicks__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✔ __Interlocutory order (Dkt. No. 1058), dismissing defendants__ (specify) __recusal of the court (Dkt. No. 1022)__ entered in this action on __January 16, 2024__. (date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |___|  Other [✔]

Defendant found guilty by plea |___|  trial |___|  N/A [✔]

Offense occurred after November 1, 1987?  Yes [✔]   No [___]   N/A [___]

Date of sentence: _____  N/A [✔]

Bail/Jail Disposition: Committed |___|   Not committed |___|   N/A [✔]

Appellant is represented by counsel? Yes    | No [✔]   If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

Counsel's Phone: _____

Assistant U.S. Attorney: Casey L. Chalbeck

AUSA's Address: 138 Delaware Avenue
Buffalo, New York 14202

AUSA's Phone: 716-843-5881

/s/ Aaron Hicks, Pro Se
Signature