UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

USA,

        -v-

AARON HICKS,
        Defendant.
_____

15-cr-33-1

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **The following documents are not available electronically and are maintained in the Western District of New York. Upon request, we will provide these documents to the USCA.**

    Docket No. 253, 254 and 446

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Colin _____
Deputy Clerk

DATED:    January 30, 2024
                Buffalo, NY