

Hon. Richard J. Arcara  
United States District Court  
2 Niagara Square  
Buffalo, NY 14202

3/31/24

Re: NOTICE of Lawyer Mark Byrne being retained by family of Aaron Hicks  
15-cr-33a

Dear Clerk of Court,

This letter is a notice that lawyer Mark Byrne, phone number 716-880-0719; email: Mbyrne@lawofficemjb.com; has been retained by the family of Aaron Hicks #23995-055, specifically for the matters of Recusal motion 1022, and rule 59 & 60b motions, see Dkt 1022, that are currently before this court. and also before the second circuit Court of Appeals.

Respectfully Submitted,  
*[signature]*  
Aaron Hicks #23995-055  
FCI Memphis  
P.O. Box 34550  
Memphis, TN 38184

Aaron Hicks #23995-055
P.O. Box 34550
FCI Memphis
Memphis, TN 38184

15-CR-33

Clerk of Court
U.S. District Court
United States Courthouse
2 Niagara Square
Buffalo, NY 14202

MEMPHIS TN 380
9 MAY 2024 PM 1 L

USDC - WDNY
MAY 14 2024
BUFFALO