

Dear Hon. Chief Judge Wolford,

I am sending you this Supplemental letter to the Compassionate release motion (DKT. 1075), For two (2) reason, first is a change of address from Nicole Silvera 545 Swan St APT 218, Because she is about to Move very soon to New Jersey. I don't want to be stuck when the time comes when you Your Honor, make your decision on the Motion, and its time for the Probation office to do a Home inspection. I want the proper address to be ready on the record. The changed address is already part of the motion already. Its Iesha Arrington, 1970 Delaware AVE APT 3. This address is ready for an inspection any time probation is ready. (2nd) Also, My Father's last remaining younger Brother Marcuse Arrington aka (Ge Ge), was just released from Hospice care, to rest in peace at the Family Home. My Grandfather passed away from cancer, My Grandmother passed away in 2022 from cancer, My Father passed away in 2023 from Cancer, My Father other two Brothers died in their sleep from heart attacks in 2018 and 2020. Now My last Blood line uncle is about to take his

last breath. I never had the chance to bury my only Father in 2023. Nor was I allowed to bury my grandmother in 2022. I am begging this Hon. Court, to have "MERCY" for me, I AM, A Man of "GOD" Now, I have changed. You will "NOT" Regret your decision Your Honor, if you grant my motion for release so I can bury my ("uncle") my Father's younger Baby brother. "Please," Your Honor, My Family needs me there. By time your Honor get this letter, I should have enough time to be there before its to late. I am very sorry for the inconvenience at this time, please "Forgive me". But this is an urgent matter.

Dated: January 14, 2025,  Respectfully Submitted.
Roderick C. Arrington #23778055
FCI- Berlin
P.O. Box 9000
Berlin, N.H. 03570

Roderick Arrington
FCI- Berlin
P.O. Box 9000
Berlin, N.H. 03570

WHITE RIV JCT VT 050
14 JAN 2025 PM 2 L

USDC - WDNY
JAN 17 2025
BUFFALO

THE U.S. Clerk of U.S. Hon.
Chief Judge Wolford
2 Niagara Square
Buffalo, N.Y. 14202

[Legal Mail]

14202-335099