UNITED STATES DISTRICT COURT
FILED
JAN 28 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Dear Honorable Chief Judge Wolford,

I am sending you this Supplement motion/letter to the compassionate release motion (DKT 1075), to inform you that my uncle, my father's younger Brother Marcus Arrington have passed away last week. My aunt Gloria Arrington, my father's only sister, who is the last living Bloodline Need me there to be a caretaker, She is almost 70 years old. She is trying to delay the funeral until I get there. I never expected this to happen. My aunt Need me there, every brother she had is gone Now. "I am _not_ trying to rush this Hon. Court's decision," But, this is an emergency with my family, that requires an immediate compassionate release. Between Trump and Biden, it's Been thousands of pardons, even the January 6 defendants received pardons, for far more worse crimes, than what I was charged with. I am asking this Court for mercy, A Second chance to make things right. I sat in here and watched my whole father side of family die off one after another.

I was not allowed to attend any of their funerals. Not my father's in 2023, Nor was I allowed to attend to my Grandmother's funeral. Please, can your Hon. Grant me this compassionate immediate release as soon as possible.

Respectfully Submitted.
Roderick Arrington #23278055
FCI Berlin P.O Box 9000
Berlin, N.H. 03570

Roderick Arrington 23778055
FCI Berlin
P.O. Box 9000
Berlin, N.H. 03570

WHITE RIV JCT VT 050
28 JAN 2025 PM 2 L

USDC WDNY
JAN 2 8 2025
BUFFALO

To the U.S. Clerk Of Court
U.S. District Hon. Chief
Judge Wolford
2 Niagara Square
Buffalo, N.Y. 14202

14202-335093

Legal Mail