# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

AARON HICKS,

Register No. 23995-055,

FCI Memphis,

Petitioner.



Case No. 1:15-CR-33 (RJA)(HBS)

### NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF DOCKET #1005

Pursuant to Rule 12 of the Rules Governing Section 2255 Proceedings, Federal Rule of Civil Procedure 5(d)(1), and Local Rule 5.1(e) of the Western District of New York, Petitioner Aaron Hicks respectfully notifies the Court of his submission of supplemental evidence in support of his previously filed supplemental motion under 28 U.S.C. § 2255, Docket #1005.

That motion includes an affidavit from Ms. Charlene A. Barbary, a juror in Mr. Hicks's second trial, attesting to improper judicial influence, racial bias in the jury room, and coercion that led to her vote to convict. The Government and Court previously challenged the affidavit on the basis that it lacked a specific date.

Petitioner now submits, on **USB/CD format**, an audio recording of a post-trial interview between Ms. Barbary and licensed private investigator Paul Lawrence, conducted on April 18, 2023. The recording is over one hour long and includes:

- A clear verbal statement from Ms. Barbary affirming the date of the interview (April 18, 2023);

- Statements corroborating her affidavit and expanding upon details of pressure exerted by other jurors and improper judicial conduct;

- Statements relating to her state of mind and reasons for ultimately voting to convict Mr. Hicks.

This evidence was previously provided to the Second Circuit during the recusal proceedings but was never submitted to the District Court. Petitioner now submits this evidence into the trial record to support his request for an evidentiary hearing.

This recording is being submitted in a timely manner and well within the government's 45-day response window set forth in the current scheduling order. Petitioner respectfully requests that the Court consider this audio recording as additional support for the relief requested in Dkt #1005, and in further support of the request for an evidentiary hearing.

Respectfully submitted,

/s/ Aaron Hicks

Aaron Hicks, Pro Se

Register No. 23995-055

FCI Memphis

P.O. Box 34550

Memphis, TN 38184

Dated: May 3, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on ___6/3/25___, I caused a copy of the **Notice of Filing Supplemental Evidence in Support of Docket #1005, along with a USB/CD containing an audio recording of the April 18, 2023 interview with Juror Charlene A. Barbary**, to be served upon the following by (check one):

☐ First-Class Mail

☐ Hand Delivery


**Recipient:**

United States Attorney's Office

Western District of New York

138 Delaware Avenue

Buffalo, NY 14202


Respectfully submitted,

/s/ Aaron Hicks

Aaron Hicks, Pro Se

Reg. No. 23995-055

FCI Memphis

P.O. Box 34550

Memphis, TN 38184